FILED IN OFFICE
U.S.D.C. Atlanta

JAN 23 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

LARRY WHISTLER a/k/a LARRY ZBYSZKO
a/k/a THE LIVING LEGEND, an individual

**Plaintiff**

v.

WORLD WRESTLING FEDERATION ENTERTAINMENT,
INC., a Connecticut Corporation, VINCE
MCMAHON, an individual, CHRIS IRVINE a/k/a
CHRIS JERICHO, a/k/a JERICHO, an individual

**Defendant.**

CASE NO.: 1-02-CV-1008

Appearing on behalf of: World Wrestling Federation Entertainment, Inc., a Connecticut Corporation, Vince McMahon, an individual, Chris Irvine a/k/a Chris Jericho, a/k/a Jericho, an individual

(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Curtis B. Krasik, hereby requests permission to appear pro hac vice in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. Petitioner states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, Western District of Pennsylvania, and/or the highest Court of the State of Pennsylvania. Petitioner states further that (he/she) is not eligible for admission under Local Rule 83.1A and that (he/she) does not reside or maintain an office for the practice of law in the State of Georgia. Petitioner states that (he/she) has provided fully all information requested on the reverse side of this application. Petitioner designates John L. Taylor, Jr., Esquire as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 22nd day of January, 2003.

_____
(Signature of Petitioner)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, John L. Taylor, Jr., Esquire, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the Petitioner fail to respond to any Court order for appearance or otherwise.

This 23rd day of Jan, 2003.

700400
Georgia Bar Number

_____
Signature of Local Counsel

(404) 841-3200
Business Telephone

CHOREY, TAYLOR & FEIL (Law Firm)
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E. (Business Address)
Atlanta, Georgia 30326 (City, State, Zip)

(Same as Business Address) (Mailing Address)

15



1-02-CV-1008
Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, *Petitioner's* request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 19___.

_____
UNITED STATES DISTRICT JUDGE

+ + +

**NAME OF PETITIONER:**  Curtis B. Krasik

**Residence Address:**  2543 Beechwood Boulevard

Pittsburgh, PA 15217

**Business Address:**  KIRKPATRICK LOCKHART LLP
Firm/Business Name

535 Smithfield Street, Pittsburgh  PA  15222
Street Address         City         State    Zip Code

Mailing Address if Other Than Street Address

(412) 355-6500
Telephone Number (include area code)