ORIGINAL

FILED IN OFFICE

JAN 24 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a THE LIVING LEGEND,<br>an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>WORLD WRESTLING ENTERTAINMENT<br>INC., a Delaware Corporation,<br>VINCE MCMAHON, an individual,<br>CHRIS IRVINE a/k/a CHRIS JERICHO,<br>a/k/a JERICHO, an individual,<br><br>      Defendants. | Civil Action<br>No. 1 02-CV-1008-CC |

Clerk of Court:

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, pursuant to LR 83.1D, Ben C. Brodhead (Ga. Bar # 064127) hereby makes an appearance in the above-styled case as an additional attorney of record for Plaintiff, LARRY WHISTLER a/k/a LARRY ZBYSZKO a/k/a THE LIVING LEGEND. Mr. Brodhead's address is as follows:

      Law Offices of Ben C. Brodhead, P.C.
      235 Peachtree Street, Suite 400
      Atlanta, GA  30303
      Phone: 404-880-3399
      Facsimile: 404-880-3386

1

16

Respectfully submitted,

/s/ Ben C. Brodhead
Ben C. Brodhead
Georgia Bar No. 084127

Law Offices of Ben C. Brodhead, P.C.
235 Peachtree Street, Suite 400
Atlanta, GA  30303
Phone: 404-880-3399
Facsimile: 404-880-3386

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a THE LIVING LEGEND,<br>an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>WORLD WRESTLING ENTERTAINMENT<br>INC., a Delaware Corporation,<br>VINCE MCMAHON, an individual,<br>CHRIS IRVINE a/k/a CHRIS JERICHO,<br>a/k/a JERICHO, an individual,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)  No. 1 02-CV-1008-CC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

A copy of the NOTICE OF APPEARANCE OF BEN C. BRODHEAD FOR PLAINTIFF was served by telecopier and first class mail upon the following:

        John L. Taylor, Jr.
        Chorey, Taylor & Feil
        The Lenox Building
        Suite 1700
        3399 Peachtree Road, NE
        Atlanta, GA 30326
        Tel. (404) 841-3200
        Fax  (404) 841-3221

This 23rd day of January, 2003.

                Ben C. Brodhead, III
                Georgia Bar No. 084127

                Law Offices of Ben C. Brodhead, P.C.
                235 Peachtree Street, Suite 400
                Atlanta, GA 30303
                Phone: 404-880-3399
                Facsimile: 404-880-3386

                Counsel for Plaintiff