

1-02-CV-1008
Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, *Petitioner's* request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This 30th day of January, 2003.

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

JAN 3 1 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

_____
UNITED STATES DISTRICT JUDGE

+ + +

**NAME OF PETITIONER:** Jerry S. McDevitt

**Residence Address:** 110 Sherbourne Drive

McMurray, PA 15317

**Business Address:** KIRKPATRICK LOCKHART LLP
Firm/Business Name

535 Smithfield Street, Pittsburgh    PA    15222
Street Address | City | State | Zip Code

Mailing Address if Other Than Street Address

(412) 355-6500
Telephone Number (include area code)

17