

1-02-CV-1008

**Civil/Criminal Action Number**

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, *Petitioner's* request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This 30th day of January, 2003.

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

JAN 3 1 2003

LUTHER D. THOMAS, Clerk
By: /s/ 
Deputy Clerk

_____
UNITED STATES DISTRICT JUDGE

+ + +

| | |
|---|---|
| **NAME OF PETITIONER:** | Curtis B. Krasik |
| **Residence Address:** | 2543 Beechwood Boulevard |
| | Pittsburgh, PA  15217 |
| **Business Address:** | KIRKPATRICK LOCKHART LLP |
| | *Firm/Business Name* |
| | 535 Smithfield Street, Pittsburgh  PA  15222 |
| | Street Address / City / State / Zip Code |
| | *Mailing Address if Other Than Street Address* |
| | (412) 355-6500 |
| | *Telephone Number (include area code)* |

18