IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERKS OFFICE

FEB 1 3 2003

LUTHER ... , Clerk
By
Deputy Clerk

| | |
|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a THE LIVING LEGEND,<br>an individual,<br><br>              Plaintiff,<br><br>vs.<br><br>WORLD WRESTLING<br>ENTERTAINMENT, INC., a Delaware<br>Corporation, VINCE MCMAHON, an<br>individual, CHRIS IRVINE a/k/a<br>CHRIS JERICHO, a/k/a JERICHO, an<br>individual,<br><br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Civil Action No. 1 02-CV-1008-CC |

## NOTICE OF FILING EXHIBIT 5 IN SUPPORT OF THE MOTION OF DEFENDANTS VINCE McMAHON AND CHRIS IRVINE TO DISMISS CLAIMS FOR LACK OF PERSONAL JURISDICTION

Defendants Vince McMahon and Chris Irvine hereby give notice of the filing

of the attached videotape as Exhibit 5 in support of their Motion and appearance for

the limited purpose of challenging personal jurisdiction in this matter.

## [SIGNATURES ON THE FOLLOWING PAGE]

20

Respectfully submitted,

Attorneys for Defendants
Vince McMahon, and Chris Irvine, a/k/a
Chris Jericho, a/k/a Jericho

John L. Taylor, Jr.
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL,
  A Professional Corporation
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone:     (404) 841-3200
Facsimile: (404) 841-3221

Of Counsel:

Jerry S. McDevitt
Curtis B. Krasik
KIRKPATRICK & LOCKHART
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
Phone:        (412) 355-6500
Facsimile:  (412) 355-6501

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a THE LIVING LEGEND,<br>an individual,<br><br>              Plaintiff,<br><br>   vs.<br><br>WORLD WRESTLING<br>ENTERTAINMENT, INC., a Delaware<br>Corporation, VINCE MCMAHON, an<br>individual, CHRIS IRVINE a/k/a<br>CHRIS JERICHO, a/k/a JERICHO, an<br>individual,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1 02-CV-1008-CC |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served opposing counsel(s) of record with the

foregoing ***NOTICE OF FILING EXHIBIT 5 IN SUPPORT OF THE MOTION OF***

***DEFENDANTS VINCE McMAHON AND CHRIS IRVINE TO DISMISS***

***CLAIMS FOR LACK OF PERSONAL JURISDICTION*** via First Class Mail,

postage pre-paid to the following address:

3

Joel D. Myers, Esq.
**Myers and Associates, P.C.**
1827 Powers Ferry Road
Building 3, Suite 200
Atlanta, Georgia 30339

Ben C. Brodhead, Esq.
**Ben C. Brodhead, P.C.**
235 Peachtree Street, N.E.
Suite 400
Atlanta, Georgia  30303

This 13th day of February, 2003.

Attorneys for Defendants
Vince McMahon, and Chris Irvine, a/k/a
Chris Jericho, a/k/a Jericho

Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone:  (404) 841-3200
Telecopier: (404) 841-3221

4