ORIGINAL
FILED IN CLERK'S OFFICE

FEB 0 9 2004

LUTHER D. THOMAS, Clerk
By: J. Furekwa, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LARRY WHISTLER )
a/k/a LARRY ZBYSZKO )
a/k/a/ THE LIVING LEGEND, )
an individual )
 )
        Plaintiff, ) Civil Action No.: 1 02- CV-1008-CC
 )
vs. )
 )
WORLD WRESTLING )
ENTERTAINMENT, INC., a Delaware )
corporation, )
 )
        Defendant. )

**MOTION FOR SUMMARY JUDGMENT BY**
**WORLD WRESTLING ENTERTAINMENT, INC.**

Pursuant to Fed.R.Civ.P. 56 and Local Rule 56.1, World Wrestling Entertainment, Inc. ("WWE"), hereby moves for an order granting summary judgment (the "Motion") on all claims asserted by Plaintiff Larry Whistler ("Whistler") in this action. As grounds for this Motion, WWE demonstrates that there exists no genuine issue of material fact to be tried and WWE is entitled to judgment as a matter of law on all claims. In support of this Motion, WWE relies upon the following:

PI-1109798 v1 0149511-9014

1. Memorandum Of Law In Support Of Motion For Summary Judgment On Trademark-Related Issues, filed concurrently herewith;

2. Memorandum Of Law In Support Of Motion For Summary Judgment On The Basis Of Judicial Estoppel, filed concurrently herewith;

3. Statement Of Undisputed Material Facts, filed concurrently herewith;

4. Appendix In Support Of Motion For Summary Judgment, filed concurrently herewith;

5. Notice of Filing Of Affidavits Of Linda E. McMahon and Edward L. Kaufman, filed concurrently herewith;

6. Notice Of Filing Of Expert Report Of Professor David M. Yerkes and Appendix in support thereof, filed concurrently herewith;

7. Notice Of Filing Certified Copy Of Whistler's Chapter 13 Bankruptcy, filed concurrently herewith;

8. Notice Of Filing Certified Copy Of Whistler's Chapter 7 Bankruptcy, filed concurrently herewith;

9. All pleadings of record.

WHEREFORE, WWE respectfully requests that this Honorable Court grant WWE's Motion for Summary Judgment in its entirety and enter an Order dismissing all claims in this action.

Respectfully submitted,

*[signature]*

Attorneys for Defendant
World Wrestling Entertainment, Inc.

John L. Taylor, Jr.
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 841-3200
(404) 841-3221 (fax)

and

Jerry S. McDevitt
Curtis B. Krasik
Julie R. Fenstermaker
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)

## CERTIFICATION

Pursuant to Local Rule 7.1D, counsel for Defendant hereby certify that this document has been prepared with Times New Roman font (14 point).

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a/ THE LIVING LEGEND,<br>an individual<br><br>        Plaintiff,<br><br>vs.<br><br>WORLD WRESTLING<br>ENTERTAINMENT, INC., a Delaware<br>corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1 02- CV-1008-CC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2004, I served opposing counsel with **Defendant's Motion for Summary Judgment** by hand delivery to the following address:

    Joel D. Myers, Esquire
    Myers & Kaplan Intellectual Property Law, LLC
    1899 Powers Ferry Road
    Suite 310
    Atlanta, GA 30339

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

_____
Attorneys for Defendant
World Wrestling Entertainment, Inc.

John L. Taylor, Jr.
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 841-3200
(404) 841-3221 (fax)

and

Jerry S. McDevitt
Curtis B. Krasik
Julie R. Fenstermaker
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)