*ORIGINAL*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 9 2004

LUTHER D. _____, Clerk
By: _F. Farrar__ Deputy Clerk

| | | |
|---|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a/ THE LIVING LEGEND,<br>an individual | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1 02- CV-1008 -*CC* |
| vs. | ) ) ) | |
| WORLD WRESTLING<br>FEDERATION ENTERTAINMENT,<br>INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING CERTIFIED COPY OF
## CHAPTER 7 BANKRUPTCY FILE

COMES NOW Defendant World Wrestling Entertainment, Inc.,

("WWE") and hereby gives notice of the filing in this action of the attached

certified copy of the entire file in that certain Chapter 7 bankruptcy case

filed by Lawrence Whistler as Debtor in the United States Bankruptcy

Court, Northern District of Georgia, Atlanta Division, Bankruptcy Case No.

03-90109, which is hereby submitted in support of WWE's Motion for

Summary Judgment on the basis of judicial estoppel.

1

40

B 131
9/94

# United States Bankruptcy Court

### Northern ___ District Of ___ Georgia

In re: Lawrence Whistler

Case No. ___ 03-90109-SWC ___

Debtor : Lawrence Whistler

## EXEMPLIFICATION CERTIFICATE

I, _____ W. Yvonne Evans _____, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of Case Number 03-90109-SWC consisting of 4-pages of the docket text, 92-pages of the entire case, and 3-pages of the list of creditors. For a total count of 99 pages.

now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at _____ Atlanta _____, in the State of _____ Georgia _____, this 30th Day Of January, 2004.

[Seal of Court]

_W. Yvonne Evans_
*Clerk of the Bankruptcy Court*

---

I, ___ Joyce Bihary, Chief ___, bankruptcy judge for this district certify that ___ W. Yvonne Evans ___ is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

___ January 30, 2004 ___
*Date*

*Bankruptcy Judge*

---

I, ___ W. Yvonne Evans ___ clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable ___ Joyce Bihary ___ is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.

In testimony of this statement, I sign my name, and affix the seal of the court at _____ Atlanta _____, in the State of ___ Georgia ___, this 30th Day Of January, 2004.

[Seal of Court]

_W. Yvonne Evans_
*Clerk of the Bankruptcy Court*

Respectfully submitted,


Attorneys for Defendant
World Wrestling Entertainment, Inc.

John L. Taylor, Jr.
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 841-3200
(404) 841-3221 (fax)

and

Jerry S. McDevitt
Curtis B. Krasik
Julie R. Fenstermaker
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)

## **CERTIFICATION**

Pursuant to Local Rule 7.1D, counsel for Defendant hereby certify that this document has been prepared with Times New Roman font (14 point).

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LARRY WHISTLER                        )
a/k/a LARRY ZBYSZKO                    )
a/k/a THE LIVING LEGEND,              )
an individual,                        )
                                      )    Civil Action No. 1 02-CV-1008
        Plaintiff,                    )
                                      )
    vs.                               )
                                      )
WORLD WRESTLING                       )
ENTERTAINMENT, INC., a Delaware       )
corporation,                          )
                                      )
        Defendants.                   )

## CERTIFICATE OF SERVICE

I hereby certify that on this $\textbf{5}^{th}$ day of February, 2004, I served opposing counsel with the foregoing ***Notice of Filing Certified Copy of Chapter 7 Bankruptcy File*** by First Class Mail to the following address:

> Joel D. Myers, Esquire
> Myers & Kaplan Intellectual Property Law LLC
> 1899 Powers Ferry Road
> Suite 310
> Atlanta, GA  30339

Respectfully submitted this ___1ˢᵗ___ day of February, 2004.


_____
Attorneys for Defendant
World Wrestling Entertainment, Inc.


John L. Taylor, Jr.
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 841-3200
(404) 841-3221 (fax)

and

Jerry S. McDevitt
Curtis B. Krasik
Julie R. Fenstermaker
Kirkpatrick & Lockhart
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)

CLOSED, DISCHARG

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 03-90109-swc

*Assigned to:* Judge Stacey W. Cotton
Chapter 7
Voluntary
No asset

*Date Filed:* 01/03/2003
*Date Terminated:* 04/10/2003
*Date Discharged:* 04/12/2003

**Lawrence Whistler**
425 Red Jacket Way
Alpharetta, GA 30005
SSN: xxx-xx-3689
*Debtor*
*aka*
**Larry Zbyszko**

represented by **David L. Miller**
Law Offices of David L. Miller
Suite 2615 - Tower Place 100
3340 Peachtree Rd. N.E.
Atlanta, GA 30326
(404) 231-1933

**Kathleen Whistler**
425 Red Jacket Way
Alpharetta, GA 30005
SSN: xxx-xx-5986
*Joint Debtor*

represented by **David L. Miller**
(See above for address)

**Edwin K. Palmer**
118 East Trinity Place
Suite 9
Decatur, GA 30030
(404) 479-4449
*Trustee*

**Office of the US Trustee**
Suite 362
75 Spring Street, SW
Atlanta, GA 30303
404-331-4437
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 01/03/2003 | 1 | Voluntary Petition (Chapter 7) Fee Collected $ 200, Receipt Number 01020018.. Statement of Intent due 2/3/2003. Schedules A-J due 1/20/2003. Statement of Financial Affairs due 1/20/2003. Atty Disclosure State. due 1/20/2003. Summary of schedule due 1/20/2003. Filed by David L. Miller of Law Offices of David L. Miller on behalf of Lawrence Whistler, Kathleen Whistler. (Sticha, Christine) (Entered: |

| | | 01/06/2003) |
|---|---|---|
| 01/06/2003 | | Office of the US Trustee added to case (Sticha, Christine) |
| 01/06/2003 | | Meeting of Creditors (Chapter 7). Ch. 7 341 Meeting to be held on 1/31/2003 at 09:30 AM at Hearing Room 365, Atlanta. Objections for Discharge due by 4/1/2003 (Sticha, Christine) |
| 01/08/2003 | 2 | Notice of Filing of Bankruptcy Case, Meeting of Creditors & Deadlines w/Certificate of Service by BNC Service Date 01/08/03. (Admin.) (Entered: 01/09/2003) |
| 01/15/2003 | 3 | Motion for Relief from Stay, Fee Collected $ 75 filed by Lara Anne Armstrong on behalf of Bank Of America, NA.. (Armstrong, Lara) |
| 01/15/2003 | | Receipt of Motion for Relief from Stay(03-90109-swc) [motion,185] ( 75.00) filing fee. Receipt Number 113EB3898161. Fee Amount 75.0 (U.S. Treasury) |
| 01/16/2003 | 4 | Notice of Hearing *on Motion for Relief from Stay* (related document(s)3) filed by Lara Anne Armstrong on behalf of Bank Of America, NA.. Hearing to be held on 2/13/2003 at 09:30 AM at Courtroom 1404, Atlanta, (Williams, Vickie) |
| 01/16/2003 | 5 | Notice of Appearance (Attorney) filed by John D. Schlotter on behalf of Bank Of America, NA.. (Williams, Vickie) (Entered: 01/17/2003) |
| 01/24/2003 | 6 | Certificate of Service of Notice of Hearing on Motion for Relief From Stay (related document(s)3, 4) filed by Lara Anne Armstrong on behalf of Bank Of America, NA.. (Armstrong, Lara) Modified on 1/27/2003 (Wilson, Melanie). |
| 01/28/2003 | 7 | Schedules *A-J, Statement of Financial Affairs, Statement of Intention, Attorney Disclosure Statement and Summary of Schedules* filed by David L. Miller on behalf of Kathleen Whistler, Lawrence Whistler. (Williams, Vickie) (Entered: 01/30/2003) |
| 01/31/2003 | | Meeting of Creditors Rescheduled (related document(s)[]) Ch. 7 341 Meeting to be held on 2/18/2003 at 10:30 AM at Hearing Room 365, Atlanta. (Thomas, Nicole) (Entered: 02/24/2003) |
| 02/12/2003 | 8 | Notice Rescheduling *341 Meeting of Creditors and c/s.* filed by David L. Miller on behalf of Kathleen Whistler, Lawrence Whistler. Ch. 7 341 Meeting to be held on 2/18/2003 at 10:30 AM at Hearing Room 365, Atlanta. (Williams, Vickie) (Entered: 02/13/2003) |
| 02/14/2003 | 9 | Order GRANTING Motion for Relief from Stay of Bank of America |

| | | |
|---|---|---|
| | | NA. (Related Doc # 3) Service by BNC Entered on 2/14/2003. (Williams, Vickie) |
| 02/16/2003 | 10 | BNC Certificate of Service of Order on Motion for Relief from Stay Service Date 02/16/03. (Related Doc # 9) (Admin.) (Entered: 02/17/2003) |
| 02/19/2003 | 11 | Motion for Relief from Stay Receipt Number 1023411, Fee Collected $ 75 filed by Gregson T. Haan on behalf of General Motors Acceptance Corporation. (Attachments: # 1 Exhibit) (Haan, Gregson) Modified on 2/20/2003 (Meador, Sheila). |
| 02/19/2003 | 12 | Notice of Abandonment of Property *Estate located at 425 Red Jacket Way, Alpharetta, Georgia 30005 (Blank Notice of Proposed Abandonment of Property went to Chamber)* filed by Edwin K. Palmer. (Williams, Vickie) (Entered: 02/20/2003) |
| 02/19/2003 | 14 | Notice Rescheduling *341 Meeting of Creditors.* filed by David L. Miller on behalf of Kathleen Whistler, Lawrence Whistler. Ch. 7 341 Meeting to be held on 3/11/2003 at 10:30 AM at Hearing Room 365, Atlanta. (Williams, Vickie) (Entered: 02/21/2003) |
| 02/20/2003 | 13 | Notice of Hearing *on Motion for Relief from Stay* (related document(s)11) filed by Gregson T. Haan on behalf of General Motors Acceptance Corporation. Hearing to be held on 3/27/2003 at 09:30 AM at Courtroom 1404, Atlanta, (Williams, Vickie) (Entered: 02/21/2003) |
| 02/24/2003 | 15 | Certificate of Service of Notice of Hearing on Motion for Relief From Stay (related document(s)11,13) filed by Gregson T. Haan on behalf of General Motors Acceptance Corporation. (Haan, Gregson) Linkage/Text Modified on 3/12/2003 (Wilson, Melanie). |
| 03/11/2003 | 16 | Withdrawal of *Trustee's Motion to Abandon Property* (related document(s)12) filed by Edwin K. Palmer. (Wilson, Melanie) (Entered: 03/12/2003) |
| 03/11/2003 | 17 | Notice of Abandonment of Property *The estate's claims versus Lawrence and Kathleen Whistler* filed by Edwin K. Palmer. Objections due by 3/31/2003. (Wilson, Melanie) (Entered: 03/12/2003) |
| 03/11/2003 | | Meeting of Creditors Held. (Yarn, Betty) (Entered: 04/04/2003) |
| 03/14/2003 | 18 | Certificate of Mailing by BNC of Notice of Abandonment Service Date 03/14/03. (Related Doc # 17) (Admin.) (Entered: 03/15/2003) |

| 03/18/2003 | 19 | Trustee's No Distribution Report filed by Edwin K. Palmer. (Williams, Vickie) (Entered: 03/19/2003) |
| 04/04/2003 | 20 | Order GRANTING Motion for Relief from Stay of General Motors Acceptance Corporation. (Related Doc # 11) Service by BNC Entered on 4/4/2003. (Williams, Vickie) |
| 04/06/2003 | 21 | BNC Certificate of Service of Order on Motion for Relief from Stay Service Date 04/06/03. (Related Doc # 20) (Admin.) (Entered: 04/07/2003) |
| 04/10/2003 |  | Case Closed/Discharge Granted. Order to Follow. (Williams, Vickie) |
| 04/12/2003 | 22 | Order Discharging Debtor and Closing Estate with Certificate of Mailing by BNC Service Date 04/12/03. (Admin.) (Entered: 04/14/2003) |

2/2/2004 9:16 AM

(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Georgia<br>Atlanta Division | FILED<br>Voluntary Petition<br>U.S. BANKRUPTCY COURT<br>NORTHERN DISTRICT |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Whistler, Lawrence** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br><br>**Whistler, Kathleen** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>**Larry Zbyszko** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br><br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br><br>**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** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**425 Red Jacket Way**<br>**Alpharetta, GA 30005** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>**425 Red Jacket Way**<br>**Alpharetta, GA 30005** |
| County of Residence or of the<br>Principal Place of Business: **Fulton** | County of Residence or of the<br>Principal Place of Business: **Fulton** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **03-90109** |

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | | |
| ☐ Corporation | ☐ Stockbroker | ☒ Chapter 7 ☐ Chapter 11 ☐ Chapter 13 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Chapter 9 ☐ Chapter 12 | |
| ☐ Other | | ☐ Sec. 304 - Case ancillary to foreign proceeding | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☒ Consumer/Non-Business | ☐ Business | ☒ Full Filing Fee Attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

COTTON   DRAKE<br>BIHARY   MASSEY<br>BRIZENDINE   MULLINS<br>BONAPFEL   MURPHY

INTERIM TRUSTEE

| 1 | 6 | 11 | 16 | 21 | 26 |
|---|---|---|---|---|---|
| 2 | 7 | 12 | 17 | 22 | 27 |
| 3 | 8 | 13 | 18 | 23 | 28 |
| 4 | 9 | 14 | 19 | 24 | 29 |
| 5 | 10 | 15 | 20 | 25 | 30 |
| | 97 | | 98 | | 99 |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

FEE   170

PAID<br>BALANCE   2<br>ADMIN

13 TRUSTEE<br>13B<br>13T

(Official Form 1) (9/97)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lawrence Whistler**<br>**Kathleen Whistler** | FORM B1, Page 2 |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of Debtor (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>  Signature of Authorized Individual<br><br>_____<br>  Printed Name of Authorized Individual<br><br>_____<br>  Title of Authorized Individual<br><br>_____<br>  Date |
| **Signature of Attorney**<br><br>X _____<br>Signature of Attorney for Debtor(s)<br><br>**David L. Miller, 506550**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Law Offices of David L. Miller**<br>Firm Name<br><br>**3340 Peachtree Road, NE  Suite 2615 - Tower Place 100**<br>Address<br><br>**Atlanta, GA 30326**<br><br>**404-231-1933 ; (fax) 404-233-5335**<br>Telephone Number<br><br>**1/2/2003**<br>Date | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>**Not Applicable**<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition. | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X **Not Applicable**<br>Signature of Bankruptcy Petition Preparer |
| **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____  1/2/03<br>Signature of Attorney for Debtor(s)    Date | Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

```
             U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
              ATLANTA DIVISION

              # 01020018 - JV
              January 3, 2003


   Code        Case No    Qty      Amount By

   7           03-90110          $200.00 CK
      Judge  - Joyce Bihary
      Debtor - M. F. VALDEZ
              03-90109          $200.00 CK
      Judge  - Stacey W. Cotton
      Debtor - L. WHITLER
   7           03-90108          $200.00 CK
      Judge  - Joyce Bihary
      Debtor - D. J. FISHER


   TOTAL:                       $600.00


   FROM: DAVID L MILLER
         3340 PEACHTREE RD NE  STE 2615
         ATLANTA  GA  30026
         404) 231-1933
```

Page 1

CASE NUMBER: ___03-82109___

Trustee: EDWIN PALMER   (7)

341 Meeting:  1-31-03 @ 9:30  RM 365

# 03-90109

 

## JUDGE

**ITION CHECKLIST**

CHAPTER 7        CHAPTER 11        CHAPTER 12        CHAPTER 13

BUSINESS        or        NON BUSINESS

( )  COMPLETE PETITION
( )  INCOMPLETE PETITION

## CHECK-MARK THE FOLLOWING DOCUMENTS THAT ARE MISSING:

( )  CHAPTER 13 PLAN
     (Notice of Plan Summary to be served by Debtor/Attorney)
( )  STATEMENT OF FINANCIAL AFFAIRS
( )  SCHEDULES:

A___B___C___D___E___F___G___H___I___J
( )  ATTORNEY DISCLOSURE STATEMENT
( )  STATEMENT OF INTENT (See Schedule D)
( )  SUMMARY OF SCHEDULES
( )  LIST OF EQUITY SECURITY HOLDERS
( )  20 LARGEST UNSECURED CREDITORS
( )  PRO SE AFFIDAVIT (To be returned within 5 days of
     filing date)

| FEE | |
|---|---|
| PAID | 170 |
| BALANCE | |
| ADMIN | 80 |

| JUDGE | CHAPTER 13 TRUSTEE | |
|---|---|---|
| COTTON | DRAKE | 13B |
| BIHARY | MASSEY | |
| BRIZENDINE | MULLINS | 13T |
| BONAPFEL | MURPHY | |

### INTERIM TRUSTEE

| 1 | 6 | 11 | 16 | 21 | 26 |
|---|---|---|---|---|---|
| 2 | 7 | 12 | 17 | 22 | 27 |
| 3 | 8 | 13 | 18 | 23 | 28 |
| 4 | 9 | 14 | 19 | 24 | 29 |
| 5 | 10 | 15 | 20 | 25 | 30 |
| 97 | 98 | 99 | | | |

( )  ATTY/DEBTOR INFORMED THAT
     REMAINING DOCUMENTS ARE DUE TO
     BE FILED WITHIN 15 DAYS FROM FILING
     DATE

| For Court Use Only |
|---|
| Trustee: |
| 341 Meeting: |
| Confirmation: |

FORM  B9A (Chapter 7 Individual or Joint Debtor No Asset Case)(9/97)                    Case Number **03-90109 swc**

UNITED STATES BANKRUP___Y COURT

Northern District of Georgia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 01/03/03.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.  All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address): | |
|---|---|
| Lawrence Whistler<br>Larry Zbyszko<br>425 Red Jacket Way<br>Alpharetta, GA 30005- | Kathleen Whistler<br><br>425 Red Jacket Way<br>Alpharetta, GA 30005- |
| **Case Number: 03-90109 swc**<br><br><br><br>This entire case number is required on all claims/correspondence received by the Court | Social Security/Taxpayer ID Nos.:<br>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<br>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 |
| Attorney for Debtor(s) (name and address):<br>David L. Miller<br>3340 Peachtree Rd. N.E.<br>Suite 2615 - Tower Place 100<br>Atlanta, GA  30326<br>Telephone number: 404 231-1933 | Bankruptcy Trustee (name and address):<br>Edwin K. Palmer<br>118 East Trinity Place<br>Suite 9<br>Decatur, GA  30030<br>Telephone number: (404) 479-4449 |

### Meeting of Creditors:

Date:    **01/31/03**        Time:        **09:30 AM**

Location:    **Room 365, Russell Federal Building, 75 Spring Street SW, Atlanta, GA  30303**

**Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number.**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
04/01/03

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>Atlanta Division<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA  30303<br>    Telephone number: 404-215-1000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>W. Yvonne Evans |
|---|---|
| Hours Open:<br>8:00 AM to 4:45 PM | Date:<br>01/06/03 |

## EXPLANATIONS

FORM B9A(9/97)

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Creditors May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named above, elect a committee of creditors, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date without further notice. |
| **Do Not File a Proof of Claim at This Time** | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| **Liquidation of Debtor's Property** | The trustee will collect the debtor's property and turn any that is not exempt into money. At this time, however it appears from the schedules of the debtor that there are no assets from which any distribution can be paid to creditors. If at a later date it appears that there are assets from which a distribution may be paid, the creditors will be notified and given an opportunity to file claims. |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

Pursuant to Local Rule 6007-1, the Case Trustee may give oral notice at the meeting of creditors of intent to abandon property of the debtor followed written notice of abandonment filed with the Court within 15 days of that meeting. Any party in interest who objects to the proposed abandonment may file a written objection within 15 days after the filing of the trustee's notice, stating the grounds therfor, and advocating the objection at a hearing held by the Court upon notice to trustee, debtor and other parties in interest.

## ---Refer to Other Side For Important Deadlines and Notices---

An automated response for further information on this case is available 24 hours daily by calling the Court's Voice Case Information System (VCIS) toll free number at 800-510-8284. Please have the case number, social security number or debtor name available when calling.

For copies of petitions, schedules, pleadings or other case-related documents of the Atlanta and/or Newnan divisions, call Georgia Bankruptcy Services at (404) 681-9140.

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/Off: 113E-9          User: stichac           Page 1 of 1           Date Rcvd: Jan 06, 2003
Case: 03-90109               Form ID: B9A             Total Served: 35
```

The following entities were served by first class mail on Jan 08, 2003.
```
db          Kathleen Whistler,    425 Red Jacket Way,   Alpharetta, GA  30005
db          Lawrence Whistler,    425 Red Jacket Way,   Alpharetta, GA  30005
aty         David L. Miller,   3340 Peachtree Rd. N.E.,   Suite 2615 - Tower Place 100,   Atlanta, GA  30326
tr          Edwin K. Palmer,   118 East Trinity Place,   Suite 9,   Decatur, GA  30030
ust         Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA  30303
5642057     Ann Taylor,    PO Box 1304,   New Haven, CT  06505-1304
5642058     Attorney General of Georgia,    132 State Judicial Building,   Atlanta, GA 30334
5642059     Bank of America,   c/o McCalla, Raymer, LLC,    1544 Old Alabama Road,   Roswell, GA 30076
5642060     Beneficial,    704-B North Main Street,   Alpharetta, GA 30004
5642061     Capital One Bank,    PO Box 530092,   Atlanta, GA 30353-0092
5642062     +Capital One Services, Inc.,    1957 Westmoreland Road,   Richmond, VA 23276-0001
5642063     Citicorp Credit Services,    9920 NW 110th Street,   Kansas City, MO 64153
5642064     Citifinancial,    2650 Dallas Highway,   Suite 160,   Marietta, GA 30064-7506
5642065     +Direct Merchants Bank,    P.O. Box 2128,   Tulsa, OK 74101-2128
5642066     Discover,    PO Box 3008,   New Albany, OH 43054-3008
5642067     First North American National Bank,    PO Box 42364,   Richmond, VA 23242
5642068     GMAC,    PO Box 105677,   Atlanta, GA 30348
5642068     Georgia Department of Revenue,    Bankruptcy Insolvency Unit,   P.O. Box 3889,   Atlanta, GA 30334
5642069     Georgia Dept. of Revenue,    Bankruptcy Section,   Box 38143,   Atlanta, GA 30334
5642070     Haverty's,    Haverty's Credit Services,   PO Box 740506,   Atlanta, GA 30374-0506
5642073     Jacobson,    PO Box 768,   Jackson, Michigan 49204-0768
5642074     Kohl's,    PO Box 2983,   Milwaukee, WI 53201-2983
5642075     Lord & Taylor,    PO Box 94873,   Cleveland, OH 44101-4873
5642076     Macy's,    5300 King's Island Drive,   Mason, OH 45040
5642077     Rich's,    PO Box 4587,   Carol Stream, IL 60197-4587
5642079     State of Georgia,    Revenue Commissioner,   410 Trinity - Washington Building,   Atlainta, GA 30334
5642080     Steven Shapiro, Chief-Tax Division,    Civil Trial Section, Dept. of Justice,
            POB 14198, Ben Franklin Station,   Washington, D.C. 20044
5642081     +Target,   c/o Retailers National Bank,    PO Box 59317,   Minneapolis, MN 55459-0317
5642082     Tim Whistler,    425 Red Jacket Way,   Alpharetta, GA 30005
5642084     U.S. Attorney General,    Department of Justice, Tax Division,   Civil Trial Section Southern Region,
            PO Box 14198, Ben Franklin Station,   Washington, D.C. 20044
5642083     +U.S. Attorney's Office,    1800 Richard B. Russell Building,   75 Spring Street, SW,
            Atlanta, GA 30303-3309
5642085     +Wal Mart,    PO Box 530929,   Atlanta, GA 30353-0929
```

The following entities were served by electronic transmission on Jan 07, 2003 and receipt of the transmission
was confirmed on:
```
5642060     EDI: HFC.COM Jan 06 2003 22:47:00    Beneficial,   704-B North Main Street,   Alpharetta, GA 30004
5642061     EDI: CAPITALONE.COM Jan 06 2003 22:47:00    Capital One Bank,   PO Box 530092,
            Atlanta, GA 30353-0092
5642062     +EDI: CAPITALONE.COM Jan 06 2003 22:47:00    Capital One Services, Inc.,   1957 Westmoreland Road,
            Richmond, VA 23276-0001
5642070     EDI: TSYS2.COM Jan 06 2003 22:47:00    Haverty's,   Haverty's Credit Services,   PO Box 740506,
            Atlanta, GA 30374-0506
5642072     +EDI: IRS.COM Jan 06 2003 22:47:00    Internal Revenue Service,   Attn Bankruptcy Unit 11,
            Box 995, Stop 335D,   Atlanta, GA 30301-0995
5642071     +EDI: IRS.COM Jan 06 2003 22:47:00    Internal Revenue Service,   P.O. Box 995,
            Room 1640, Stop 334-D,   Atlanta, GA 30301-0995
5642075     EDI: MAYSTORES.COM Jan 06 2003 22:47:00    Lord & Taylor,   PO Box 94873,
            Cleveland, OH 44101-4873
5642078     EDI: TSYS2.COM Jan 06 2003 22:47:00    Rich's,   c/o Federal Allied Credit Systems,   Box 8053,
            Mason, OH 45040-8053
                                                                                     TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*        Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA  30303
ust*        Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA  30303
ust*        Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA  30303
ust*        Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA  30303
ust*        Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA  30303
                                                                            TOTALS: 0, * 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Jan 08, 2003                          Signature: _Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY CASE |
| LAWRENCE WHISTLER | ) |
| KATHLEEN WHISTLER | ) NO. 03-90109 |
| | ) |
|       Debtors | ) |
| | ) |
| BANK OF AMERICA, NA, | ) JUDGE: STACEY W. COTTON |
| | ) |
|       Movant | ) |
| | ) |
| vs. | ) |
| | ) CHAPTER 7 |
| LAWRENCE WHISTLER | ) |
| KATHLEEN WHISTLER | ) |
| EDWIN K. PALMER, Trustee | ) |
| | ) |
|       Respondents | ) |
| | ) |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Movant and shows this Court the following:

1.

This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for the purpose of foreclosing on certain real property.

2.

Movant is the holder of a Security Instrument which describes certain real property in which Debtors claim an interest.  Said

real property is security for a promissory note held by Movant, and is commonly known as 425 Red Jacket Way, Alpharetta, GA.

3.

Debtors are in default in payment of the monthly installments pursuant to the Note and Security Instrument.  Through the month of January 2003, seventeen (17) payments have been missed.

4.

The unpaid principal balance is $220,170.21, and interest is due thereon in accordance with the Note.

5.

Movant is not adequately protected and shows that there is cause for relief from the automatic stay.

6.

Because there may be little or no equity in the property which could benefit the Estate, the Trustee's interest should be deemed abandoned.

7.

Because the Security Instrument so provides, Debtors are responsible for Movant's reasonable attorney's fees.

WHEREFORE, Movant prays for an Order lifting the automatic stay, authorizing Movant to exercise its rights under its Note, Security Instrument and appropriate state statutes, including, but

not limited to, the right to foreclose on its collateral.  Movant

prays for reasonable attorney's fees and for such other and further

relief as is just and equitable.


                                    /s
                                    LARA A. ARMSTRONG, BAR NO. 112002
                                    Attorney for Movant

McCalla, Raymer, Padrick, Cobb, Nichols & Clark
1544 Old Alabama Road
Roswell, Georgia  30076-2102
(770) 643-2148
(800) 845-8633

File No. BAKY-02-00822-2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )
                                          )    BANKRUPTCY CASE NO. 03-90109
LAWRENCE WHISTLER                         )
KATHLEEN WHISTLER                         )    CHAPTER 7
                                          )
            Debtors                       )
_____

                                          )
BANK OF AMERICA, NA,                      )    JUDGE: STACEY W. COTTON
                                          )
            Movant                        )
                                          )
vs                                        )    CONTESTED MATTER
                                          )
LAWRENCE WHISTLER                         )
KATHLEEN WHISTLER                         )
EDWIN K. PALMER, Trustee                  )
            Respondents                   )

## NOTICE OF ASSIGNMENT OF HEARING

        NOTICE IS HEREBY GIVEN THAT a Motion for Relief from the automatic stay has
been filed in the above-styled case.  In the event a hearing cannot be held
within thirty (30) days from the filing of the motion for relief from the
automatic stay as required by 11 U.S.C. Section 362, Movant waives this
requirement and agrees to the next earliest possible date, as evidenced by the
signature of its counsel below. The undersigned consents to the automatic stay
(and any related co-debtor stay) remaining in effect with respect to Movant until
the Court orders otherwise.

        A HEARING will be held on the _____ day of _____, 20_____,

at _____.M., in Courtroom 1404, 75 Spring Street, Atlanta, Georgia.

        Within three days of the date of this notice, Movant's attorney or a pro se
Movant, shall serve the motion and this notice upon the Debtors, Trustee and
their attorneys of record, and shall file a certificate of service within three
days of service.  BLR 9007-2 NDGa.

        DATED:

                                W. YVONNE EVANS, CLERK
                                UNITED STATES BANKRUPTCY COURT


CONSENTED TO:


_/s_____
LARA A. ARMSTRONG, BAR NO. 112002
Attorney for Movant
McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102
(770) 643-2148
(800) 845-8633

File No. BAKY-02-00822-2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY CASE NO. 03-90109 |
| LAWRENCE WHISTLER | ) |
| KATHLEEN WHISTLER | ) CHAPTER 7 |
| | ) |
| Debtors | ) |
| | ) |
| BANK OF AMERICA, NA, | ) JUDGE: STACEY W. COTTON |
| | ) |
| Movant | ) |
| | ) |
| vs | ) CONTESTED MATTER |
| | ) |
| LAWRENCE WHISTLER | ) |
| KATHLEEN WHISTLER | ) |
| EDWIN K. PALMER, Trustee | ) |
| Respondents | ) |

NOTICE OF ASSIGNMENT OF HEARING

NOTICE IS HEREBY GIVEN THAT a Motion for Relief from the automatic stay has been filed in the above-styled case. In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. Section 362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by the signature of its counsel below. The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the Court orders otherwise.

A HEARING will be held on the _13_ day of _February_, 20_03_, at _9:30 A_.M., in Courtroom 1404, 75 Spring Street, Atlanta, Georgia.

Within three days of the date of this notice, Movant's attorney or a pro se Movant, shall serve the motion and this notice upon the Debtors, Trustee and their attorneys of record, and shall file a certificate of service within three days of service. BLR 9007-1 NDGa.

DATED: **JAN 1 6 2003**

W. YVONNE EVANS, CLERK
UNITED STATES BANKRUPTCY COURT

CONSENTED TO:

_/s_____
LARA A. ARMSTRONG, BAR NO. 112002
Attorney for Movant
McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-2148
(800) 845-8633

File No. BAKY-02-00822-2

LAW OFFICES
**McCALLA, RAYMER, PADRICK, COBB, NICHOLS & CLARK, LLC**
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA 30076-2102
TELEPHONE: (770) 804-0400
TELEFAX: (770)396-8422
1-800-275-7171

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

**03 JAN 16  PM 4: 57**


W. YVONNE EVANS,
CLERK

BY
DEPUTY CLERK

January 13, 2003

Clerk, United States Bankruptcy Court
75 Spring St., S.W.
Suite 1340
Atlanta, GA 30303

## REQUEST FOR SERVICE OF NOTICES

RE:  Debtor(s)        :  Lawrence Whistler and Kathleen Whistler
     Case Number      :  03-90109
     Chapter          :  7
     Secured Creditor :  Bank of America
     Loan Number      :  26859769

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

        Bank of America
        c/o McCalla, Raymer, et. al.
        Bankruptcy Department
        1544 Old Alabama Road
        Roswell, Georgia 30076

   Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but no limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

                                    Very Truly Yours,

                                    John D. Schlotter

cc: Edwin Palmer
    David L. Miller, Esq.

File Number BAKY-02-00822-2 /
Request for Service of Notice

January 14, 2003


United States Bankruptcy Court
Richard Russell Bldg. Room 1340
75 Spring Street S.W.
Atlanta, Georgia 30303

To Whom It May Concern:

Please note my new address:

#01-bk-69071:

Old address:
Vertonia Jarrett
1509 McPherson Avenue
Atlanta, Georgia 30316

New address:
Vertonia Jarrett
6037 Regent Manor
Lithonia, Georgia 30058
(770) 323-2544 – home
(404) 982-0088 –ext 104 - work

If you need any more information please feel free to call.

BANKRUPTCY CASE NO. 03-90109

CHAPTER  7

*JUDGE:  STACEY W. COTTON*

### CERTIFICATE OF SERVICE

I, Lara A. Armstrong, of McCalla, Raymer, Padrick, Cobb, Nichols & Clark, 1544 Old Alabama Road, Roswell, Georgia  30076-2102, certify:

That on the date below, I served a copy of the within NOTICE OF ASSIGNMENT OF HEARING, together with the "*MOTION FOR RELIEF FROM THE AUTOMATIC STAY*" filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Lawrence Whistler
Kathleen Whistler
425 Red Jacket Way
Alpharetta, GA  30005

David L. Miller, Esquire
Law Offices of David L. Miller
3340 Peachtree Road, NE
Suite 2615, Tower Place 100
Atlanta, GA  30326

Edwin K. Palmer, Trustee
118 East Trinity Place
Suite 9
Decatur, GA  30030


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING *IS TRUE AND* CORRECT.


Executed on  1/24/03      By:  s/
　　　　　　　　(date)　　　　LARA A. ARMSTRONG, BAR NO. 112002
　　　　　　　　　　　　　　　Attorney for Movant

File No. BAKY-02-00822-2

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**Atlanta Division**

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

JAN 2 8 2003

In re:   **Lawrence Whistler**          **Kathleen Whistler**          Case No. 03-90109
         **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**                **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**                Konne Evans, Clerk

## STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|--------|--------|--------------------|
| 4,200.00 | **Wife** **Bellini's** | 2001 |
| 7,000.00 | **Independent Agent** **Husband** | 2001 |
| 9,000.00 | **Independent Agent** **Royalties from 1999 - 2000** **Husband** | 2002 |
| 17,000.00 | **Wife** **Bellini's** | 2002 |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|--------|--------|--------------------|

### 3. Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR<br>AND RELATIONSHIP TO DEBTOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT<br>STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| David L. Miller<br>3340 Peachtree Road, NE<br>Suite 2615<br>Atlanta, GA 30326 | 01/2003 | 750.00 |

## 10.  Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☒

If the debtor has moved within the **two years** immediately preceding the commencement of this
case, list all premises which the debtor occupied during that period and vacated prior to the
commencement of this case. If a joint petition is filed, report also any separate address of either
spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory ( including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year
period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former
spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of
hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium,
including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List the name  and address of every site for which the debtor has received notice in writing by a governmental unit
that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the
date of the notice, and, if known, the Enivronmental Law.

None
☒

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

None
☒

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None
☒

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director,partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|----------------------|---------|--------------------|----------------------------|
|      |                      |         |                    |                            |

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|------|---------|
|      |         |

## 25. Pension Funds.

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER

*[if completed by an individaul or individual  and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  1/29/03

Date  1/29/03

Signature of Debtor      Lawrence Whistler

Signature of Joint Debtor      Kathleen Whistler

FORM B6A
(6/90)

In re: **Lawrence Whistler**　　　　　　**Kathleen Whistler**　　　　　.　　Case No.　**03-90109**
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 425 Red Jacket Way Alpharetta, Georgia 30005 | Fee simple | J | $ 285,000.00 | $ 331,046.00 |
|  |  | Total ➤ | $ 285,000.00 |  |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **Lawrence Whistler**                    **Kathleen Whistler**              ·   Case No.   **03-90109**
                    Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** **Bank of America** | | 4.72 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living room, bedroom & dining room furniture. TV, VCR, refrigerator, stove** | | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | | 2,000.00 |
| 7. Furs and jewelry. | | **Wedding band, ruby ring** | | 4,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Magnum, Smith & Wesson** | | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

FORM B6B
(10/89)

In re  **Lawrence Whistler**                          **Kathleen Whistler**                          Case No.     **03-90109**
              _____          _____                    _____
                          Debtor                                                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | GMC Jimmy | | 17,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

FORM B6B
(10/89)

In re  **Lawrence Whistler**          **Kathleen Whistler**          ·   **Case No.**   **03-90109**
         Debtor                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

                    _2_   continuation sheets attached          Total ►          $ 26,104.72

(Include amounts from any continuation sheet attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re  **Lawrence Whistler**                          **Kathleen Whistler**                          , Case No.  **03-90109**
                              Debtor.                                                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note:  These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                           been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period
                           than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is
                           exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| GMC Jimmy | OCGA 44-13-100(a)(3) | 2,000.00 | 17,000.00 |
| Living room, bedroom & dining room furniture.  TV, VCR, refrigerator, stove | OCGA 44-13-100(a)(4) | 3,000.00 | 3,000.00 |
| Magnum, Smith & Wesson | OCGA 44-13-100(a)(6) | 100.00 | 100.00 |
| Wedding band, ruby ring | OCGA 44-13-100(a)(5) | 1,000.00 | 4,000.00 |

FORM B6D
(6/90)

In re: **Lawrence Whistler**          **Kathleen Whistler**          .          Case No.  **03-90109**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   *Check this box if debtor has no creditors holding secured claims to report on this Schedule D.*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **0026859769** <br> **Bank of America** <br> **c/o McCalla Raymer ..., LLC** <br> **1544 Old Alabama Road** <br> **Roswell, GA 30076** | | | **Mortgage** <br> **425 Red Jacket Way** <br> **Alpharetta, Georgia 30005** <br><br> **VALUE $285,000.00** | | | | **250,000.00** | **0.00** |
| ACCOUNT NO.    **87100038-0202812** <br> **Citifinancial** <br> **2650 Dallas Highway** <br> **Suite 160** <br> **Marietta, GA 30064-7506** | | | **2nd Mortgage** <br> **425 Red Jacket Way** <br> **Alpharetta, Georgia 30005** <br><br> **VALUE $285,000.00** | | | | **81,046.00** | **0.00** |
| ACCOUNT NO. <br> **GMAC** <br> **PO Box 105677** <br> **Atlanta, GA 30348** | **X** | | **GMAC Jimmy** <br><br> **VALUE $16,000.00** | | | | **20,000.00** | **0.00** |

Q Continuation sheets attached

|  |  |
|---|---|
| Subtotal        ➤ <br> (Total of this page) | **$351,046.00** |
| Total        ➤ <br> (Use only on last page) | **$351,046.00** |

(Report total also on Summary of Schedules)

B6E
(Rev.4/98)

In re:  **Lawrence Whistler**                    **Kathleen Whistler**          .          Case No.   **03-90109**
                          Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**       (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  Continuation sheets attached

FORM B6E - Cont.
(10/89)

In re: **Lawrence Whistler**        **Kathleen Whistler**        Case No. __03-90109__
              Debtor                                                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal >     $0.00
(Total of this page)

Total >     $0.00
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F (Official Form 6F) - (9/97)

In re: __Lawrence Whistler__        __Kathleen Whistler__        ,    Case No. __03-90109__
              Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    373755391874003<br><br>American Optima | | | Charge account | | | | 3,500.00 |
| ACCOUNT NO.    372849119603009<br><br>AMEX | | | Charge account | | | | 10,600.00 |
| ACCOUNT NO.    12-623-605-7<br><br>Ann TAylor<br>PO Box 1304<br>New Haven, CT 06505-1304 | | | Credit Card | | | | 435.85 |
| ACCOUNT NO.    321704-00-533744-8<br><br>Beneficial<br>704 - B North Main Street<br>Alpharetta, GA 30004 | | | Credit card | | | | 4,862.68 |
| ACCOUNT NO.    5291 1518 6316 0451<br><br>Capital One Bank<br>PO Box 530092<br>Atlanta, GA 30353-0092 | | W | Credit card | | | | 618.74 |

__3__   Continuation sheets attached

Subtotal    ▸                              $20,017.27

Total    ▸

FORM B6F - Cont.
(10/89)

In re: __Lawrence Whistler__                    __Kathleen Whistler__          .          Case No. __03-90109__
          Debtor                                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5291151893231900 <br><br> Capitol One Services, Inc. <br> 1957 Westmoreland Road <br> Richmond, VA 23276-5677 | | | Credit card | | | | 640.82 |
| ACCOUNT NO.   5410658453596544 <br><br> Citicorp Credit Services <br> 9920 NW 110th Street <br> Kansas City, MO 64153 | | W | Credit card | | | | 10,970.80 |
| ACCOUNT NO.   5458 0040 9001 1238 <br><br> Direct Merchants Bank <br> PO Box 2128 <br> Tulsa, OK 74121-2128 | | | Credit card | | | | 15,048.25 |
| ACCOUNT NO.   6011 0044 4064 9172 <br><br> Discover <br> PO Box 3008 <br> New Albany, OH 43054-3008 | | | Credit card | | | | 3408.42 |
| ACCOUNT NO.   1523003395995590 <br><br> First North American National Bank <br> PO Box 42364 <br> Richmond, VA 23242 | | | Credit Card | | | | 2,703.34 |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►
(Total of this page)

Total ►
(Use only on last page of the completed Schedule F.)

| $29,363.21 |
|---|
| |

FORM B6F - Cont.
(10/89)

In re: __Lawrence Whistler_____ __Kathleen Whistler_____ .   Case No. __03-90109____
            Debtor                                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5291151893231900<br><br>Capitol One Services, Inc.<br>1957 Westmoreland Road<br>Richmond, VA 23276-5877 | | | Credit card | | | | 640.82 |
| ACCOUNT NO.   5410658453596544<br><br>Citicorp Credit Services<br>9920 NW 110th Street<br>Kansas City, MO 64163 | | W | Credit card | | | | 10,970.80 |
| ACCOUNT NO.   5458 0040 9001 1238<br><br>Direct Merchants Bank<br>PO Box 2128<br>Tulsa, OK 74121-2128 | | | Credit card | | | | 15,048.25 |
| ACCOUNT NO   6011 0044 4064 9172<br><br>Discover<br>PO Box 3008<br>New Albany, OH 43054-3008 | | | Credit card | | | | 3408-42 |
| ACCOUNT NO   1523003395995590<br><br>First North American National Bank<br>PO Box 42364<br>Richmond, VA 23242 | | | Credit Card | | | | 2,703.34 |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   ▶
(Total of this page)

Total   ▶
(Use only on last page of the completed Schedule F.)

**$29,363.21**

FORM B6F - Cont.
(10/89)

In re: <u>Lawrence Whistler</u>      <u>Kathleen Whistler</u>      Case No. <u>03-90109</u>
         Debtor                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **09-9371782**<br>Haverty's<br>Haverty's Credit Services<br>PO Box 740506<br>Atlanta, GA 30374-0506 | | | Credit card | | | | 1,358.35 |
| ACCOUNT NO. **684-974-231**<br>Jacobson<br>PO Box 768<br>Jackson, Michigan 49204-0768 | | W | Charge Account | | | | 140.45 |
| ACCOUNT NO. **031-7029-395**<br>Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | | | Credit Card | | | | 1,010.47 |
| ACCOUNT NO. **9308-615-31**<br>Lord & Taylor<br>PO Box 94873<br>Cleveland, OH 44101-4873 | | | Credit Card | | | | 613.48 |
| ACCOUNT NO. **46000294772**<br>Macy's<br>5300 King's Island Drive<br>Mason, OH 45040 | | W | Charge Account | | | | 545.33 |

Sheet no. <u>2</u> of <u>3</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ (Total of this page)

Total ▶ (Use only on last page of the completed Schedule F.)

$3,668.08

FORM B6F - Cont.
(10/89)

In re:  **Lawrence Whistler**          **Kathleen Whistler**          .          Case No.   **03-90109**

                      Debtor                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    011 427 158 6<br><br>Rich's<br>PO Box 4587<br>Carol Stream, IL 60197-4587 | | W | Credit card | | | | 1,604.52 |
| ACCOUNT NO.    4352 3700 0349 0272<br><br>Target<br>c/o Retailers National Bank<br>PO Box 59317<br>Minneapolis, MN 55459-0226 | | W | Credit card | | | | 10,369.36 |
| ACCOUNT NO.    6032 2034 1105 5238<br><br>Wal Mart<br>PO Box 530929<br>Atlanta, GA 30353-0925 | | W | Credit card | | | | 1,202.32 |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     ►          $13,176.20

(Total of this page)

Total     ►          $66,224.76

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re:  **Lawrence Whistler**          **Kathleen Whistler**          Case No.  **03-90109**

                  Debtor                                                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Chase Manhattan  Automotive Finance**<br>**PO Box 5210**<br>**New Hyde Park, NY 11042** | **Lease on Infiniti** |

B6H
(6/90)

In re: <u>Lawrence Whistler</u>                              <u>Kathleen Whistler</u>                          .       Case No.   <u>03-90109</u>
           Debtor                                                                                                                          (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Tim Whistler<br>425 Red Jacket Way<br>Alpharetta, GA 30005 | GMAC<br>PO Box 105677<br>Atlanta, GA 30348 |

In re   **Lawrence Whistler**          **Kathleen Whistler**          Case No.   **03-90109**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age: **50** Spouse's Age: **50** | NAMES **Tim Whistler** **John Whistler** **Robert Whistler** | AGE **19** **13** **9** | RELATIONSHIP **Son** **Son** **Son** |

| EMPLOYMENT: | DEBTOR | SPOUSE | |
|---|---|---|---|
| Occupation | **Proffesional wrestler/golfer/broadcaste** | **Retail** | |
| Name of Employer | **Self employed** | **Bellini's Baby Stor** | |
| How long employed | | **6 months** | |
| Address of Employer | | | |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $  3,000.00 | $  1,400.00 |
| Estimated monthly overtime | $  0.00 | $  0.00 |
| SUBTOTAL | $  3,000.00 | $  1,400.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $  0.00 | $  300.00 |
| b. Insurance | $  0.00 | $  0.00 |
| c. Union dues | $  0.00 | $  0.00 |
| d. Other (Specify) | $  0.00 | $  0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $  0.00 | $  300.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $  3,000.00 | $  1,100.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $  0.00 | $  0.00 |
| Income from real property | $  0.00 | $  0.00 |
| Interest and dividends | $  0.00 | $  0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $  0.00 | $  0.00 |
| Social security or other government assistance (Specify) | $  0.00 | $  0.00 |
| Pension or retirement income | $  0.00 | $  0.00 |
| Other monthly income (Specify) | $  0.00 | $  0.00 |
| TOTAL MONTHLY INCOME | $  3,000.00 | $  1,100.00 |

TOTAL COMBINED MONTHLY INCOME          **$ 4,100.00**          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**Independant agent; work not always steady.**

Form B6J
(6/90)

In re _____**Lawrence Whistler**_____**Kathleen Whistler**_____ , Case No. ____**03-90109**____

Debtor                                                                                              (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
    schedule of expenditures labeled "Spouse".

| | | | |
|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,832.00 |
| Are real estate taxes included?      Yes _____   No ✓ | | | |
| Is property insurance included?      Yes _____   No ✓ | | | |
| Utilities   Electricity and heating fuel | | $ | 175.00 |
|       Water and sewer | | $ | 55.00 |
|       Telephone | | $ | 65.00 |
|       Other   Cable | | $ | 35.00 |
|            Cell phone | | $ | 30.00 |
| Home maintenance (repairs and upkeep) | | $ | 0.00 |
| Food | | $ | 320.00 |
| Clothing | | $ | 75.00 |
| Laundry and dry cleaning | | $ | 0.00 |
| Medical and dental expenses | | $ | 50.00 |
| Transportation (not including car payments) | | $ | 50.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| Charitable contributions | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
|       Homeowner's or renter's | | $ | 0.00 |
|       Life | | $ | 0.00 |
|       Health | | $ | 0.00 |
|       Auto | | $ | 159.00 |
|       Other _____ | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | | |
|       Auto | | $ | 854.00 |
|       Other _____ | | $ | 0.00 |
| Alimony, maintenance or support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other   2nd Mortgage | | $ | 1,200.00 |

| | | |
|---|---|---|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 4,900.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | |
| B. Total projected monthly expenses | $ | |
| C. Excess income (A minus B) | $ | |
| D. Total amount to be paid into plan each _____ | $ | |
| (interval) | | |

In re:   **Lawrence Whistler**        **Kathleen Whistler**        **Case No.**
       **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**        **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**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of       16 sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  1/29/03

Signature  _Lawrence Whistler_
            **Lawrence Whistler**

Date:  1/29/03

Signature  _Kathleen Whistler_
            **Kathleen Whistler**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

| | | | |
|---|---|---|---|
| In re: | **Lawrence Whistler** | **Kathleen Whistler** | Case No.  03-90109 |
| | **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** | **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** | Chapter  7 |
| Debtors | | | |

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 750.00 |
| Prior to the filing of this statement I have received | $ | 750.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☑ Debtor     ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]
       None

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Representation in adversary proceedings.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: ___1/29/03___

               _David L. Miller_____

               David L. Miller, Bar No. 506550

               **Law Offices of David L. Miller**
               Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
**Northern District of Georgia**
**Atlanta Division**

In re:  Lawrence Whistler          Kathleen Whistler          Case No. _____
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                        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                Chapter      7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a.   *Property To Be Surrendered.*

   Description of Property                    Creditor's Name

   **None**

   b.   *Property To Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| 1. 425 Red Jacket Way Alpharetta, Georgia 30005 | **Bank of America** | | | X | |
| 2. 425 Red Jacket Way Alpharetta, Georgia 30005 | **Citifinancial** | | | X | |
| 3. GMAC Jimmy | **GMAC** | | | X | |

Date:  1/29/03

Signature of Debtor

Date:  1/29/03

Signature of Joint Debtor

Form B6
(6/90)

# United States Bankruptcy Court
## Northern District of Georgia
## Atlanta Division

In re   **Lawrence Whistler**         **Kathleen Whistler**         Case No.   **03-90109**

Chapter   **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED



| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 285,000.00 | | |
| B - Personal Property | YES | 3 | $ 26,104.72 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 351,046.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 66,224.76 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,100.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 4,900.00 |
| Total Number of sheets in ALL Schedules > | | 16 | | | |
| Total Assets > | | | $ 311,104.72 | | |
| Total Liabilities > | | | | $ 417,270.76 | |



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              :

                                    :       CASE NO.  03-90109-swc

LAWRENCE WHISTLER, and              :
KATHERINE WHISTLER                  :

                                    :       CHAPTER 7
        Debtors.                    :       JUDGE COTTON

_____ :

### NOTICE OF RESET DATE
### FOR §341 MEETING OF CREDITORS

PLEASE TAKE NOTICE that §341 Meeting of Creditors in the above referenced case

have been reset as follows:

### The §341 Meeting of Creditors

| | |
|---|---|
| **Date:** | **Tuesday, February 18, 2003** |
| **Time:** | **10:30 a.m.** |
| **Place:** | **Richard B. Russell Federal Building** |
| | **75 Spring Street, SW** |
| | **Room 365** |
| | **Atlanta, GA 30303** |

This 21st day of February, 2003.

Dorna D. Jenkins
Georgia Bar No. 390485
Attorney for Debtor

Law Offices of David L. Miller
3340 Peachtree Rd. NE
Suite 2615-Tower Place
Atlanta, GA 30326
(404) 231-1933

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                                    :
                                          :        CASE NO. 03-90109-swc
LAWRENCE WHISTLER, and                    :
KATHERINE WHISTLER                        :
                                          :        CHAPTER 7
        Debtors.                          :        JUDGE COTTON
                                          :

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the attached **NOTICE OF**

**RESET DATE FOR 341 MEETING OF CREDITORS** upon the following by depositing

same in the United States Mail with adequate postage thereon and addressed as follows:

Edwin K. Palmer, Esq.
Chapter 7 Trustee
118 East Trinity Place
Suite 9
Decatur, GA 30030

Ann Taylor
PO Box 1304
New Haven, CT 06505-1304

Attorney General of Georgia
132 State Judicial Building
Atlanta, GA 30334

Bank of America
c/o McCalla, Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076

Beneficial
704-B North Main Street
Alpharetta, GA 30004

Capital One Bank
PO Box 530092
Atlanta, GA 30353-0092

Capital One Services, Inc.
1957 Westmoreland Road
Richmond, VA 23276-5677

Citicorp Credit Services
9920 NW 110th Street
Kansas City, MO 64153

Citifinancial
2650 Dallas Highway
Suite 160
Marietta, GA 30064-7506

Direct Merchants Bank
P.O. Box 2128
Tulsa, OK 74121-2128

Discover
PO Box 3008
New Albany, OH 43054-3008

First North American National Bank
PO Box 42364
Richmond, VA 23242

GMAC
PO Box 105677
Atlanta, GA 30348

Georgia Department of Revenue
Bankruptcy Insolvency Unit
P.O. Box 3889
Atlanta, GA 30334

Georgia Dept. of Revenue
Bankruptcy Section
Box 38143
Atlanta, GA 30334

Haverty's
Haverty's Credit Services
PO Box 740506
Atlanta, GA 30374-0506

Internal Revenue Service
P.0. Box 995
Room 1640, Stop 334-D
Atlanta, GA 30370

Internal Revenue Service
Attn Bankruptcy Unit 11
Box 995, Stop 335D
Atlanta, GA 30370

Jacobson
PO Box 768
Jackson, Michigan 49204-0768

Kohl's
PO Box 2983
Milwaukee, WI 53201-2983

Lord & Taylor
PO Box 94873
Cleveland, OH 44101-4873

Macy's
5300 King's Island Drive
Mason, OH 45040

Rich's
PO Box 4587
Carol Stream, IL 60197-4587

Rich's
c/o Federal Allied Credit Systems
Box 8053
Mason, OH 45040-8053

State of Georgia
Revenue Commissioner
410 Trinity - Washington Building
Atlanta, GA 30334

Steven Shapiro, Chief-Tax Division
Civil Trial Section, Dept. of Justice
POB 14198, Ben Franklin Station
Washington, D.C. 20044

Target
c/o Retailers National Bank
PO Box 59317
Minneapolis, MN 55459-0226
Tim Whistler
425 Red Jacket Way
Alpharetta, GA 30005

U.S. Attorney General
Department of Justice, Tax Division
Civil Trial Section Southern Region
PO Box 14198, Ben Franklin Station
Washington, D.C. 20044

U.S. Attorney's Office
1800 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30335

Wal Mart
PO Box 530929
Atlanta, GA 30353-0925

This 2nd day of February, 2003.

Dorna D. Jenkins
Georgia Bar No. 390485
Attorney for Debtor

Law Offices of David L. Miller
3340 Peachtree Rd. NE
Suite 2615-Tower Place
Atlanta, GA 30326
(404) 231-1933

ENTERED ON DOCKET
FEB 1 4 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY CASE |
| LAWRENCE WHISTLER | ) |
| KATHLEEN WHISTLER | ) NO. 03-90109 |
| | ) |
| Debtors | ) |
| | ) |
| BANK OF AMERICA, NA, | ) |
| | ) |
| Movant | ) |
| | ) CHAPTER 7 |
| vs. | ) |
| | ) |
| LAWRENCE WHISTLER | ) |
| KATHLEEN WHISTLER | ) |
| EDWIN K. PALMER, Trustee | ) JUDGE: STACEY W. COTTON |
| | ) |
| Respondents | ) |
| | ) |

ORDER GRANTING MOTION FOR RELIEF FROM STAY

The above styled Motion having been called before the Court
for a hearing on ___February 13, 2003___, upon Notice of
Assignment of Hearing to each of the above-captioned parties in
interest, and it appearing that there was no opposition to the
Motion and that the parties were properly served;

IT IS HEREBY ORDERED AND ADJUDGED that the 11 U.S.C. §362(a)
automatic stay is lifted as to Movant herein, its successors and
assigns, regarding the real property commonly known as 425 Red
Jacket Way, Alpharetta, GA.

FURTHER ORDERED that Movant, its successors and assigns, may proceed to assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, and to assert any and all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon the completion of any foreclosure sale, any funds in excess of the payoff due to Movant under its Note and Security Deed shall be paid to the Trustee for the benefit of the Estate.

SO ORDERED this _14th_ day of _February_, 2003.

_____
STACEY W. COTTON
UNITED STATES BANKRUPTCY JUDGE

PREPARED AND PRESENTED BY:

_____  645725
Lara A. Armstrong, Bar No. 112002
Attorney for Movant

McCalla, Raymer, Padrick, Cobb, Nichols & Clark
1544 Old Alabama Road
Roswell, Georgia  30076-2102
(770) 643-2148
(800) 275-7171

**DISTRIBUTION LIST**

Bankruptcy Department
McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102

Lawrence Whistler
Kathleen Whistler
425 Red Jacket Way
Alpharetta, GA  30005

David L. Miller, Esquire
Law Offices of David L. Miller
3340 Peachtree Road, NE
Suite 2615, Tower Place 100
Atlanta, GA  30326

Edwin K. Palmer, Trustee
118 East Trinity Place
Suite 9
Decatur, GA  30030

ENTERED ON DOCKET
FEB 1 4 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY CASE |
| LAWRENCE WHISTLER | ) |
| KATHLEEN WHISTLER | ) NO. 03-90109 |
| | ) |
|        Debtors | ) |
| | ) |
| BANK OF AMERICA, NA, | ) |
| | ) |
|      Movant | ) |
| | ) CHAPTER 7 |
| vs. | ) |
| | ) |
| LAWRENCE WHISTLER | ) |
| KATHLEEN WHISTLER | ) |
| EDWIN K. PALMER, Trustee | ) JUDGE: STACEY W. COTTON |
| | ) |
|      Respondents | ) |
| | ) |

ORDER GRANTING MOTION FOR RELIEF FROM STAY

The above styled Motion having been called before the Court

for a hearing on ___February 13, 2003___, upon Notice of

Assignment of Hearing to each of the above-captioned parties in

interest, and it appearing that there was no opposition to the

Motion and that the parties were properly served;

IT IS HEREBY ORDERED AND ADJUDGED that the 11 U.S.C. §362(a)

automatic stay is lifted as to Movant herein, its successors and

assigns, regarding the real property commonly known as 425 Red

Jacket Way, Alpharetta, GA.

FURTHER ORDERED that Movant, its successors and assigns, may proceed to assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, and to assert any and all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon the completion of any foreclosure sale, any funds in excess of the payoff due to Movant under its Note and Security Deed shall be paid to the Trustee for the benefit of the Estate.

SO ORDERED this _14th_ day of _February_, 2003.

_____
STACEY W. COTTON
UNITED STATES BANKRUPTCY JUDGE

PREPARED AND PRESENTED BY:

_____ 645825
Lara A. Armstrong, Bar No. 112002
Attorney for Movant   .

McCalla, Raymer, Padrick, Cobb, Nichols & Clark
1544 Old Alabama Road
Roswell, Georgia  30076-2102
(770) 643-2148
(800) 275-7171

**DISTRIBUTION LIST**

Bankruptcy Department
McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102

Lawrence Whistler
Kathleen Whistler
425 Red Jacket Way
Alpharetta, GA  30005

David L. Miller, Esquire
Law Offices of David L. Miller
3340 Peachtree Road, NE
Suite 2615, Tower Place 100
Atlanta, GA  30326

Edwin K. Palmer, Trustee
118 East Trinity Place
Suite 9
Decatur, GA  30030

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 113E-9          User: williamsv          Page 1 of 1          Date Rcvd: Feb 14, 2003
Case: 03-90109               Form ID: PDF             Total Served: 5

The following entities were served by first class mail on Feb 16, 2003.
db          Kathleen Whistler,   425 Red Jacket Way,   Alpharetta, GA 30005
db          Lawrence Whistler,   425 Red Jacket Way,   Alpharetta, GA 30005
aty         David L. Miller,   3340 Peachtree Rd  N E.,   Suite 2615 - Tower Place 100,   Atlanta, GA 30326
aty         Lara Anne Armstrong,   1544 Old Alabama Road,   Roswell, GA 30076-2102
tr          Edwin K. Palmer,   118 East Trinity Place,   Suite 9,   Decatur, GA 30030

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        David L. Miller,   3340 Peachtree Rd. N.E.,   Suite 2615 - Tower Place 100,   Atlanta, GA 30326
tr*         Edwin K. Palmer,   118 East Trinity Place,   Suite 9,   Decatur, GA 30030
pty*        Kathleen Whistler,   425 Red Jacket Way,   Alpharetta, GA 30005
pty*        Lawrence Whistler,   425 Red Jacket Way,   Alpharetta, GA 30005
                                                                          TOTALS: 0, * 4

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Feb 16, 2003**                    **Signature:**   _Joseph Speetjens_

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN THE MATTER OF:                                  BANKRUPTCY NO. 03-90109
Lawrence David Whistler
aka Larry Zbyszko
Katherine Whistler
          Debtor(s),                                        CHAPTER 7

                                                    JUDGE STACEY W. COTTON
General Motors Acceptance Corporation

          Movant,

v.                                                  **CONTESTED MATTER**

Lawrence David Whistler
aka Larry Zbyszko
Katherine Whistler
Trustee Edwin K. Palmer, (Chapter 7 Trustee)
          Respondent(s).

<u>**NOTICE OF ASSIGNMENT OF HEARING**</u>

NOTICE IS HEREBY GIVEN that a Motion for Relief from the Automatic Stay has been filed in the

above styled case.  In the event a hearing cannot be held within thirty (30) days from the filing of the Motion

for Relief from the Automatic Stay as required by 11 U.S.C. §362, Movant waives this requirement and agrees

to the next possible date, as evidenced by signature below. **The undersigned consents to the automatic stay**

**(and any related co-debtor stay) remaining in effect with respect to Movant until the Court orders**

**otherwise.**

A HEARING will be held on the _____ day of _____, 2003, at _____ ___.m. in

Courtroom _____, 75 Spring St.,S.W.,U. S. Courthouse Atlanta, Georgia 30303.

Within three days of the date of this notice, Movant shall serve the motion and this notice upon Debtor,

Trustee, and their attorneys of record, and shall file a Certificate of Service within three days of service.  BLR

9007-2 NDGa.

DATED: _____

                                            W. YVONNE EVANS, CLERK
                                            U.S. BANKRUPTCY COURT

_____/S/_____
GREGSON T. HAAN
Georgia Bar No. 316070
1275 Peachtree St., Suite 430
Atlanta, GA  30309-3565

ATTORNEY FOR MOVANT        110.1494

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN THE MATTER OF:                                    BANKRUPTCY NO. 03-90109
Lawrence David Whistler
aka Larry Zbyszko
Katherine Whistler
    Debtor(s),                                   CHAPTER 7

                                          JUDGE STACEY W. COTTON

General Motors Acceptance Corporation

    Movant,

v.                                                   **CONTESTED MATTER**

Lawrence David Whistler
aka Larry Zbyszko
Katherine Whistler
Trustee Edwin K. Palmer, (Chapter 7 Trustee)
    Respondent(s).

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW General Motors Acceptance Corporation , Movant in the above-entitled cause, and as

its Motion for Relief from the Automatic Stay, shows this Court as follows:

1.

That this motion seeking relief from the automatic stay under §362 of the Bankruptcy Code is a

proceeding which may be initiated by motion under the Rules of Bankruptcy Procedure.

2.

That Debtor did on January 3, 2003 file a petition for relief under Chapter 7 of the Bankruptcy Code.

3.

That at the time of the filing of said petition, Debtor was indebted to Movant in the sum of

$ 19068.46 on a Retail Installment Sale Contract for the purchase of a 2001 GMC Jimmy automobile (the

"Vehicle"), a true and correct copy of this Contract and the Certificate of Title, evidencing Movant's first lien

interest therein, being attached hereto and incorporated herein as Exhibits "A" and "B".

4.

That good cause, including, but not limited to, a lack of adequate protection, exists for granting Movant relief from the automatic stay as relates to its interest in the Vehicle.

5.

That there is no equity in the Vehicle for the benefit of Debtor or unsecured creditors, and the Vehicle is not needed for an effective reorganization, thereby entitling Movant to relief from the automatic stay pursuant to §362(d) of the Bankruptcy Code.

6.

That Movant is further entitled to recover, as part of its secured claim, its expenses, including a reasonable attorney's fee incurred in this case and for the bringing of this motion, to the extent that the Vehicle may have a market value exceeding the net outstanding balance due Movant on its claim.

7.

That the Vehicle is collateral which can be easily moved, secreted, and damaged by the Debtor(s) or others and may not now be covered by adequate collision damage and comprehensive insurance, thereby entitling Movant to an order expressly providing that relief from stay not be stayed for the ten (10) day period provided for under Bankruptcy Rule 4001 (a)(3).

WHEREFORE, Movant prays that the automatic stay presently in effect be lifted so as to permit it to exercise its right to self-help repossess the Vehicle or foreclose upon its interest, that this Court expressly provide that said relief not be stayed as provided for under Bankruptcy Rule 4001(a)(3), that Debtor be

ordered to surrender possession of the Vehicle to Movant, that Movant have and recover from the proceeds of

the disposition of the Vehicle, its reasonable expenses, including an attorney's fee, and that Movant have such

other and further relief as is just.

McCULLOUGH & PAYNE

_____ /S/____ _____

Gregson T. Haan
Georgia Bar No. 316070

1275 Peachtree Street, N.E.
Suite 430
Atlanta, Georgia 30309-3565
(404) 873-1386
ATTORNEYS FOR MOVANT
110.1494

**GMAC**

**RETAIL INSTALMENT SALE CONTRACT**
**- GMAC FLEXIBLE FINANCE PLAN**

002    Dealer Number 0334    Contract Number 23677

JUL 10    RECEIVED    GMAC 5001    FULTON GA SA
19... 9.34    64

| Buyer (and Co-Buyer)—Name and Address (include County and Zip Code) | Creditor (Seller Name and Address) |
|---|---|
| LAWRENCE DAVID WHISTLER | CARL BLACK PONT/BK/GMC/ISUZU |
| 425 RED JACKET WAY | 11225 ALPHARETTA HWY |
| ALPHARETTA GA 30005    FULTON | ROSWELL GA 30076    FULTON |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. By signing this contract, you agree to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor the Amount Financed and Finance Charge according to the payment schedule shown below. The Finance Charge is figured on a daily basis at the Annual Percentage Rate on the unpaid balance of the Amount Financed.
Description of Vehicle. You agree to buy and the Creditor agrees to sell the following vehicle.

| New or Used | Year | Make and Model | Body Type | Vehicle Identification No. | Use for Which Purchased |
|---|---|---|---|---|---|
| NEW | 2001 | GMC JIMMY | 2DR UT | 1GKCS18W51K199272 | ☒ personal ☐ agricultural ☐ business ☐ |

If truck—Describe body and major items of equipment sold:

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 3500.00 |
|---|---|---|---|---|
| 3.90 % | $ 2231.07 | $ 21444.93 | $ 23676.00 | $ 27176.00 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows: |
|---|---|---|---|
| 60 | 394.60 | Monthly beginning 08/26/2001 | |

Late Charge. If a payment is not paid in full within 10 days after it is due, you will pay a late charge of 5% of the amount of the payment that is late with a maximum of $50.00 unless the vehicle is off-highway farm or business equipment.
Prepayment. If you pay off all your debt early, you will not have to pay a penalty.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See the other side of this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest.

**ITEMIZATION OF AMOUNT FINANCED**

| | | |
|---|---|---|
| 1 Cash Price (including any accessories, services, and taxes) | | $ 23752.93 (1) |
| 2 Total Downpayment = Net Trade-in $ N/A | + Cash Downpayment $ 2000.00 | |
| + Other (Describe) MANUFACTURER'S REBATE | 1500.00 | |
| Your Trade-in is | | 3500.00 (2) |
| Year    Make    Model | | |
| 3 Unpaid Balance of Cash Price (1 minus 2) | | $ 20252.93 (3) |
| 4 Other Charges including Amounts Paid to Others on Your Behalf: (Seller may be keeping part of these amounts.) | | |
| A. Cost of Required Physical Damage Insurance Paid to the Insurance Company Named Below—Covering Damage to the Vehicle | $ N/A | |
| B Cost of Optional Mechanical Repair Insurance Paid to the Insurance Company Named Below—Covering Certain Mechanical Repairs | $ N/A | |
| C Cost of Optional Credit Insurance for the Term of this Contract Paid to the Insurance Company or Companies Named Below.    Life $ N/A    Disability, Accident and Health $ N/A | $ N/A | |
| D Official Fees Paid to Government Agencies | $ N/A | |
| E Taxes Not Included in Cash Price | $ N/A | |
| F Government License and/or Registration Fees (itemize) | $ N/A | |
| G Government Certificate of Title Fees | $ 18.00 | |
| H Other Charges (Seller must identify who will receive payment and describe purpose) | | |
| to STATE ($2) & DEALER ($1) for MV WARR RIGHTS FEE | $ 3.00 | |
| to RYAN CARL BLACK PON for 72 MONTHS/72000 MILES | $ 1171.00 | |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | 1192.00 (4) |
| 5 Amount Financed—Unpaid Balance (3 + 4) | | $ 21444.93 (5) |

Insurance. If any insurance is checked below, the policies or certificates issued by the Companies named will describe the terms and conditions.
Required Physical Damage Insurance. Physical damage insurance is required, but you may obtain it from anyone you wish who is acceptable to the Creditor. The cost of this insurance is shown in 4A of the Itemization above.

Optional Mechanical Repair Insurance. The cost of this insurance is shown in 4B of the Itemization above.

| Insurance Company— N/A | Term: month/yr | Insurance Company— |
|---|---|---|
| ☐ $ N/A    Deductible Collision and either: | | Term: ☐ 36 months or 36,000 miles, whichever occurs first |
| ☐ Full Comprehensive including Fire, Theft and Combined Additional Coverage | | Term: $ |
| ☐ $ N/A    Deductible Comprehensive including Fire, Theft and Combined Additional Coverage | | ☐ $25 Deductible  ☐ $50 Deductible  ☐ $ N/A  Deductible |
| ☐ Fire, Theft and Combined Additional Coverage | | |

Optional if desired—☐ Towing and Labor costs ☐ Loss of Use ☐ CB Radio Equipment

Optional Credit Insurance. Credit life insurance and credit disability insurance are not required to obtain credit and will not be provided unless you sign for them and agree to pay the additional cost. If you want this insurance, check the insurance desired and sign below. If you have chosen this insurance, the cost is shown in 4C of the Itemization above. Credit life insurance is based upon the payment schedule and term shown above. This insurance may not pay all you owe on this contract if you make late payments. Disability insurance covers the original payment amount for the term shown above. If you make late payments, disability insurance will not pay all of your payments.

Check the insurance desired: ☐ Life (Buyer ☐ Co-Buyer ☐ Both ☐)
☐ Disability, Accident and Health (Buyer Only)

N/A
(Name of Insurer)    (Home Office Address)

This policy will pay amounts due on this contract up to $ N/A    Total policy coverage for this and any other Retail Installment Sale Contract is limited to $ N/A

□ $ __N/A__ Deductible Collision.
□ Full Comprehensive including Fire, ___ and Combined Additional Coverage
□ $ __N/A__ Deductible Comprehensive including Fire, Theft and Combined Additional Coverage
□ Fire, Theft and Combined Additional Coverage

Term: □ ___
□ $25 Deductible □ $50 Ded. ___ □ $ __N/A__ Deductible

Optional, if desired — □ Towing and Labor costs □ Loss of Use □ CB Radio Equipment

**Optional Credit Insurance.** Credit life insurance and credit disability insurance are not required to obtain credit and will not be provided unless you sign for them and agree to pay the additional cost. If you want this insurance, check the insurance desired and sign below. If you have chosen this insurance, the cost is shown in 4C of the itemization above. Credit life insurance is based upon the payment schedule and term shown above. This insurance may not pay all you owe on this contract if you make late payments. Disability insurance covers the original payment amount for the term shown above. If you make late payments, disability insurance will not pay all of your payments.

Check the insurance desired: □ Life (Buyer □ Co-Buyer □ Both □)
□ Disability, Accident and Health (Buyer Only)

_____ __N/A__ _____
(Name of Insurer)                              (Home Office Address)

This policy will pay amounts due on this contract up to $ __N/A__  Total policy coverage for this and any other Retail Installment Sale Contract is limited to
$ __N/A__

_____    ____    _____    ____
Buyer Signature              Date    Co-Buyer Signature           Date

**THE INSURANCE, IF ANY, REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

See the other side of this contract for other important agreements, including your agreement to give the Creditor a security interest in insurance premiums and proceeds.

### Notice to the Buyer

**Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the contract you sign.**

You signed this Contract and received a copy of it    JULY 11th    2001    (m)
_____                              (Mo.)  (Day)  (Yr.)
Buyer Signs                                    Co-Buyer Signs

**Co-Buyers and Other Owners** — A Co-Buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The co-Buyer or other owner knows that the Creditor has a security interest in the vehicle and consents to the security interest.

Other owner signs here _____    Address _____

Creditor Signs    CARL BLACK PONT/BK/GMC/ISUZU    By _____    Title _____

If Seller obtained this vehicle from General Motors Corporation (GM) on installment credit terms, Seller assigns its interest in this contract to GM under the terms of the GM Installment Sales Finance Plan—Terms of Substitution and Assignment agreement. Otherwise, Seller assigns its interest in this contract to General Motors Acceptance Corporation (GMAC) under the terms of the GMAC Retail Plan agreement.

| Assigned with recourse | | | Assigned without recourse or with limited recourse | | |
|---|---|---|---|---|---|
| | | | CARL BLACK PONT/BK/GMC/ISUZU | | |
| Seller | By | Title | Seller | By | Title |

Z109 PR-GA 6-98 (4) (For use in the State of Georgia) (1 of 4)    Notice: See Other Side    **ORIGINAL**



STATE OF GEORGIA

Certificate of Title

STATE OF GEORGIA

THIS TITLE MUST BE TRANSFERRED IMMEDIATELY UPON CHANGE OF VEHICLE OWNERSHIP

VEHICLE IDENTIFICATION NUMBER
1GKCS10M51K199272

YEAR 2001

MAKE GMC

MODEL JIMMY

TYPE OF BODY MULTI-PURPOSE V

CYL. 6

DATE ISSUED 07/23/2001

CURRENT TITLE NUMBER 77806601193002

DATE VEHICLE PUR. 07/11/2001

FUEL GASOLINE

NEW OR USED NEW

ODOMETER 000121

PREVIOUS TITLE NBR/STATE OF ISSUE

NBR OF LIENS 1

COLOR BLK

DOOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BY

OWNER

LAWRENCE DAVID WHISTLER
125 RED JACKET WAY
ALPHARETTA GA 30005-4244

MAIL TO

GMAC
PO BOX 8101
COCKEYSVILLE MD 21030-8101

FSHIP 1GKCS10M51K199272

00042

004356353

4810962

FIRST SECURITY OR PRIVATE INTEREST

GMAC
PO BOX 8101
COCKEYSVILLE MD 21030-8101

SECOND SECURITY OR PRIVATE INTEREST

THIRD SECURITY OR PRIVATE INTEREST

RELEASE OF LIEN OR SECURITY INTEREST

| DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|
| 1ST LIEN | | |
| 2ND LIEN | | |
| 3RD LIEN | | |

The Georgia Department of Revenue hereby certifies that an Application duly made by the person registered by the Department as the lawful owner of the vehicle described subject to the lien and security interest herein set forth and that such lien or security interest as may subsequently be filed with the Commissioner. The Certificate of Title is issued pursuant to the Motor Vehicle Certificate of Title Act and is subject to the provisions thereof.

STATE REVENUE COMMISSIONER

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

FEB 1 9 2003

W. Yvonne Evans, Clerk

By_____
Deputy Clerk

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LAWRENCE WHISTLER | ) |
| KATHLEEN WHISTLER | )    **CASE NUMBER** |
|      Debtors | )    **03-90109-swc** |
| | )    **CHAPTER 7** |
| | ) |
| | )    **JUDGE COTTON** |

### Motion To Abandon Property

COMES NOW, Edwin K. Palmer, the duly-appointed and acting Trustee of Lawrence and Kathleen Whistler ("Trustee"), and moves this Court as follows:

1.

Lawrence and Kathleen Whistler filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code on January 3,2002. Edwin K. Palmer was appointed as Trustee by Order of this Court on January 6, 2003 and has at all times since that date been acting as Trustee of Lawrence and Kathleen Whistler.

2.

The Trustee is currently in the possession of certain property of the Estate which the Trustee has determined to be of inconsequential value to the Estate as defined in 11 USC § 554(b). The property consists of real property located at 425 Red Jacket Way, Alpharetta, Georgia 30005. The property to be abandoned has a fair market value of $285,000 and has two secured claims which total $331,046.00.  These claims are more particularly described in Schedules A and D of the debtor's schedules, which are incorporated herein by reference.

3.

The Trustee shows that the continued storage of the property is burdensome to the Estate and further shows that it is of inconsequential value to the Estate and that said property should therefore be abandoned, which would be in the best interest of the estate.

WHEREFORE, the Trustee requests the Court enter an order authorizing and directing the Trustee to abandon said property as referenced and identified herein, and for such other and further relief as this Court may deem just and proper.

This ___18___ day of February, 2003.

Respectfully submitted,

Edwin K. Palmer
Trustee

118 East Trinity Place
Suite 9
Decatur, GA 30030
(404) 479-4449

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE: )
)
LAWRENCE WHISTLER )
KATHLEEN WHISTLER )    CASE NUMBER
      Debtors )    03-90109-swc
)    CHAPTER 7
)
)    JUDGE COTTON

     I hereby certify that I have this date served a copy of the foregoing Motion to Abandon Property, Proposed Order and Notice of Proposed Abandonment of Property, upon debtor and all parties to this action by depositing a copy of same in the United States mail with adequate postage prepaid and addressed as follows:

**Ann Taylor**
PO Box 1304
New Haven, CT 06505-1304

**Attorney General of Georgia**
132 State Judicial Building
Atlanta, GA 30334

**Bank of America**
c/o McCalla, Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076

**Beneficial**
704-B North Main Street
Alpharetta, GA 30004

**Capital One Bank**
PO Box 530092
Atlanta, GA 30353-0092

**Capital One Services, Inc.**
1957 Westmoreland Road
Richmond, VA 23276-5677

**Citicorp Credit Services**
9920 NW 110th Street
Kansas City, MO 64153

**Citifinancial**
2650 Dallas Highway
Suite 160
Marietta, GA 30064-7506

**Direct Merchants Bank**
P.O. Box 2128
Tulsa, OK 74121-2128

**Discover**
PO Box 3008
New Albany, OH 43054-3008

**First North American National Bank**
PO Box 42364
Richmond, VA 23242

**GMAC**
PO Box 105677
Atlanta, GA 30348

**Georgia Department of Revenue**
Bankruptcy Insolvency Unit
P.O. Box 3889
Atlanta, GA 30334

**Georgia Dept. of Revenue**
Bankruptcy Section
Box 38143
Atlanta, GA 30334

**Haverty's**
Haverty's Credit Services
PO Box 740506
Atlanta, GA 30374-0506

**Internal Revenue Service**
P.O. Box 995
Room 1640, Stop 334-D
Atlanta, GA 30370

**Internal Revenue Service**
Attn Bankruptcy Unit 11
Box 995, Stop 335D
Atlanta, GA 30370

**Jacobson**
PO Box 768
Jackson, Michigan 49204-0768

**Kohl's**
PO Box 2983
Milwaukee, WI 53201-2983

**Lord & Taylor**
PO Box 94873
Cleveland, OH 44101-4873

**Macy's**
5300 King's Island Drive
Mason, OH 45040

**Rich's**
PO Box 4587
Carol Stream, IL 60197-4587

**Rich's**
c/o Federal Allied Credit Systems
Box 8053
Mason, OH 45040-8053

**State of Georgia**
Revenue Commissioner
410 Trinity - Washington Building
Atialnta, GA 30334

**Steven Shapiro, Chief-Tax Division**
Civil Trial Section, Dept. of Justice
POB 14198, Ben Franklin Station
Washington, D.C. 20044

**Target**
c/o Retailers National Bank
PO Box 59317
Minneapolis, MN 55459-0226

**Tim Whistler**
425 Red Jacket Way
Alpharetta, GA 30005

**U.S. Attorney General**
Department of Justice, Tax Division
Civil Trial Section Southern Region
PO Box 14198, Ben Franklin Station
Washington, D.C. 20044

**U.S. Attorney's Office**
1800 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30335

**Wal Mart**
PO Box 530929
Atlanta, GA 30353-0925

This the 1⁄8 day of February, 2003.

DORNAD D. JENKINS
Attorney for Debtor
GA Bar No. 390485

3340 Peachtree Road, NE
Suite 2615 – Tower Place 100
Atlanta, GA 30326
(404) 231-1933

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
GEORGIA

03 FEB 20 PM 3: 24

W. YVONNE EVANS
CLERK
BY _____

IN THE MATTER OF:                           BANKRUPTCY NO. 03-90109
Lawrence David Whistler
aka Larry Zbyszko
Katherine Whistler
        Debtor(s),                          CHAPTER 7

                                            JUDGE STACEY W. COTTON
General Motors Acceptance Corporation

        Movant,

v.                                          **CONTESTED MATTER**

Lawrence David Whistler
aka Larry Zbyszko
Katherine Whistler
Trustee Edwin K. Palmer, (Chapter 7 Trustee)
        Respondent(s).

## NOTICE OF ASSIGNMENT OF HEARING

NOTICE IS HEREBY GIVEN that a Motion for Relief from the Automatic Stay has been filed in the

above styled case. In the event a hearing cannot be held within thirty (30) days from the filing of the Motion

for Relief from the Automatic Stay as required by 11 U.S.C. §362, Movant waives this requirement and agrees

to the next possible date, as evidenced by signature below. **The undersigned consents to the automatic stay**

**(and any related co-debtor stay) remaining in effect with respect to Movant until the Court orders**

**otherwise.**

A HEARING will be held on the 27th day of March, 2003, at 9:30 A .m. in

Courtroom 404, 75 Spring St.,S.W.,U. S. Courthouse Atlanta, Georgia 30303.

Within three days of the date of this notice, Movant shall serve the motion and this notice upon Debtor,

Trustee, and their attorneys of record, and shall file a Certificate of Service within three days of service. BLR

9007-2 NDGa.

DATED: FEB 2 0 2003 _____

                                            W. YVONNE EVANS, CLERK
                                            U.S. BANKRUPTCY COURT

_____/S/_____
GREGSON T. HAAN
Georgia Bar No. 316070
1275 Peachtree St., Suite 430
Atlanta, GA  30309-3565

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

FEB 1 8 2003

W. Yvonne Evans, Clerk
By: _____
Deputy Clerk

IN RE:                    :

LAWRENCE WHISTLER, and   :
KATHERINE WHISTLER      :

Debtors.          :

CASE NO. 03-90109-swc

CHAPTER 7
JUDGE COTTON

## NOTICE OF RESET DATE
## FOR §341 MEETING OF CREDITORS

PLEASE TAKE NOTICE that §341 Meeting of Creditors in the above referenced case has been reset as follows:

### The §341 Meeting of Creditors

Date:      **Tuesday, March 11, 2003**
Time:      **10:30 a.m.**
Place:     **Richard B. Russell Federal Building**
             **75 Spring Street, SW**
             **Room 365**
             **Atlanta, GA 30303**

This 19th day of February, 2003.

_____
Dorna D. Jenkins
Georgia Bar No. 390485
Attorney for Debtor

Law Offices of David L. Miller
3340 Peachtree Rd. NE
Suite 2615-Tower Place
Atlanta, GA 30326
(404) 231-1933

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                              :
                                    :        CASE NO. 03-90109-swc
LAWRENCE WHISTLER, and              :
KATHERINE WHISTLER                  :
                                    :        CHAPTER 7
        Debtors.                    :        JUDGE COTTON
                                    :
_____         :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served a copy of the attached **NOTICE OF**

**RESET DATE FOR 341 MEETING OF CREDITORS** upon the following by depositing

same in the United States Mail with adequate postage thereon and addressed as follows:

Edwin K. Palmer, Esq.
Chapter 7 Trustee
118 East Trinity Place
Suite 9
Decatur, GA 30030

Ann Taylor
PO Box 1304
New Haven, CT 06505-1304

Attorney General of Georgia
132 State Judicial Building
Atlanta, GA 30334

Bank of America
c/o McCalla, Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076

Beneficial
704-B North Main Street
Alpharetta, GA 30004

Capital One Bank
PO Box 530092
Atlanta, GA 30353-0092

Capital One Services, Inc.
1957 Westmoreland Road
Richmond, VA 23276-5677

Citicorp Credit Services
9920 NW 110th Street
Kansas City, MO 64153

Citifinancial
2650 Dallas Highway
Suite 160
Marietta, GA 30064-7506

Direct Merchants Bank
P.O. Box 2128
Tulsa, OK 74121-2128

Discover
PO Box 3008
New Albany, OH 43054-3008

First North American National Bank
PO Box 42364
Richmond, VA 23242

GMAC
PO Box 105677
Atlanta, GA 30348

Georgia Department of Revenue
Bankruptcy Insolvency Unit
P.O. Box 3889
Atlanta, GA 30334

Georgia Dept. of Revenue
Bankruptcy Section
Box 38143
Atlanta, GA 30334

Haverty's
Haverty's Credit Services
PO Box 740506
Atlanta, GA 30374-0506

Internal Revenue Service
P.O. Box 995
Room 1640, Stop 334-D
Atlanta, GA 30370

Internal Revenue Service
Attn Bankruptcy Unit 11
Box 995, Stop 335D
Atlanta, GA 30370

Jacobson
PO Box 768
Jackson, Michigan 49204-0768

Kohl's
PO Box 2983
Milwaukee, WI 53201-2983

Lord & Taylor
PO Box 94873
Cleveland, OH 44101-4873

Macy's
5300 King's Island Drive
Mason, OH 45040

Rich's
PO Box 4587
Carol Stream, IL 60197-4587

Rich's
c/o Federal Allied Credit Systems
Box 8053
Mason, OH 45040-8053

State of Georgia
Revenue Commissioner
410 Trinity - Washington Building
Atlanta, GA 30334

Steven Shapiro, Chief-Tax Division
Civil Trial Section, Dept. of Justice
POB 14198, Ben Franklin Station
Washington, D.C. 20044

Target
c/o Retailers National Bank
PO Box 59317
Minneapolis, MN 55459-0226

Tim Whistler
425 Red Jacket Way
Alpharetta, GA 30005

U.S. Attorney General
Department of Justice, Tax Division
Civil Trial Section Southern Region
PO Box 14198, Ben Franklin Station
Washington, D.C. 20044

U.S. Attorney's Office
1800 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30335

Wal Mart
PO Box 530929
Atlanta, GA 30353-0925

This 20th day of February, 2003.

Dorna D. Jenkins
Georgia Bar No. 390485
Attorney for Debtor

Law Offices of David L. Miller
3340 Peachtree Rd. NE
Suite 2615-Tower Place
Atlanta, GA 30326
(404) 231-1933

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN THE MATTER OF:                                           BANKRUPTCY NO. 03-90109
Lawrence David Whistler
aka Larry Zbyszko
Katherine Whistler
     Debtor(s),                                           CHAPTER 7

                                                             JUDGE STACEY W. COTTON

General Motors Acceptance Corporation
     Movant,

v.                                                          **CONTESTED MATTER**

Lawrence David Whistler
aka Larry Zbyszko
Katherine Whistler
Trustee Edwin K. Palmer, (Chapter 7 Trustee)
     Respondent(s).

### CERTIFICATE OF SERVICE

I,    GREGSON T. HAAN
of     1275 Peachtree St., N.E.
     Suite 430
     Atlanta, GA  30309-3565
Certify:

     That I am, and at all times hereinafter mentioned was, more than 18 years of age:

     That on the 24th day of February, 2003, I served on the following, by U.S. Mail, a copy of the within NOTICE OF

ASSIGNMENT OF HEARING together with the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed in this

bankruptcy matter:

Debtor:
Lawrence David Whistler
425 Red Jacket Way
Alpharetta, GA 30005

Katherine Whistler
425 Red Jacket Way
Alpharetta, GA 30005

Debtor's Attorney:
David L. Miller
3340 Peachtree Road Suite 2615
Atlanta GA 30326

Trustee:
Trustee Edwin K. Palmer
118 East Trinity Place Suite 9
Decatur GA 30030

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: February 24, 2003     By:_____/S/_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

03 MAR 11  AM 8: 11

IN RE:

LAWRENCE AND KATHLEEN
WHISTLER

      DEBTORS

    *
    *
    *
    *
    *
    *
    *
    *
    *
    *

CASE NO. 03-90199

JUDGE STACEY W. COTTON

**WITHDRAWAL OF TRUSTEE'S MOTION TO ABANDON PROPERTY**

      COMES NOW Edwin K. Palmer, Trustee and hereby withdraws his Motion to Abandon
Property in the aforementioned case.  In lieu thereof, the Trustee is filing a NOTICE OF
PROPOSED ABANDONMENT.

      DATED this the 28th day of February, 2003.

                  Edwin K. Palmer
                  Trustee
                  Georgia Bar No. 560100

Edwin K. Palmer
118 East Trinity Place
Suite 9
Decatur, GA  30030
(404) 888-9266

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Withdrawal of the Trustee's Motion to Abandon Property pursuant to 11 U.S.C. 707(b) was sent by United States Mail, properly addressed and with correct postage to the following:

Lawrence David Whistler
and Katherine Whistler
425 Red Jacket Way
Alpharetta, GA 30005

David L. Miller
3340 Peachtree Road
Suite 2615
Atlanta, GA 30326

DONE this the 28ᵗʰ day of February, 2003.

Edwin K. Palmer
Bankruptcy Trustee
Georgia Bar No. 560100

Edwin K. Palmer
118 East Trinity Place
Suite 9
Decatur, GA 30030
(404) 888-9266

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: ) CASE No. 03-90109-SWC
)
LAWRENCE AND KATHLEEN WHISTLER ) CHAPTER 7
DEBTORS )
) JUDGE STACEY W. COTTON

## NOTICE OF PROPOSED ABANDONMENT

In accordance with Fed.R.Bank.P. 6007, NOTICE is hereby given of the proposed abandonment or other disposition of the estate's interest in the following described property:

The estate's claims versus Lawrence and Kathleen Whistler

The Trustee further believes such claims to be burdensome and of no value to the estate. Notice is hereby given that you have fifteen (15) days from the date of the mailing of this notice to file written objections to said abandonment. Such objection should be filed with:

United States Bankruptcy Court
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, Georgia 30303

and a copy sent to the Trustee:

Edwin K. Palmer
118 East Trinity Place, Suite 9
Decatur, Georgia 30030

If an objection to the proposed abandonment of property is timely filed, a hearing will be scheduled with notice to the objecting party. If no objection is filed with the Court, the property will be deemed abandoned without further hearing or Order of this Court.

Submitted this 28th day of February, 2003.

Edwin K. Palmer, Trustee
Georgia Bar No. 560100

Edwin K. Palmer
118 East Trinity Place, Suite 9
Decatur, Georgia 30030
(404) 888-9266

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                          ) CASE No. 03-90109-SWC

                                                )

LAWRENCE AND KATHLEEN WHISTLER    ) CHAPTER 7
                DEBTORS                          )

                                                ) JUDGE STACEY W. COTTON

**NOTICE OF PROPOSED ABANDONMENT**

In accordance with Fed.R.Bank.P. 6007, NOTICE is hereby given of the proposed
abandonment or other disposition of the estate's interest in the following described property:

The estate's claims versus Lawrence and Kathleen Whistler

The Trustee further believes such claims to be burdensome and of no value to the estate.
Notice is hereby given that you have fifteen (15) days from the date of the mailing of this notice
to file written objections to said abandonment. Such objection should be filed with:

United States Bankruptcy Court
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, Georgia 30303

and a copy sent to the Trustee:

Edwin K. Palmer
118 East Trinity Place, Suite 9
Decatur, Georgia 30030

If an objection to the proposed abandonment of property is timely filed, a hearing will be
scheduled with notice to the objecting party. If no objection is filed with the Court, the property
will be deemed abandoned without further hearing or Order of this Court.

Submitted this 28th day of February, 2003.

Edwin K. Palmer, Trustee
Georgia Bar No. 560100

Edwin K. Palmer
118 East Trinity Place, Suite 9
Decatur, Georgia 30030
(404) 888-9266

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 113E-9        User: wilsonm        Page 1 of 1        Date Rcvd: Mar 12, 2003
Case: 03-90109             Form ID: PDF         Total Served: 38

```
The following entities were served by first class mail on Mar 14, 2003.
db          Kathleen Whistler,   425 Red Jacket Way,   Alpharetta, GA  30005
db          Lawrence Whistler,   425 Red Jacket Way,   Alpharetta, GA  30005
aty         David L. Miller,   3340 Peachtree Rd. N.E.,   Suite 2615 - Tower Place 100,   Atlanta, GA  30326
aty        +Gregson T. Haan,   1275 Peachtree Street, NE,   Suite 430,   Atlanta, GA  30309-3576
aty         John D. Schlotter,   1544 Old Alabama Road,   Roswell, GA  30076-2102
aty         Lara Anne Armstrong,   1544 Old Alabama Road,   Roswell, GA  30076-2102
tr          Edwin K. Palmer,   118 East Trinity Place,   Suite 9,   Decatur, GA  30030
ust         Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA  30303
5642057     Ann Taylor,   PO Box 1304,   New Haven, CT  06505-1304
5642058     Attorney General of Georgia,   132 State Judicial Building,   Atlanta, GA  30334
5642059     Bank of America,   c/o McCalla, Raymer, LLC,   1544 Old Alabama Road,   Roswell, GA  30076
5642060     Beneficial,   704-B North Main Street,   Alpharetta, GA  30004
5642061     Capital One Bank,   PO Box 530092,   Atlanta, GA  30353-0092
5642062    +Capital One Services, Inc.,   1957 Westmoreland Road,   Richmond, VA  23276-0001
5642063     Citicorp Credit Services,   9920 NW 110th Street,   Kansas City, MO  64153
5642064     Citifinancial,   2650 Dallas Highway,   Suite 160,   Marietta, GA  30064-7506
5642065    +Direct Merchants Bank,   P.O. Box 2128,   Tulsa, OK  74101-2128
5642066     Discover,   PO Box 3008,   New Albany, OH  43054-3008
5642067     First North American National Bank,   PO Box 42364,   Richmond, VA  23242
5642056     GMAC,   PO Box 105677,   Atlanta, GA  30348
5642068     Georgia Department of Revenue,   Bankruptcy Insolvency Unit,   P.O. Box 3889,   Atlanta, GA  30334
5642069     Georgia Dept. of Revenue,   Bankruptcy Section,   Box 38143,   Atlanta, GA  30334
5642070     Haverty's,   Haverty's Credit Services,   PO Box 740506,   Atlanta, GA  30374-0506
5642072    +Internal Revenue Service,   Attn Bankruptcy Unit 11,   Box 995, Stop 335D,   Atlanta, GA  30301-0995
5642071    +Internal Revenue Service,   P.O. Box 995,   Room 1640, Stop 334-D,   Atlanta, GA  30301-0995
5642073     Jacobson,   PO Box 768,   Jackson, Michigan  49204-0768
5642074     Kohl's,   PO Box 2983,   Milwaukee, WI  53201-2983
5642075     Lord & Taylor,   PO Box 94873,   Cleveland, OH  44101-4873
5642076     Macy's,   5300 King's Island Drive,   Mason, OH  45040
5642077     Rich's,   PO Box 4587,   Carol Stream, IL  60197-4587
5642078     Rich's,   c/o Federal Allied Credit Systems,   Box 8053,   Mason, OH  45040-8053
5642079     State of Georgia,   Revenue Commissioner,   410 Trinity - Washington Building,   Atlanta, GA  30334
5642080     Steven Shapiro, Chief-Tax Division,   Civil Trial Section, Dept. of Justice,
               POB 14198, Ben Franklin Station,   Washington, D.C. 20044
5642081    +Target,   c/o Retailers National Bank,   PO Box 59317,   Minneapolis, MN  55459-0317
5642082     Tim Whistler,   425 Red Jacket Way,   Alpharetta, GA  30005
5642082     U.S. Attorney General,   Department of Justice, Tax Division,   Civil Trial Section Southern Region,
               PO Box 14198, Ben Franklin Station,   Washington, D.C. 20044
5642083    +U.S. Attorney's Office,   1800 Richard B. Russell Building,   75 Spring Street, SW,
               Atlanta, GA  30303-3309
5642085    +Wal Mart,   PO Box 530929,   Atlanta, GA  30353-0929

The following entities were served by electronic transmission.
NONE.                                                                           TOTAL: 0


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Bank Of America, NA.
pty         General Motors Acceptance Corporation
aty*        David L. Miller,   3340 Peachtree Rd. N.E.,   Suite 2615 - Tower Place 100,   Atlanta, GA  30326
aty*        Lara Anne Armstrong,   1544 Old Alabama Road,   Roswell, GA  30076-2102
tr*         Edwin K. Palmer,   118 East Trinity Place,   Suite 9,   Decatur, GA  30030
ust*        Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA  30303
ust*        Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA  30303
ust*        Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA  30303
ust*        Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA  30303
ust*        Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA  30303
pty*        Kathleen Whistler,   425 Red Jacket Way,   Alpharetta, GA  30005
pty*        Lawrence Whistler,   425 Red Jacket Way,   Alpharetta, GA  30005
                                                                          TOTALS: 2, * 10

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Mar 14, 2003                    Signature: *Joseph Speetjens*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:
WHISTLER, LAWRENCE
WHISTLER, KATHLEEN
AKA LARRY ZBYSZKO
DEBTOR(S)

CASE NO. 03-

CHAPTER 7 CASE

JUDGE STACEY W. COTTON

**TRUSTEE'S REPORT OF NO DISTRIBUTION**

**COMES NOW**, Edwin K. Palmer, trustee of the estate of the above-named debtor(s) and reports that he has neither received any property nor paid any money on account of the estate except exempt property; he has made diligent inquiry into the whereabouts of property belonging to the estate; and there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, he certifies that the estate of the above-named debtor has been fully administered.

The trustee requests that this report be approved, and that he be discharged from any further duties as trustee in the above-styled matter.

Date:   March 15, 2003

Edwin K. Palmer, Chapter 7 Trustee
Georgia Bar No. 560100

Edwin K. Palmer
118 East Trinity Place
Decatur, GA 30030
Telephone: 404-479-4449

**ENTERED ON DOCKET**
**APR 4 - 2003**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN THE MATTER OF:                                   Chapter 7
Lawrence David Whistler Larry Zbyszko
Katherine Whistler

     Debtor(s),

                                 JUDGE STACEY W. COTTON

General Motors Acceptance Corporation


     Movant,                                      CASE NO. 03-90109

vs.
Lawrence David Whistler Larry Zbyszko
Katherine Whistler
Trustee Edwin K. Palmer, (Trustee)

     Respondent(s).

### ORDER

The above and foregoing matter came on before this court on March 27, 2003 , for hearing on the Motion of General Motors Acceptance Corporation ("Movant") for Relief from the Automatic Stay. The Debtor is indebted to Movant on an installment sales contract for the purchase of a 2001 GMC Jimmy (the "vehicle"). It appearing that neither the Debtor nor the Trustee oppose the relief sought by Movant, it is

ORDERED that the Automatic Stay presently in effect against Movant and its interest in the above described vehicle is hereby lifted. Any excess proceeds after repossession and resale of the vehicle are to be delivered to the Chapter 7 Trustee.

SO ORDERED this the _4/2_ day of _Apri l_____, 2003.


STACEY W. COTTON
UNITED STATES BANKRUPTCY JUDGE


(Additional Signature on Next Page)

Prepared and Presented By:

*Catherine H. Alexander*

Catherine H. Alexander
Georgia Bar No 008860
McCULLOUGH & PAYNE
1275 Peachtree Street, N.E., Suite 430
Atlanta, Georgia 30309-3565
(404) 873-1386
ATTORNEYS FOR MOVANT
Account Number: 340-0334-23677
110.1494

## DISTRIBUTION LIST

**Counsel for Movant:**
McCullough and Payne
1275 Peachtree St., N.E.
Suite 430
Atlanta, Georgia 30309


**Counsel for Debtor(s):**
David L. Miller
3340 Peachtree Road Suite 2615
Atlanta GA 30326


**Trustee:**
Trustee Edwin K. Palmer
118 East Trinity Place Suite 9
Decatur GA 30030


**Debtor, Co-Debtor:**
Lawrence David Whistler
425 Red Jacket Way
Alpharetta, GA 30005

Katherine Whistler
425 Red Jacket Way
Alpharetta, GA 30005

**ENTERED ON DOCKET**
**APR 4 – 2003**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN THE MATTER OF:                          Chapter 7
Lawrence David Whistler Larry Zbyszko
Katherine Whistler

      Debtor(s),

                                      JUDGE STACEY W. COTTON

General Motors Acceptance Corporation


      Movant,                                CASE NO. 03-90109

vs.
Lawrence David Whistler Larry Zbyszko
Katherine Whistler
Trustee Edwin K. Palmer, (Trustee)

      Respondent(s).

### ORDER

The above and foregoing matter came on before this court on March 27, 2003 , for hearing on the Motion of General Motors Acceptance Corporation ("Movant") for Relief from the Automatic Stay. The Debtor is indebted to Movant on an installment sales contract for the purchase of a 2001 GMC Jimmy (the "vehicle"). It appearing that neither the Debtor nor the Trustee oppose the relief sought by Movant, it is

ORDERED that the Automatic Stay presently in effect against Movant and its interest in the above described vehicle is hereby lifted. Any excess proceeds after repossession and resale of the vehicle are to be delivered to the Chapter 7 Trustee.

SO ORDERED this the 4/2 day of _____, 2003.

_____
STACEY W. COTTON
UNITED STATES BANKRUPTCY JUDGE


(Additional Signature on Next Page)

Prepared and Presented By:


*Catherine H. Alexander*

Catherine H. Alexander
Georgia Bar No 008860
McCULLOUGH & PAYNE
1275 Peachtree Street, N.E., Suite 430
Atlanta, Georgia 30309-3565
(404) 873-1386
ATTORNEYS FOR MOVANT
 Account Number: 340-0334-23677
110.1494

## DISTRIBUTION LIST

**Counsel for Movant:**
McCullough and Payne
1275 Peachtree St., N.E.
Suite 430
Atlanta, Georgia 30309


**Counsel for Debtor(s):**
David L. Miller
3340 Peachtree Road Suite 2615
Atlanta GA 30326


**Trustee:**
Trustee Edwin K. Palmer
118 East Trinity Place Suite 9
Decatur GA 30030

**Debtor, Co-Debtor:**
Lawrence David Whistler
425 Red Jacket Way
Alpharetta, GA 30005

Katherine Whistler
425 Red Jacket Way
Alpharetta, GA 30005

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113E-9          User: williamsv        Page 1 of 1            Date Rcvd: Apr 04, 2003
Case: 03-90109               Form ID: PDF          Total Served: 5

The following entities were served by first class mail on Apr 06, 2003.
db          Kathleen Whistler,    425 Red Jacket Way,    Alpharetta, GA  30005
db          Lawrence Whistler,    425 Red Jacket Way,    Alpharetta, GA  30005
aty         David L. Miller,    3340 Peachtree Rd. N.E.,    Suite 2615 - Tower Place 100,    Atlanta, GA  30326
aty         +Gregson T. Haan,    1275 Peachtree Street, NE,    Suite 430,    Atlanta, GA  30309-3576
tr          Edwin K. Palmer,    118 East Trinity Place,    Suite 9,    Decatur, GA  30030

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        David L. Miller,    3340 Peachtree Rd. N.E.,    Suite 2615 - Tower Place 100,    Atlanta, GA  30326
tr*         Edwin K. Palmer,    118 East Trinity Place,    Suite 9,    Decatur, GA  30030
pty*        Kathleen Whistler,    425 Red Jacket Way,    Alpharetta, GA  30005
pty*        Lawrence Whistler,    425 Red Jacket Way,    Alpharetta, GA  30005
                                                                            TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Apr 06, 2003                    Signature:   *Joseph Speetjens*

Form B18-NDGA (Official Form 18)
(09/01)

UNITED STATES BANKRUPTCY COURT
Northern District of Georgia

In re:
Lawrence Whistler
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
425 Red Jacket Way
Alpharetta GA 30005

Kathleen Whistler
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
425 Red Jacket Way
Alpharetta GA 30005
Debtor(s)

Case No. : 03-90109
Chapter: 7

Judge: Stacey W. Cotton

## DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above-entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

ORDERED that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

Dated:  04/12/03

BY THE COURT

Stacey W. Cotton
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE.**

Form B18-NDGA continued
(09/01)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor.  It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to the creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged.  For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.  *[In a case involving community property:]*  [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]

However a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case.  Also, a debtor my voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged.  Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed.  (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts that are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a.    Debts for most taxes;

b.    Debts that are in the nature of alimony, maintenance, or support;

c.    Debts for most student loans;

d.    Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e.    Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f.    Some debts which were not properly listed by the debtor;

g.    Debts that the bankruptcy court specifically has decided or will decided in this bankruptcy case are not discharged;

h.    Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge.   There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact the effect of the discharge in this case.**

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113E-9          User: williamsv          Page 1 of 1              Date Rcvd: Apr 10, 2003
Case: 03-90109               Form ID: DC7             Total Served: 37
```

```
The following entities were served by first class mail on Apr 12, 2003.
db            Kathleen Whistler,    425 Red Jacket Way,    Alpharetta, GA  30005
db            Lawrence Whistler,    425 Red Jacket Way,    Alpharetta, GA  30005
aty           David L. Miller,    3340 Peachtree Rd N.E.,    Suite 2615 - Tower Place 100,    Atlanta, GA  30326
aty          +Gregson T. Haan,    1275 Peachtree Street, NE,    Suite 430,    Atlanta, GA  30309-3576
aty           John D. Schlotter,    1544 Old Alabama Road,    Roswell, GA  30076-2102
aty           Lara Anne Armstrong,    1544 Old Alabama Road,    Roswell, GA  30076-2102
tr            Edwin K. Palmer,    118 East Trinity Place,    Suite 9,    Decatur, GA  30030
5642057       Ann Taylor,    PO Box 1304,    New Haven, CT 06505-1304
5642058       Attorney General of Georgia,    132 State Judicial Building,    Atlanta, GA 30334
5642059       Bank of America,    c/o McCalla, Raymer, LLC,    1544 Old Alabama Road,    Roswell, GA 30076
5642060       Beneficial,    704-B North Main Street,    Alpharetta, GA 30004
5642061       Capital One Bank,    PO Box 530092,    Atlanta, GA 30353-0092
5642062      +Capital One Services, Inc.,    1957 Westmoreland Road,    Richmond, VA 23276-0001
5642063       Citicorp Credit Services,    9920 NW 110th Street,    Kansas City, MO 64153
5642064       Citifinancial,    2650 Dallas Highway,    Suite 160,    Marietta, GA 30064-7506
5642065      +Direct Merchants Bank,    P.O. Box 2128,    Tulsa, OK 74101-2128
5642066       Discover,    PO Box 3008,    New Albany, OH 43054-3008
5642067       First North American National Bank,    PO Box 42364,    Richmond, VA 23242
5642056       GMAC,    PO Box 105677,    Atlanta, GA 30348
5642068       Georgia Department of Revenue,    Bankruptcy Insolvency Unit,    P.O. Box 3889,    Atlanta, GA 30334
5642069       Georgia Dept. of Revenue,    Bankruptcy Section,    Box 38143,    Atlanta, GA  30334
5642073       Haverty's,    Haverty's Credit Services,    PO Box 740506,    Atlanta, GA 30374-0506
5642073       Jacobson,    PO Box 768,    Jackson, Michigan 49204-0768
5642075       Lord & Taylor,    PO Box 94873,    Cleveland, OH 44101-4873
5642077       Rich's,    PO Box 4587,    Carol Stream, IL 60197-4587
5642079       State of Georgia,    Revenue Commissioner,    410 Trinity - Washington Building,    Atialnta, GA 30334
5642080       Steven Shapiro, Chief-Tax Division,    Civil Trial Section, Dept. of Justice,
              POB 14198, Ben Franklin Station,    Washington, D.C. 20044
5642081      +Target,    c/o Retailers National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
5642082       Tim Whistler,    425 Red Jacket Way,    Alpharetta, GA 30005
5642084       U.S. Attorney General,    Department of Justice, Tax Division,    Civil Trial Section Southern Region,
              PO Box 14198, Ben Franklin Station,    Washington, D.C. 20044
5642083      +U.S. Attorney's Office,    1800 Richard B. Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3309
5642085      +Wal Mart,    PO Box 530929,    Atlanta, GA 30353-0929

The following entities were served by electronic transmission on Apr 10, 2003 and receipt of the transmission
was confirmed on:
5642060       EDI: HFC.COM Apr 10 2003 20:56:00    Beneficial,    704-B North Main Street,    Alpharetta, GA 30004
5642061       EDI: CAPITALONE.COM Apr 10 2003 20:56:00    Capital One Bank,    PO Box 530092,
              Atlanta, GA 30353-0092
5642062      +EDI: CAPITALONE.COM Apr 10 2003 20:56:00    Capital One Services, Inc.,    1957 Westmoreland Road,
              Richmond, VA 23276-0001
5642070       EDI: TSYS2.COM Apr 10 2003 20:56:00    Haverty's,    Haverty's Credit Services,    PO Box 740506,
              Atlanta, GA 30374-0506
5642072      +EDI: IRS.COM Apr 10 2003 20:56:00    Internal Revenue Service,    Attn Bankruptcy Unit 11,
              Box 995, Stop 335D,    Atlanta, GA 30301-0995
5642071      +EDI: IRS.COM Apr 10 2003 20:56:00    Internal Revenue Service,    P.O. Box 995,
              Room 1640, Stop 334-D,    Atlanta, GA 30301-0995
5642074       EDI: CBSROHLS.COM Apr 10 2003 20:56:00    Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
5642075       EDI: MAYSTORES.COM Apr 10 2003 20:56:00    Lord & Taylor,    PO Box 94873,
              Cleveland, OH 44101-4873
5642076       EDI: TSYS2.COM Apr 10 2003 20:56:00    Macy's,    P.O. Box 8120,    Mason, OH 45040
5642078       EDI: TSYS2.COM Apr 10 2003 20:56:00    Rich's,    c/o Federal Allied Credit Systems,    Box 8053,
              Mason, OH  45040-8053
                                                                                       TOTAL: 10


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Lara Anne Armstrong,    1544 Old Alabama Road,    Roswell, GA  30076-2102
                                                                                       TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

Date: Apr 12, 2003                    Signature:   _Joseph Speetjens_

**03-90109-swc** Lawrence Whistler and Kathleen Whistler
**Case type:** bk **Chapter:** 7 **Asset:** No (Select if Chapter 7) **Vol:** v **Judge:** Stacey W. Cotton
**Date filed:** 01/03/2003 **Date discharged:** 04/12/2003
**Date terminated:** 04/10/2003 **Date of last filing:** 04/12/2003

# Creditors

**Ann Taylor**
PO Box 1304                           (cr)
New Haven, CT 06505-1304

**Attorney General of Georgia**
132 State Judicial Building            (cr)
Atlanta, GA 30334

**Bank of America**
c/o McCalla, Raymer, LLC
1544 Old Alabama Road                  (cr)
Roswell, GA 30076

**Beneficial**
704-B North Main Street                (cr)
Alpharetta, GA 30004

**Capital One Bank**
PO Box 530092                          (cr)
Atlanta, GA 30353-0092

**Capital One Services, Inc.**
1957 Westmoreland Road                 (cr)
Richmond, VA 23276-5677

**Citicorp Credit Services**
9920 NW 110th Street                   (cr)
Kansas City, MO 64153

**Citifinancial**
2650 Dallas Highway
Suite 160                              (cr)
Marietta, GA 30064-7506

**Direct Merchants Bank**
P.O. Box 2128                          (cr)
Tulsa, OK 74121-2128

**Discover**
PO Box 3008                            (cr)
New Albany, OH 43054-3008

**First North American National Bank**
PO Box 42364                           (cr)
Richmond, VA 23242

**GMAC**
PO Box 105677　　　　　　　　　　(cr)
Atlanta, GA 30348

**Georgia Department of Revenue**
Bankruptcy Insolvency Unit
P.O. Box 3889　　　　　　　　　　(cr)
Atlanta, GA 30334

**Georgia Dept. of Revenue**
Bankruptcy Section
Box 38143　　　　　　　　　　　(cr)
Atlanta, GA 30334

**Haverty's**
Haverty's Credit Services
PO Box 740506　　　　　　　　　(cr)
Atlanta, GA 30374-0506

**Internal Revenue Service**
P.0. Box 995
Room 1640, Stop 334-D　　　　　　(cr)
Atlanta, GA 30370

**Internal Revenue Service**
Attn Bankruptcy Unit 11
Box 995, Stop 335D　　　　　　　(cr)
Atlanta, GA 30370

**Jacobson**
PO Box 768　　　　　　　　　　(cr)
Jackson, Michigan 49204-0768

**Kohl's**
PO Box 2983　　　　　　　　　　(cr)
Milwaukee, WI 53201-2983

**Lord & Taylor**
PO Box 94873　　　　　　　　　　(cr)
Cleveland, OH 44101-4873

**Macy's**
P.O. Box 8120　　　　　　　　　(cr)
Mason, OH 45040

**Rich's**
PO Box 4587　　　　　　　　　　(cr)
Carol Stream, IL 60197-4587

**Rich's**
c/o Federal Allied Credit Systems
Box 8053　　　　　　　　　　　(cr)
Mason, OH 45040-8053

**State of Georgia**
Revenue Commissioner
410 Trinity - Washington Building    (cr)
Atialnta, GA 30334

**Steven Shapiro, Chief-Tax Division**
Civil Trial Section, Dept. of Justice
POB 14198, Ben Franklin Station    (cr)
Washington, D.C. 20044

**Target**
c/o Retailers National Bank
PO Box 59317    (cr)
Minneapolis, MN 55459-0226

**Tim Whistler**
425 Red Jacket Way    (cr)
Alpharetta, GA 30005

**U.S. Attorney General**
Department of Justice, Tax Division
Civil Trial Section Southern Region    (cr)
PO Box 14198, Ben Franklin Station
Washington, D.C. 20044

**U.S. Attorney's Office**
1800 Richard B. Russell Building
75 Spring Street, SW    (cr)
Atlanta, GA 30335

**Wal Mart**
PO Box 530929    (cr)
Atlanta, GA 30353-0925