CRIMINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C.

FEB 09 2004

LUTHER D. THOM..., Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a/ THE LIVING LEGEND,<br>an individual<br><br>          Plaintiff,<br><br>vs.<br><br>WORLD WRESTLING<br>ENTERTAINMENT, INC., a Delaware<br>corporation,<br><br>          Defendant. | Civil Action No.: 1 02- CV-1008-CC |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2004, I served opposing counsel with **Defendant's Statement of Undisputed Material Facts** by hand delivery to the following address:

>Joel D. Myers, Esquire
>Myers & Kaplan Intellectual Property Law, LLC
>1899 Powers Ferry Road
>Suite 310
>Atlanta, GA 30339

[SIGNATURES ON FOLLOWING PAGE]

42

Respectfully submitted,

[signature]

Attorneys for Defendant
World Wrestling Entertainment, Inc.

John L. Taylor, Jr.
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 841-3200
(404) 841-3221 (fax)

and

Jerry S. McDevitt
Curtis B. Krasik
Julie R. Fenstermaker
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)

ORIGINAL

FILED IN CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEB 0 9 2004

LUTH*** , Clerk
By: *F. Furchey* Deputy Clerk

| | |
|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a THE LIVING LEGEND,<br>an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD WRESTLING<br>ENTERTAINMENT, INC., a Delaware<br>corporation,<br><br>Defendant. | Civil Action No. 1 02-CV-1008-CC |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2004, I served opposing counsel with Defendant's **Motion for Summary Judgment, Appendix in Support thereof, Statement of Undisputed Material Facts, Memorandum of Law in Support of Motion for Summary Judgment On Trademark-Related Issues and Memorandum of Law in Support of Motion for Summary Judgment on the Basis of Judicial Estoppel,** by hand delivery to the following address:

> Joel D. Myers, Esquire
> Myers & Kaplan Intellectual Property Law LLC
> 1899 Powers Ferry Road
> Suite 310
> Atlanta, GA  30339

*[signature]*
Attorneys for Defendant
World Wrestling Entertainment, Inc.

John L. Taylor, Jr.
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 841-3200 (phone)
(404) 841-3221 (fax)

and

Jerry S. McDevitt
Curtis B. Krasik
Julie R. Fenstermaker
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
Atlanta

FEB 0 9 2004

LUTH... , Clerk
By: T. Punckuy Deputy Clerk

| | | |
|---|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a/ THE LIVING LEGEND,<br>an individual | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Civil Action No.: 1 02- CV-1008-CC |
| vs. | ) | |
| WORLD WRESTLING<br>ENTERTAINMENT, INC., a Delaware<br>corporation, | )<br>)<br>) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2004, I served opposing counsel with **Defendant's Memorandum of Law in Support of Motion for Summary Judgment on the Basis of Judicial Estoppel** by hand delivery to the following address:

>Joel D. Myers, Esquire
>Myers & Kaplan Intellectual Property Law, LLC
>1899 Powers Ferry Road
>Suite 310
>Atlanta, GA 30339

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

*[signature]*

Attorneys for Defendant
World Wrestling Entertainment, Inc.

John L. Taylor, Jr.
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 841-3200
(404) 841-3221 (fax)

and

Jerry S. McDevitt
Curtis B. Krasik
Julie R. Fenstermaker
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)



IN THE UNITED STATES DISTRICT COURT FILED IN CLERK'S OFFICE
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEB 0 9 2004

LUTHER, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a/ THE LIVING LEGEND,<br>an individual | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Civil Action No.: 1 02- CV-1008-CC |
| vs. | ) | |
| WORLD WRESTLING<br>ENTERTAINMENT, INC., a Delaware<br>corporation, | )<br>)<br>) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2004, I served opposing counsel with **Defendant's Appendix in Support of Motion for Summary Judgment** by hand delivery to the following address:

> Joel D. Myers, Esquire
> Myers & Kaplan Intellectual Property Law, LLC
> 1899 Powers Ferry Road
> Suite 310
> Atlanta, GA 30339

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

_____
Attorneys for Defendant
World Wrestling Entertainment, Inc.

John L. Taylor, Jr.
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 841-3200
(404) 841-3221 (fax)

and

Jerry S. McDevitt
Curtis B. Krasik
Julie R. Fenstermaker
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)