ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
FEB 10 2004
LUTHER D. [signature], Clerk
By [signature] Deputy Clerk

| | |
|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a/ THE LIVING LEGEND,<br>an individual<br><br>            Plaintiff,<br><br>vs.<br><br>WORLD WRESTLING<br>ENTERTAINMENT, INC., a Delaware<br>corporation,<br><br>            Defendant. | Civil Action No.: 1 02- CV-1008-CC |

## NOTICE OF FILING OF ORIGINAL AFFIDAVITS

World Wrestling Entertainment, Inc. ("WWE") hereby gives notice of the filing this day with the Court of the original affidavits of Linda E. McMahon and Edward L. Kaufman. Both original affidavits are enclosed in the Appendix to World Wrestling Entertainment Inc.'s Motion for Summary Judgment, filed concurrently herewith.

[SIGNATURES ON FOLLOWING PAGE]

45

Respectfully submitted,

_____
Attorneys for Defendant
World Wrestling Entertainment, Inc.

John L. Taylor, Jr.
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 841-3200
(404) 841-3221 (fax)

and

Jerry S. McDevitt
Curtis B. Krasik
Julie R. Fenstermaker
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)

## **CERTIFICATION**

Pursuant to Local Rule 7.1D, counsel for Defendant hereby certify that this document has been prepared with Times New Roman font (14 point).

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a/ THE LIVING LEGEND,<br>an individual<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WORLD WRESTLING<br>ENTERTAINMENT, INC., a Delaware<br>corporation,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1 02- CV-1008-CC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2004, I served opposing counsel with **Defendant's Notice of Filing of Original Affidavits** by hand delivery to the following address:

> Joel D. Myers, Esquire
> Myers & Kaplan Intellectual Property Law, LLC
> 1899 Powers Ferry Road
> Suite 310
> Atlanta, GA 30339

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

_____

Attorneys for Defendant
World Wrestling Entertainment, Inc.

John L. Taylor, Jr.
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 841-3200
(404) 841-3221 (fax)