**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 1 - 2004

LUTHER D. THOMAS, Clerk
By: F. Purky
Deputy Clerk

| | |
|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a THE LIVING LEGEND,<br>an individual,<br><br>      Plaintiff,<br><br>v.<br><br>WORLD WRESTLING FEDERATION<br>ENTERTAINMENT, INC., a Connecticut<br>Corporation,<br><br>      Defendant. | Civil Action<br>No. 1-02-CV-1008 |

CERTIFICATE OF SERVICE

A copy of the APPENDIX 1 OF 3 TO PLAINTIFF'S RESPONSE OF MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT, was served by U.S. First Class Mail upon the following:

> John L. Taylor, Jr.
> Chorey, Taylor & Feil
> The Lenox Building
> Suite 1700
> 3399 Peachtree Road, NE
> Atlanta, GA 30326
> Tel. (404) 841-3200
> Fax   (404) 841-3221

54

This 1st day of March, 2004.

_____
Joel D. Myers
Georgia Bar No. 533,147
Myers & Kaplan,
Intellectual Property Law, L.L.C.
1899 Powers Ferry Road
Suite 310
Atlanta, GA 30339
Tel. (770) 541-7444
Fax (770) 541-7448

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 1 - 2004

LUTHER ~~~. THOMAS, Clerk
By: J. Pinckn~~
Deputy Clerk

| | |
|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a THE LIVING LEGEND,<br>an individual,<br><br>      Plaintiff,<br><br>v.<br><br>WORLD WRESTLING FEDERATION<br>ENTERTAINMENT, INC., a Connecticut<br>Corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)  No. 1-02-CV-1008<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

A copy of the APPENDIX 2 OF 3 TO PLAINTIFF'S RESPONSE OF MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT, was served by U.S. First Class Mail upon the following:

        John L. Taylor, Jr.
        Chorey, Taylor & Feil
        The Lenox Building
        Suite 1700
        3399 Peachtree Road, NE
        Atlanta, GA 30326
        Tel. (404) 841-3200
        Fax  (404) 841-3221

This  1st  day of March, 2004.

_____
Joel D. Myers
Georgia Bar No. 533,147
Myers & Kaplan,
Intellectual Property Law, L.L.C.
1899 Powers Ferry Road
Suite 310
Atlanta, GA 30339
Tel. (770) 541-7444
Fax  (770) 541-7448

2