IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 8 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

LARRY WHISTLER )
a/k/a LARRY ZBYSZKO )
a/k/a THE LIVING LEGEND, )
an individual, )
  )
          Plaintiff, )
  ) Civil Action
  ) No. 1-02-CV-1008
     v. )
  )
WORLD WRESTLING FEDERATION )
ENTERTAINMENT, INC., a Delaware )
Corporation, )
  )
          Defendant. )

## ORDER

AND NOW this 8th day of March, 2004, it is hereby ORDERED that Plaintiff's Motion For Leave To Exceed 25-Page Limit is GRANTED. Plaintiff is permitted to file a Response to Defendant's Memorandum of Law in Support of Motion for Summary Judgment on Trademark-Related Issues of 25 pages, and a Response to Defendant's Memorandum of Law in Support of Motion for Summary Judgment on the Basis of Judicial Estoppel of 10 pages.

_Clarence Cooper_

5

57