UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARRY WHISTLER aka LARRY ZBYSZKO aka THE LIVING LEGEND,<br><br>    Plaintiff,<br><br>vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:02-cv-1008-CC |

## J U D G M E N T

This action having come before the court, Honorable Clarence Cooper, United States District Judge, for consideration of defendant's motion for summary judgement, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 30th day of July, 2004.

                LUTHER D. THOMAS
                CLERK OF COURT

             By: *s/* Velma Shanks
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 July 30, 2004
Luther D. Thomas
Clerk of Court

By: *s/* Velma Shanks
    Deputy Clerk