ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE

AUG 25 2004

_____ Clerk
By _____ Deputy Clerk

| | |
|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a THE LIVING LEGEND,<br>an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WORLD WRESTLING<br>ENTERTAINMENT, INC., a Delaware<br>corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1 02-CV-1008-CC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO TAX COSTS

Pursuant to Fed.R.Civ.P. 54(d)(1) and N.D. Ga. R. 54 1, Defendant World Wrestling Entertainment, Inc ("WWE"), having prevailed on its motion for summary judgment by Order dated July 26, 2004 and Judgment dated July 30, 2004, hereby moves this Court to tax certain costs against Plaintiff Larry Whistler, as set forth in the attached Bill of Costs, for the reasons explained in WWE's Memorandum of Law in Support of Motion to Tax Costs filed concurrently herewith

WHEREFORE, WWE respectfully requests the Court to grant WWE the costs set forth in the Bill of Costs attached hereto as Exhibit A WWE's expenses associated with the necessarily-obtained depositions in this action are compiled at Tab 1 to the Bill of Costs WWE's copying expenses associated with dispositive motions filed in this litigation are compiled behind Tab 2 to the Bill of Costs.

Respectfully submitted,

_____
Attorneys for Defendant
World Wrestling Entertainment, Inc

John L Taylor, Jr
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N E.
Atlanta, Georgia 30326
(404) 841-3200
(404) 841-3221 (fax)

and

Jerry S. McDevitt
Curtis B. Krasik
Julie R Fenstermaker
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

2

## **CERTIFICATION**

Pursuant to Local Rule 7.1D, counsel for Defendant hereby certify that this document has been prepared with Times New Roman font (14 point)

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARRY WHISTLER<br>a/k/a LARRY ZBYSZKO<br>a/k/a THE LIVING LEGEND,<br>an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>WORLD WRESTLING<br>ENTERTAINMENT, INC., a Delaware<br>corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1 02-CV-1008<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2004, I served opposing counsel with the foregoing ***Defendant WWE's Motion to Tax Costs*** by mail with postage prepaid to the following address:

>Joel D. Myers, Esquire
>Myers & Kaplan Intellectual Property Law LLC
>1899 Powers Ferry Road
>Suite 310
>Atlanta, Georgia  30339

_____
Attorneys for Defendant
World Wrestling Entertainment, Inc

John L Taylor, Jr.
Georgia Bar No. 700400
Celeste McCollough
Georgia Bar No. 487013
CHOREY, TAYLOR & FEIL
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 841-3200
(404) 841-3221 (fax)

and

Jerry S. McDevitt
Curtis B. Krasik
Julie R. Fenstermaker
Kirkpatrick & Lockhart
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)