| Deponent | Date | Witness Fee | Process Server Fee | Attorney Attending | Stenographic Costs | Travel Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | | | Larry Zbyszko v WWF, Inc | | | |
| | | | | Deposition Expenses | | | |
| Larry Whistler | 01/27/03 | N/A | N/A | CBK/CM | Tx     288 30<br>Video    252 50 | Airfare -  1,110 50<br>*Other    33 71 | $1,685 01 |
| Vince McMahon | 01/29/03 | N/A | N/A | CBK | Tx & Video – 463 50 | Airfare – 695 00<br>*Other - 45 68 | $1,204 18 |
| Chris Irvine | 02/04/03 | N/A | N/A | JLT | N/A | Airfare – 418 00 | $418 00 |
| Bruno Sammartino | 12/16/03 | $40 00 | $100 00 | CBK | Tx – 472 83<br>Video – 349 75 | N/A | $962 58 |
| Michael Tenay | 12/05/03 | $40 00 | $30 00 | JRF | Tx     474 60<br>Video – 390 00 | Airfare    1,645 00<br>*Other – 98 29 | $2,677 89 |
| Terry Taylor | 12/09/03 | $40 00 | $180 00 | JRF | Tx – 317 55<br>Video    265 00 | Airfare - 432 50<br>*Other – 587 10 | $1,822 15 |
| Timothy Scott Hudson | 12/09/03 | $40 00 | $45 00 | JRF | Tx – 461 35<br>Video – 185 00 | See Terry Taylor Charges | $731 35 |
| Stacey Steele | 12/10/03 | $40 00 | $45 00 | JRF | Tx     221 90<br>Video    160 00 | See Terry Taylor Charges | $466 90 |
| Larry Whistler | 1/19-20/04 | N/A | N/A | CBK/ALK | Tx    2,185 52<br>Video    1,207 50 | Airfare - 865 40<br>*Other – 1,192 70 | $5,451 12 |
| Totals | | $200 00 | $400 00 | | Tx – $4,885 55<br>Video - $2,809 75 | Airfare - $5,166 40<br>Other – $1,957 48 | $15,419 18 |

*Other - includes hotels expenses, meals, mileage and parking

CHOREY, TAYLOR AN.- FEIL P.C.

SOUTHTRUST ..wK

24683

CLIENT COST ACCOUNT
THE LENOX BLDG  SUITE 1700
3399 PEACHTREE ROAD NE  PH  404-841-3200
ATLANTA  GEORGIA 30126

64 25/610

02/26/2003

PAY
TO THE
ORDER OF  Brown Reporting

$                                    $288 30

Two Hundred Eighty Eight Dollars and 30/100·······································································       DOLLARS

Brown Reporting
1740 Peachtree Street  NW
Atlanta GA 30309

MEMO

⑈⦂0 24683⦂⦂  ⦂:06 1000 256⦂: 66  583  865⦂⦂

CHOREY  TAYLOR AND FEIL P C

24683

| INVOICE | DATE | DESCRIPTION | NET |
|---|---|---|---|
| 343665 | 01/29/2003  depo of Larry Whistler | | 288 30 |

---

Check# / Date        24683       02/26/2003   Brown Reporting

$288 30

CHOREY, TAYLOR AND FEIL P C

24683

| INVOICE | DATE | DESCRIPTION | NET |
|---|---|---|---|
| 343665 | 01/29/2003  depo of Larry Whistler | | 288 30 |

Check# / Date        24683       02/26/2003   Brown Reporting

$288 30

BROWN REPORTING, INC
1740 PEACHTREE STREET
ATLANTA, GA 30309
(404) 876-8979   Fax (404) 876-1269

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 343665 | 01/29/2003 | 01-149016 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/27/2003 | SEIDCO | 102CV1008 |

| CASE CAPTION |
|---|
| Larry Whistler, et al , vs World Wrestling, et al |

| TERMS |
|---|
| 238602 |

Celeste McCollough, Esq
Chorey, Taylor & Feil
The Lenox Building, Suite 1700
3399 Peachtree Road, N E
Atlanta, GA 30326-1148

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF
    Larry Whistler

288 30

TOTAL   DUE   >>>>        288.30

***MIN-U-SCRIPT - FREE***
***<DISKETTE - FREE***

# POSTED

TAX ID NO    58-1306094                                          (404) 841-3200   Fax (404) 841-3221

CHOREY, TAYLOR A.  FEIL, P.C.

OPERATING ACCOUNT
THE LENOX BLDG  SUITE 1700
3399 PEACHTREE ROAD NE  Ph 404 841 3200
ATLANTA GEORGIA  0326

64 25/610

03/04/2003

PAY
TO THE
ORDER OF Brown Reporting

$   $252 50

Two Hundred Fifty Two Dollars and 50' 00··············· ·································································

DOLLARS

Brown Reporting
1740 Peachtree Street  NW
Atlanta GA 30309

MEMO

⑈039868⑈  ⑊061000256⑊ 86  583  843⑈

39868

CHOREY  TAYLOR AND FEIL  P C

| INVOICE | DATE | DESCRIPTION | NET |
|---|---|---|---|
| 343832 | 01/30/2003 depo of Larry Whistler | | 252 50 |

39868

---

Check# / Date    39868    03/04/2003  Brown Reporting    $252 50

CHOREY  TAYLOR AND FEIL  P C

| INVOICE | DATE | DESCRIPTION | NET |
|---|---|---|---|
| 343832 | 01/30/2003 depo of Larry  Whistler | | 252 50 |

39868

---

Check# / Date    39868    03/04/2003  Brown Reporting    $252 50

Product 9209    Use with 9379 Envelope

Printed in USA

uu ɛɔ uɤ   i४ ५i   FrUM-CHUKEϒ ϒAϒLUK & FEIL                    4ৄ48413221        ϒ-302  P 05/20  F-596

BROWN REPORTING, INC
2740 PEACHTREE STREET
ATLANTA, GA 30309
(404) 876-8979   Fax (404) 876-1269

# I N V O I C E

| INVOICE NO | DATE | JOB NUMBER |
|---|---|---|
| 343832 | 01/30/2003 | 01-149016 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/27/2003 | SEIDCO | 102CV1008 |

| CASE CAPTION |
|---|
| Larry Whistler, et al , vs World Wrestling, et al |

| TERMS |
|---|
| 2385 02 |

Celeste McCollough, Esq
Chorey, Taylor & Feil
The Lenox Building, Suite 1700
3399 Peachtree Road, N E.
Atlanta, GA 30326-1148

VIDEO PORTION OF THE DEPOSITION OF
   Larry Whistler                                                              252.50

                                           TOTAL   DUE   >>>>                   252.50

POSTED

TAX ID NO   58-1306094                                      (404) 841-3200   Fax (404) 841-3221

*Please detach bottom portion and return with payment*

**TRAVELER'S SERVICE COMPANY** • 535 SMITHFIELD STREET SUITE 630 • PITTSBURGH PA 15222 2204



PHONE 412 232 3600
TOLL FREE 800-232-2016
FAX 412 232 3070
AFTER HOURS ASSISTANCE 800-562-2072 (SECURITY CODE P7G)

TO

TRAVELER

| | AGENT | CONTACT | CUSTOMER NO. | ACCOUNT NO. | DATE |
|---|---|---|---|---|---|
| GFFF | | | 0140 411 9054 | KL | 23JAN0' |

| DAY | DATE | CITY - AIRPORT | TIME | CARRIER | FLIGHT-CLASS STATUS | SERVICE-AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: AX

FOR ASSISTANCE DURING YOUR TRIP PLEASE CALL
WEEKDAYS FROM 800A TO 600PM 1-800-232-2016:USA.
XXAFTER HOURS EMERGENCY ASSISTANCE WHILE TRAVELING
PLEASE CALL 800 562-2072. PLEASE IDENTIFY YOURSELF
AND PROVIDE SECURITY CODE xP7Gx.
THE FAA SUGGESTS THAT ALL PASSENGER ARRIVE 2 HOURS
PRIOR TO THEIR DEPARTURE FOR ALL FLIGHTS DUE TO
HEIGHTENED SECURITY AT ALL AIRPORTS.

ATR FARE        1015.82
TAX               94.68
TOTAL AIR FARE  1110.50
TOTAL INVOICE AMOUNT  1110.50
AMOUNT          1110.50

CODE  A Air  H Hotel  T Tour  C Car       CLASS  F P First  C J Business Class    STATUS  OK-Confirmed  RQ-Request
      S Surface  V-Other Travel Service          Y B H M Q K S V L-Coach/Economy           WL  Wait List

RECONFIRM RETURNING AND CONTINUING RESERVATIONS 72 HOURS IN ADVANCE FOR INTERNATIONAL FLIGHTS AND SUGGEST 48 HOURS IN
ADVANCE FOR DOMESTIC FLIGHTS. CAUTION: TICKETS MAY HAVE VALUE. IF UNUSED, PLEASE RETURN FOR CREDIT OR REFUND



**TRAVELER'S SERVICE COMPANY** • 535 SMITHFIELD STREET SUITE 630 • PITTSBURGH PA 15222 2304

PHONE 412 232 3600
TOLL FREE 800-232 2016
FAX 412 232 3070
AFTER HOURS ASSISTANCE 800-562 2072 (SECURITY CODE P7G)

TO



140579  ITINERARY INVOICE
PAGE NO.  2

TRAVELER

| AGENT | CONTACT | CUSTOMER NO. | ACCOUNT NO. | DATE |
|---|---|---|---|---|
| BHK | | 0149501179074 | KL | 2 JAN03 |

| DAY | DATE | CITY - AIRPORT | TIME | CARRIER | FLIGHT-CLASS STATUS | SERVICE-AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

THANK YOU FOR YOUR BUSINESS

CODE  A Air  H Hotel  T Tour  C-Car
S Surface  V-Other Travel Service

CLASS  F,P First  C-J-Business Class
Y,B H M Q K,S V L,-Coach/Economy

STATUS  OK-Confirmed  RQ Request
WL Wait List

RECONFIRM RETURNING AND CONTINUING RESERVATIONS 72 HOURS IN ADVANCE FOR INTERNATIONAL FLIGHTS AND SUGGEST 24 HOURS IN ADVANCE FOR DOMESTIC FLIGHTS. CAUTION TICKETS MAY HAVE VALUE IF UNUSED, PLEASE RETURN FOR CREDIT OR REFUND

**FIRMWIDE EXPENSE REPORT**

Kirkpatrick & Lockhart LLP

| | |
|---|---|
| Name | Curtis B  Krasik |
| Timekeeper No | 471 |
| Office | Pittsburgh |
| Reimbursement Cycle Ending | 02/10/2003 |

1) Expense reports should be submitted by employee by  5pm on the 10th or 25th
of the month (next business day if on a weekend or Holiday)
2) Receipted amounts should be shown separately within each expense category
3) Meals and charges to hotel bill must be reported in meals column
4) Original receipts must be submitted for all expenses over $ 25
5) Entry rows should be entered by date
6) Attach Required PRIOR Approval for Firm Travel or Business Development Travel

## REIMBURSABLE EXPENSES

| Ref No | Date | Client Name | Client ID / Matter # | Pro-forma Description | Airfare | Hotel | Meals | Entertainment | Other (mileage @50.35) | Total Expenses | Receipt ? Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/27/03 | Larry Zbyszko | 0149511 9014 | Dinner | | | 14 95 | | | 14 95 | Y |
| 2 | 01/27/03 | Larry Zbyszko | 0149511 9014 | Snack | | | 1 49 | | | 1 49 | Y |
| | 01/27/03 | Larry Zbyszko | 0149511 9014 | Snack | | | 1 27 | | | 1 27 | Y |
| 4 | 01/27/03 | Larry Zbyszko | 0149511 9014 | Airport Parking | | | | | 16 00 | 16 00 | Y |
| | | | | | | | | | | - | |
| 5 | 01/29/03 | Larry Zbyszko | 0149511 9014 | Lunch | | | 12 72 | | | 12 72 | Y |
| 6 | 01/29/03 | Larry Zbyszko | 0149511 9014 | Dinner | | | 16 96 | | | 16 96 | Y |
| 7 | 01/29/03 | Larry Zbyszko | 0149511 9014 | Airport Parking | | | | | 16 00 | 16 00 | Y |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | Total from Page 2 | | | | | | | | |
| Totals | | | | | - | - | 47 39 | - | 32 00 | 79 39 | |

### Explanation of Entertainment Expenses

| Ref. No | Date | Place (Name of Hotel  Restaurant  etc ) | Business Relationship (Name, Title, Company etc ) | Business Purpose |
|---|---|---|---|---|
| 5 | 01/29/03 | Marriott | Ira Berg (WWE) | Meeting |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Employee Certification**

I certify that I have accurately reported all expenses incurred for this expense period

Signature _____   Date  1/31/03   Approved by _____

YOUR RECEIPT

THANK YOU

NATHAN'S   FAMOUS
HARTSFIELD INTERNATIONAL
AIR PORT

#102
           MELISSA    SRVR 08
1 RG DRINK          1 19
  PEPSI
        -----------------------
           TXTL       .08
          TOTL       1 .27
           CASH        2 00
           CHNG          73
=====================================
  CSHR GLENDA
No8792 16 47 #008 JAN.27'03 REG0001

Pittsburgh
Intl. Airport
Parking

ENTRY TIME:
01/29/03      06:59
EXIT TIME:
01/29/03      21:45
Computed Duration
                  15:46:40

AMOUNT:
                  $ 24.00

CASHIER 39-422

THANK YOU FOR YOUR
        VISIT

Anton's Bar & Grill
Anton Airfood of Terminal A
LGA International Airport
CHECK.       1329
TABLE:       21/1
SERVER:      112 MARLEEN
DATE         JAN29'03 19.26
CARD TYPE.   AMERICAN EXPRESS
ACCT #:      XXXXXXXXXXX1000
EXP DATE:    XX/XX
AUTH CODE.   544755

SUBTOTAL.        12.96

TIP:_____4.00____

TOTAL._____16.96____

_____
CUSTOMER SIGNATURE

    I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
            AGREEMENT
        2ND COPY FOR GUEST

## US AIRWAYS

  *E-TICKET*   K06 /PIT
KRASTK/CURTIS
  SILVER PREF
PITTSBURGH
NEW YORK LGA
  US AIRWAYS

US 678   I  29JAN  810A
REVALIDATION

GATE B41  BOARD 740A  SEAT 2A  10

ADDITIONAL SEAT INFORMATION

PCS.  CK WT.  UNCK WT.  REQ. NO.  PCS.  CK WT. UNCK. WT.
  DM/US 901K4L2
1  037  1017994171  2
COUPON AIRLINE    FORM SERIAL NO.   CK

**KIRKPATRICK & LOCKHART** LLP
GENERAL ACCOUNT
Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222

**MELLON BANK**
Mellon Bank  N A
Pittsburgh  PA

367687

66 166
433

PAY
TO THE
ORDER OF

Sullivan Reporting

DATE
02/13/2003

$   463 50* * * * * *

FOUR HUNDRED SIXTY-THREE AND 50/100

DOLLARS

Sullivan Reporting
388 Tarrytown Road
White Plains, NY 10607

NOT VALID AFTER 180 DAYS

Two Signatures Required If Over $10 000

AUTHORIZED SIGNATURE

MEMO

⑈367687⑈ ⑆043301601⑆ 126 8682⑈

**KIRKPATRICK & LOCKHART LLP**

| Date | 02/13/2003 | Payee | **Sullivan Reporting** | | Vendor # | 81749 | Check # | 367687 |

| REF # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | AMT PAID |
|---|---|---|---|---|---|
| 627093 | 5738 | 02/03/2003 | 463 50 | COPY OF TRANSCRIPT AND VIDEO - V McMAHON | 463 50 |

463 50

# SULLIVAN COURT REPORTING
*A DocuTran Company*

388 Tarrytown Road
White Plains, NY 10607
Phone (914) 949-4545
Fax (914) 949-4662

# I N V O I C E

| INVOICE NO | DATE | JOB NUMBER |
|---|---|---|
| 5738 | 02/03/2003 | 01-4376 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/29/2003 | RICHLE | |

Curtis B Krasik, Esq
Kirkpatrick & Lockhart, LLP
535 Smithfield Street
Pittsburgh, PA 15222-2312

**CASE CAPTION**

Larry Whistler vs WWFE

**TERMS**

Due upon receipt

---

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF | | | |
|   Vince McMahon, Defendant | 83 Pages @ | 5 25/Page | 435 75 |
|         Exhibit Covers & Tabs | 3 00 Pages @ | 50/Page | 1 50 |
|         Exhibits | 5 00 @ | 25 | 1 25 |
|         Electronic Archiving Fee | | | 10 00 |
|         Delivery | | | 15 00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF | | | |
|   Vince McMahon, Video | | | |

TOTAL   DUE   >>>>        463 50

Working with you is a pleasure, prompt payment appreciated
***Expedite Transcript** / Video enclosed

TAX ID NO    13-4166740

*Please detach bottom portion and return with payment*

Curtis B Krasik, Esq
Kirkpatrick & Lockhart, LLP
535 Smithfield Street
Pittsburgh, PA 15222-2312

Invoice No      5738
Date            02/03/2003
TOTAL DUE          463 50


Job No          01-4376
Case No
Larry Whistler vs   WWFE


Remit To     Sullivan Reporting Company   A DocuTran Company
             388 Tarrytown Road
             White Plains, NY 10607

Case 2:02-cv-03698-??? Document ?? Filed 08/25/04 - Page 13 of 69

# TRAVELER SERVICE COMPANY



QD PGZA1P

PHONE. 412-232 3600
TOLL FREE 800-232-2016
FAX 412-232-3070
AFTER HOURS ASSISTANCE 800-562-2072 (SECURITY CODE- P7G)

140228 ITINERARY INVOICE
PAGE NO.   1

TO

TRAVELER

| | AGENT | CONTACT | CUSTOMER NO. | ACCOUNT NO. | DATE |
|---|---|---|---|---|---|
| | | | 01??? ?? ?0?? | ?? | 29JAN0? |

| | DAY | DATE | CITY - AIRPORT | TIME | CARRIER | FLIGHT-CLASS STATUS | SERVICE-AMOUNT |
|---|---|---|---|---|---|---|---|
| 0 | UE | ?9JAN | LV PITTSBURGH | 0?00 | US AIRWAYS | ??A? OK | DSTOP  ? ? |
| | | | AR PHILADELPHIA | ?:?? | | | |
| | | | SEAT | | L-A EXPENSED | | |
| | | | | | (PASSENGER) | | |
| V | UE | ?3JAN | LV PHOENIX | | | | CONFIRMED |
| | | | PLEASE CHECK IN 2 HRS PRIOR TO DEPARTURE (AVAILABLE | | | | |
| | | | TPE ASSISTANCE AT OUR 8-CLIENT FOR FLIGHT CONFIRMATION. | | | | |
| 0 | UE | 29JAN | MISC INFORMATION | | US AIRWAYS CHAIRMAN UPGRADE CONFIRMED OUT | | |
| | | | | | H M CM DEWITT | | |
| 0 | UE | 29JAN | LV PHILADELPHIA | 2:00 | US AIRWAYS | 9771 OK | OSTOP JLT |
| | | | AR PITTSBURGH | 9:4? | | | |
| | | | SEAT | | O2-D  XXRESERVED AX | | |
| | | | | | (PASSENGER) | | |
| 0 | WE | 29JAN | MISC INFORMATION | | YOU HAVE BEEN UPGRADED TO FIRST CLASS US | | |
| | | | | | 11U5 E-UPGRADES | | |

TICKET NUMBER(S):  0371017994171

| | |
|---|---|
| AIR FARE | 630.70 |
| TAX | 64.30 |
| TOTAL AIR FARE | 695.00 |
| TOTAL INVOICE AMOUNT | 695.00 |
| AMOUNT | 695.00 |

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: AX

FOR ASSISTANCE DURING YOUR TRIP PLEASE CALL
WEEKDAYS FROM 800A TO 600PM 1-800-232-2016 (USA)
AFTER HOURS EMERGENCY ASSISTANCE WHILE TRAVELING
PLEASE CALL 800-56? C7?. PLEASE IDENTIFY YOURSELF

CODE  A Air  H Hotel  T Tour  C-Car          CLASS  F P First  C J Business Class          STATUS  OK-Confirmed  RQ Request
       S Surface  V-Other Travel Service              Y B H M O K S V L -Coach/Economy                WL Wait List

RECONFIRM RETURNING AND CONTINUING RESERVATIONS 72 HOURS IN ADVANCE FOR INTERNATIONAL FLIGHTS AND SUGGEST 48 HOURS IN ADVANCE FOR DOMESTIC FLIGHTS. CAUTION TICKETS MAY HAVE VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND

**TRAVELER'S SERVICE COMPANY** • 535 SMITHFIELD STREET SUITE 630 • PITTSBURGH PA 15222-2304

PHONE 412 232-3600
TOLL FREE 800-232-2016
FAX 412 232-3070
AFTER HOURS ASSISTANCE 800-562-2072 (SECURITY CODE-P7G)



140228 ITINERARY INVOICE
PAGE NO.  2

TO

TRAVELER

| AGENT | CONTACT | CUSTOMER NO. | ACCOUNT NO. | DATE |
|---|---|---|---|---|
| DICK | | 0149513 9814 | KI | 23 JAN 0? |

| DAY | DATE | CITY - AIRPORT | TIME | CARRIER | FLIGHT-CLASS STATUS | SERVICE-AMOUNT |
|---|---|---|---|---|---|---|

THANK YOU FOR YOUR BUSINESS

| | | CODE  A Air  H Hotel  T Tour  C-Car | CLASS  F P First  C-J Business Class | STATUS  OK-Confirmed  RQ Request |
|---|---|---|---|---|
| 134006 00094 01/231408 | | S Surface  V-Other Travel Service | Y,B H M Q K S V L,-Coach/Economy | WL Wait List |

RECONFIRM RETURNING AND CONTINUING RESERVATIONS 72 HOURS IN ADVANCE FOR INTERNATIONAL FLIGHTS AND SUGGEST 48 HOURS IN ADVANCE FOR DOMESTIC FLIGHTS CAUTION  TICKETS MAY HAVE VALUE IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND

## FLT REIMBURSEMENTS

| 2/3/03 | $35 00 | Travel Agency Service Fee for Zbyszko (2385 02) |
| 2/3/03 | $418 00 | Travel to Florida for deposition in Zbyszko (2385 02) |

POSTED

Prepared For
JOHN L TAYLOR JR

**Transactions Continued**

| | | |
|---|---|---|
| **February 3, 2003**<br>TRAVEL AGENCY SERVICE ATLANTA   GA<br>TKT# 8908107199476 02/03<br>Reference 858035-00 | 238502 | 35 00 |
| **February 3, 2003**<br>AIRTRAN AIRWAYS COLLEGE PARK GA   035<br>TKT# 9990021105926 02/03<br>Reference 500035-00 | 238502 | 418 00 |

*Continued on next page*

Change of Address
If correct as it is
do not use

Name

Company
Name

Street Address

City  State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email



Providing your email
address to American
Express will enable you
to receive special offers
suited to your needs

KIRKPATRICK & LOCKHART LLP
GENERAL ACCOUNT
Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA. 15222

MELLON BANK
Pittsburgh, PA

1003454

60-160
433

PAY
TO THE
ORDER OF    Bruno Sammartino

DATE
10/28/2003

$   40 00********

FORTY AND 00/100

DOLLARS

Bruno Sammartino

NOT VALID AFTER 180 DAYS

Two Signatures Required if Over $10 000

AUTHORIZED SIGNATURE

MEMO

⑈1003454⑈  ⑆043301601⑆ 126 8682⑈

---

**KIRKPATRICK & LOCKHART LLP**

| Date | 10/28/2003 | Payee | Bruno Sammartino | | Vendor # | 21703 | Check # 1003454 |

| REF. # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | AMT PAID |
|--------|---------|----------|------------|----------|----------|
| 670017 | 102803BS | 10/28/2003 | 40 00 | WITNESS FEE | 40 00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

40 00

GENERAL ACCOUNT

MELLON BANK
Pittsburgh PA

1003709

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

60-160
433

PAY
TO THE
ORDER OF    S p i , Inc

DATE
11/03/2003

$   100 00*******

ONE HUNDRED AND 00/100

DOLLARS

S p i., Inc
P.O. Box 18501
Pittsburgh, PA 15236-9998

NOT VALID AFTER 180 DAYS

Two Signatures Required if Over $10 000

AUTHORIZED SIGNATURE

MEMO

⑈1003709⑈   ⑇043301601⑇   126 868 2⑈

KIRKPATRICK & LOCKHART LLP

Date   11/03/2003   Payee   S p i , Inc          Vendor #   15104          Check #  1003709

| REF # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | AMT PAID |
|-------|---------|----------|------------|----------|----------|
| 670888 | 995 | 10/30/2003 | 100 00 | SUBPOENA SERVED UPON BRUNO SAMMARTINO | 100 00 |

100 00

# S.P.i., INC.

**P.O. BOX 18501**
**PITTSBURGH, PA 15236**

#25-1765351

D B E  CERTIFIED

# Invoice

| Date | Invoice # |
|---|---|
| 10/30/2003 | 995 |

**Bill To**

KIRKPATRICK & LOCKHART
1500 OLIVER BUILDING
PITTSBURGH, PA 15222

| Insured | Rate | Client | Case # | Case Name |
|---|---|---|---|---|
| Due on receipt | F/R | N Tata | 0149511 9014 | L Whistler V WWF |

| Description | Serviced | Quantity | Rate | Amount |
|---|---|---|---|---|
| SUBPOENAS<br>Bruno Sammartino<br>413 Goldsmith Road<br>Pittsburgh, PA  15237<br><br>requested by   Julie Fenstermaker Esq<br>billing # 0149511 9014 | 10/29/2003 | 1 | 100 00 | 100 00 |

*Thank you for your business.*
*Due upon reciept.*

| Total | $100 00 |
|---|---|

KIRKPATRICK & LOCKHART LLP

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

MELLON BANK
Pittsburgh, PA

100605?

PAY TO THE ORDER OF

**DATE** 01/21/2004

Lana M. Byer & Associates

$ 726 23 ********

SEVEN HUNDRED TWENTY-SIX AND 23/100

DOLLARS

Lana M. Byer & Associates
9111 Christopher Wren Drive
Wexford, PA 15090

NOT VALID AFTER 180 DAYS

Two Signatures Required If Over $10,000

AUTHORIZED SIGNATURE

MEMO

⑂"⌐1006057⌐" ⌐:0433016011⌐: 126 8682⌐"

KIRKPATRICK & LOCKHART LLP

Date **01/21/2004** Payee **Lana M. Byer & Associates** Vendor # **10259** Check # **1006057**

| REF # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | AMT PAID |
|-------|---------|----------|-----------:|----------|---------:|
| 679989 | 32389 | 12/23/2003 | 472 83 | Deposition Transcript of Bruno Sammartino 12/16/03 | 472 83 |
| 682354 | 32379 | 12/23/2003 | 253 40 | KENNETH W CLARK DEPO - 12/09/03 | 253 40 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

726 23

**LANA M. BYER & ASSOCIATES**
COURT REPORTING SERVICE
9111 Christopher Wren Drive
Wexford, PA 15090

Telephone 412 369-4080

Kirkpatrick & Lockhart
Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-0000
Curtis B Krasik, Esquire

12/23/2003          32389

*Whistler v World Wrestling Federation*
*Civil action No 02-CV-1008-CC*
*US Dist Court West Dist of PA*

REPORTER

Mary Secot

ID# 25-1383345

| Date | Description | Amount |
|------|-------------|--------|
| 12/16/2003 | Deposition/s of Bruno Sammartino | |
| | Attendance Fee - 1/2 Day | 45 00 |
| | Original - Condensed 136pp | 418 88 |
| | Ascii Diskette | 5 00 |
| | Postage & Handling | 3 95 |

| | | |
|--|--|--|
| Sub Total | 472 83 |
| Paid | 0 00 |
| Balance Due | 472 83 |

NET 30 DAYS Invoicee is responsible for any collection fees which may be incurred

KIRKPATRICK & LOCKHART LLP
GENERAL ACCOUNT
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA. 15222

MELLON BANK
Pittsburgh, PA

1005989

60-160
433

PAY
TO THE
ORDER OF   Investigative Photography & Video Tape Service

DATE
01/16/2004

$   349 75*******

THREE HUNDRED FORTY-NINE AND 75/100

DOLLARS

Investigative Photography & Video Tape Service
1080 Steuben St
Pittsburgh, PA 15220

NOT VALID AFTER 180 DAYS

Two Signatures Required If Over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈1005989⑈  ⑆043301601⑆ 126 8682⑈

KIRKPATRICK & LOCKHART LLP

Date   01/16/2004   Payee   Investigative Photography & Vi   Vendor #   17896   Check # 1005989

| REF # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | AMT PAID |
|-------|---------|----------|-----------:|----------|---------:|
| 679338 | 2003422 | 12/19/2003 | 349 75 | Videotape of the Deposition of Bruno Sammartino | 349 75 |
| | | | | | 349 75 |

# INVOICE 

*Investigative Photography*
*and Video Tape Service*
1080 Steuben Street
PITTSBURGH, PENNSYLVANIA 15220

**(412) 920-4566   Fax (412) 920-4568**

| | DATE | INVOICE # |
|---|---|---|
| | 12/19/03 | 2003422 |

BILL TO

**KIRKPATRICK & LOCKHART**
Atty  Kurt Krasik
Oliver Bldg , 2nd Floor
535 Smithfield Street
Pittsburgh, PA 15219

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | Whistler |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | December 19, 2003   USPS mailing of this statement to your office | | |
| | RE  WHISTLER vs WORLD WRESTLING FEDERATION | | |
| | December 16, 2003   As requested travel to your office to videotape the deposition of Bruno Samartino   Tapes delivered 12/19/03 | | |
| | 8 30 am  to  2 30 pm ( 6 hrs) | | |
| 4 | first two hours | 170.00 | 170.00 |
| | additional hours @ 35 00 per | 35.00 | 140.00 |
| | parking | 9.75 | 9.75 |
| | misc  exp (2 S-VHStape stock,  milage, delivery ) | 30.00 | 30.00 |

**Please forward a copy of this invoice with your payment.**
**Thank You for your business.**

| TOTAL | $349.75 |
|---|---|

# Kirkpatrick & Lockhart LLP

Henry W Oliver Building
535 Smithfield Street
Pittsburgh PA 15222 2312
412 355 6500
www.kl com

October 29, 2003

Julie R Fenstermaker
412 355 8260
Fax  412 355 6501
jfenstermaker@kl com

**CERTIFIED MAIL/RETURN
RECEIPT REQUESTED**

Michael Teney
10540 Redwood Ash Avenue
Las Vegas, Nevada 89144

> RE    Subpoena issued in the case of *Larry Whistler a/k/a Larry Zbyszko a/k/a
> The Living Legend v. World Wrestling Federation Entertainment, Inc
> ("WWE"), No. 1-02-CV-1008*

Dear Mr Teney

Pursuant to Federal Rule of Civil Procedure 45(b)(1), you will find a check
enclosed in the amount of $40 00 as your fee for attending your deposition scheduled for
November 18, 2003 in connection with the above-referenced case  Naturally, we will reimburse
you for any additional fees incurred in your trip to and from the deposition location

Sincerely,

Julie R Fenstermaker

Enclosure
JRF/mac

BOSTON ▪ DALLAS ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON

KIRKPATRICK & LOCKHART LLP                    MELLON BANK

Henry W Oliver Building                        Pittsburgh PA
535 Smithfield Street
Pittsburgh, PA 15222                                                    1003455

                                                                        60-160
                                                                        433

                              DATE
                              10/28/2003

PAY
TO THE
ORDER OF    Mike Teney                                    $ 40 00*********

            FORTY AND 00/100                                        DOLLARS


            Mike Teney                        NOT VALID AFTER 180 DAYS

                                              Two Signatures Required If Over $10 000

                                              AUTHORIZED SIGNATURE

MEMO

⑈ ⑊ ⑄ ⑄ ⑊ ⑊ ⑈  ⑈ ⑄ ⑊ ⑊ ⑄ ⑈ ⑊ ⑄ ⑈⑈ ⑊ ⑊ ⑄ ⑊ ⑊ ⑈

---

KIRKPATRICK & LOCKHART LLP

| Date | 10/28/2003 | Payee | Mike Teney | | Vendor # | 21704 | Check # | 1003455 |

| REF # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | AMT PAID |
|-------|---------|----------|------------|----------|----------|
| 670016 | 102803MT | 10/28/2003 | 40 00 | WITNESS FEE | 40 00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

                                                        40 00

### United States District Court
### District of Nevada

Larry Whistler aka
Larry Zbyszko aka
The Living Legend

PLAINTIFF(S)

CASE NO
02-CV-1008-CC

vs

**AFFIDAVIT OF
SERVICE**

World Wrestling
Federation
Entertainment Inc.

DEFENDANT(S)

STATE OF NEVADA
COUNTY OF CLARK

I Liana Araiza certify that on, October 28, 2003, at 4 29 PM, I received the within Subpoena for service. Furthermore, I hereby certify and return that today, October 29, 2003, at 7 30 PM, I summoned the within named witness Michael Teney to appear and give testimony (or *produce*) as within directed. by leaving a true and attested copy of the within Subpoena with Karen, Spouse. at the last and usual place of abode of Michael Teney, to wit. 10540 Redwood Ash Ave. Las Vegas, NV 89144

Liana Araiza, Process Server
License No 999A

SUBSCRIBED AND SWORN TO before me
today Friday October 31 2003

NOTARY PUBLIC



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CRYSTAL C BRADLEY
Appl No 02 78859 1
My Appt Expires Nov 14 2006

**Legal Express**
911 S 1st St
Las Vegas, NV, 89101
(702) 877-0200  (702) 384-8170 Fax
mailto legex@aol com
License No(s) 999/999A

*Prepared for*
Schrock Brignone
300 S 4th Street
Suite 1200
Las Vegas NV 89101
*Legex Slip # 27768-Kim*

*Service Fees $30 00*

# INVOICE

ATTN · Julie R Fenstermaker, Esq
Kirkpatrick & Lockhart, LLP
535 Smithfield Street
Pittsburgh, PA 15222-2312

| Invoice # | Invoice Date |
|-----------|--------------|
| 5377116126 | 12/21/2003 |

**REMIT TO:**
1640 Alta Drive Suite 4
Las Vegas, NV 89106

**Firm ID·**  KIRK53  **Client Ref.**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 9754 | 12-CV-1008-CC | Zbyszko vs World Wrestling Federation |

**Michael Tenay**          **Job Date(s):**  12/5/2003

ORIGINAL & ONE COPY OF THE TRANSCRIPT                          $474 60
*Transcript to be delivered C O D via UPS*

Total Sales Tax.            $0.00
Total Amount Due:           $474 60



Kirkpatrick & Lockhart agrees to provide a check made payable to LITIGATION
SERVICES & TECHNOLOGIES in the C O D amount of $474 60. This check will be
presented to United Parcel Service upon receipt of the above-referenced transcript.

X _Julie R. Fenstermaker_          _December 30, 2003_
Signature                          Date

| Post-it® Fax Note | 7671 | Date 12/29/03 | # of pages ▸ 2 |
|---|---|---|---|
| To Julie Fenstermaker | From Laura #240 |
| Co./Dept. | Co LST |
| Phone (412) 355-6500 | Phone # (702) 648-2595 |
| Fax (412) 355-6501 | Fax # (702) 631-7351 |

Please sign + fax back  ASAP  Thanks

**Thank you for your business!**

Please pay this amount  $474.60

tion Services & Technologies LLC
(702) 648-2595

v 4 10 00                  Spherion Corporation Federal Tax ID  36-3536544

2

GENERAL ACCOUNT
MELLON BANK
Pittsburgh, PA

Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

1005516

60-160
433

| | DATE | |
|---|---|---|
| | 12/30/2003 | |

PAY
TO THE
ORDER OF   Litigation Services & Technologies LLC                    $  474 60*******

FOUR HUNDRED SEVENTY-FOUR AND 60/100                                            DOLLARS

Litigation Services & Technologies LLC

NOT VALID AFTER 180 DAYS

Two Signatures Required If Over $10 000

AUTHORIZED SIGNATURE

MEMO

⑈1005516⑈  ⑆043301601⑆  126 8682⑈

**KIRKPATRICK & LOCKHART LLP**

| Date | 12/30/2003 | Payee | Litigation Services & Technolo | | Vendor # | 21930 | Check # 1005516 |
|---|---|---|---|---|---|---|---|

| REF # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | AMT PAID |
|---|---|---|---|---|---|
| 680191 | 5377116126 | 12/21/2003 | 474 60 | DEPOSITION TRANSCRIPT OF MICHAEL TENAY | 474 60 |

474 60

# INVOICE

LITIGATION SERVICES & TECHNOLOGIES, LLC

ATTN  Julie R Fenstermaker, Esq
Kirkpatrick & Lockhart, LLP
535 Smithfield Street
Pittsburgh, PA 15222-2312

| Invoice # | Invoice Date |
|-----------|--------------|
| 5377116362 | 12/27/2003 |

**REMIT TO**
1640 Alta Drive, Suite 4
Las Vegas, NV 89106

**Firm ID:**   KIRK53   **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 9851 | 12-CV-1008-CC | Zbyszko vs  World Wrestling Federation |

**Michael Tenay (Video)**                                     **Job Date(s)**

VIDEOTAPE SERVICES                                                                      $390 00
*Videotapes to be delivered C O D  via UPS*

| | |
|---|---|
| **Total Sales Tax.** | **$0 00** |
| **Total Amount Due.** | **$390 00** |

Kirkpatrick & Lockhart agrees to provide a check made payable to LITIGATION
SERVICES & TECHNOLOGIES in the C O D  amount of $390 00  This check will be
presented to United Parcel Service upon receipt of the above-referenced transcript.

x *Julie R. Fenstermaker*                *December 30, 2003*
Signature                                              Date

# Thank you for your business!

**Service provided by: Litigation Services & Technologies LLC**
(702) 648-2595
Spherion Corporation Federal Tax ID  36-3536544

v 4 10 00

KIRKPATRICK & LOCKHART LLP
GENERAL ACCOUNT
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

**MELLON BANK**
Mellon Bank
Pittsburgh, PA

1005515

60-160
433

PAY
TO THE
ORDER OF    Litigation Services & Technologies LLC

DATE
12/30/2003

$ 390 00 * * * * * * *

THREE HUNDRED NINETY AND 00/100

DOLLARS

Litigation Services & Technologies LLC

NOT VALID AFTER 180 DAYS

Two Signatures Required if Over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈1005515⑈  ⑇043301601⑈ 126 8682⑈

---

## KIRKPATRICK & LOCKHART LLP

Date    12/30/2003    Payee    Litigation Services & Technolo    Vendor #    21930    Check # 1005515

| REF # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | AMT PAID |
|-------|---------|----------|------------|----------|----------|
| 680189 | 5377116362 | 12/27/2003 | 390 00 | VIDEOTAPE OF THE DEPOSITION OF MICHAEL TENAY | 390 00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

390 00

AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL



**Corporate Services**

| | Generated On    11/21/03 @ 11 59 AM | Record Locator    XDQ6CQ |
|---|---|---|
| | | Agent ID    GS |
| | | Page    1 |

**Phone   (412) 355-8900 / Fax   (412) 355-8999**

Deliver to
**JULIE FENSTERMAKER**
KIRKPATRICK AND LOCKHART LLP
535 SMITHFIELD ST
PITTSBURGH PA  15222

## "Itinerary Only"

| Travel arrangements prepared exclusively for | Billing Code |
|---|---|
| Julie Fenstermaker | 01 0149511 9014 |

---

| December 4, 2003 | | | | Thursday | | | | |
|---|---|---|---|---|---|---|---|---|

| USAIRWAYS | | Flight | 609 | Class - FIRST | Boeing 757 | | Seat  06A | |
|---|---|---|---|---|---|---|---|---|
| From | Pittsburgh, PA | DEPARTING AT 6 35 PM | | MOVIE/NON-SMOKING | | DINNER | | Flight time  04 38 |
| To | Las Vegas, NV | ARRIVING AT 8 13 PM | | | | | | 1 910 Miles |
| | Arrival Terminal  LAS TERMINAL 1 | | | | | | | |

*** FIRST CLASS SEAT SAME AS COACH ***

**USAIRWAYS  CONFIRMATION ISVTXT **

YX
GOLDEN NUGGET HOTEL AND CASINO       Room reserved for Julie Fenstermaker
129 EAST FREMONT STREET              Check in  12/04/2003, Check out  12/05/2003, 1 Night     Late Arrival Guarantee  Credit Card
LAS VEGAS NV 89101                   Rate per night  59 00 USD                                Phone #  702 385 7111
Special Info  RQST NO SMK KING       Confirmation #  C6NMDW6                                   Fax #  702 386 8362

ROOM RESERVATION IS GUARANTEED FOR LATE ARRIVAL
CANCELLATION POLICY IS 48HOURS OF ARRIVAL LOCAL HOTELTIME
* RESERVATION MUST BE CANCELLED 48HRS PRIOR TO ARRIVAL**

YX
                         -          Check in  12/04/2003, Check out  12/05/2003, 1 Night

---

| December 5, 2003 | | | | Friday | | | | |
|---|---|---|---|---|---|---|---|---|

| USAIRWAYS | | Flight | 608 | Class  FIRST | Boeing 757 | | Seat  05A | |
|---|---|---|---|---|---|---|---|---|
| From | Las Vegas, NV | DEPARTING AT 2 30 PM | | MOVIE/NON-SMOKING | | LUNCH | | Flight time  03 58 |
| To | Pittsburgh, PA | ARRIVING AT 9 28 PM | | | | | | 1 910 Miles |
| | Departure Terminal  LAS TERMINAL 1 | | | | | | | |



| | | Record Locator | XDQ6CQ |
|---|---|---|---|
| | | Agent ID | GS |
| Generated On | 11/21/03 @ 11 59 AM | Page | 2 |

## Corporate Services

### Phone  (412) 355-8900 / Fax  (412) 355-8999

Deliver to
**JULIE FENSTERMAKER**
KIRKPATRICK AND LOCKHART LLP
535 SMITHFIELD ST
PITTSBURGH PA  15222

### "Itinerary Only"

PER OUR AGREEMENT WITH YOUR COMPANY AT TIME OF INVOICING YOU WILL
BE CHARGED A NON REFUNDABLE SERVICE FEE FOR THE FOLLOWING SERVICES
30 00 PER ELECTRONIC TICKET
AMERICAN EXPRESS ONE SUGGESTS THAT
TRAVELERS ASK UPON HOTEL CHECK-IN IF A
LOWER ROOM RATE IS AVAILABLE
FOR ASSISTANCE DURING NORMAL BUSINESS HOURS
8A-8P ET CALL 412-355-8900 OR 888-526-3566
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-888-635-5223 AND PROVIDE CODE A-AM5
PROMOTIONAL FARE COACH PRICE WITH FIRST CLASS SEATING
PROOF OF CITIZENSHIP AND PHOTO ID ARE REQUIRED FOR
THIS ITINERARY
ELECTRONIC TICKET - NO FLIGHT COUPONS WILL BE ISSUED

### Agent Remarks
FARE IS FULLY REFUNDABLE OF 1645 00
THANKS GEORGE

The following Frequent Flyer Numbers have been advised

| Carrer | Traveler | Account |
|---|---|---|
| USAIRWAYS | J Fensterm | 4R794L4 |

#### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| ISVTXT | USAIRWAYS |

For Itinerary changes. please contact your travel office via telephone

AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL



| | | Record Locator | XDQ6CQ |
|---|---|---|---|
| Generated On | 11/21/03 @ 11 59 AM | Agent ID | GS |
| | | Page | 3 |

## Corporate Services

### Phone  (412) 355-8900 / Fax  (412) 355-8999

### "Itinerary Only"

Liability Agreement  American Express Travel Related Services Company, Inc ("Amex") acts only as agent for the airlines, hotels, and other contractors providing services ("suppliers")  By utilizing the services represented by this itinerary, client agrees that neither Amex or its parent, affiliates, subsidiaries or Representatives shall be or become liable for any loss, costs, expense, injury, accident or direct, punitive special, consequential, or indirect damages to person or property resulting from (i) the acts or omissions of such suppliers, (ii) acts of God, force majure or from any other acts  beyond Amex's control

For customers purchasing travel from within the state of California  Our California State Seller of Travel Registration Number is  1022318-10  Upon cancellation of the transportation or travel services, where you, the customer, are not at fault and have not canceled in violation of the terms and conditions, if any, of the contract for transportation or travel services, all sums paid to American Express for services not received by you will be promptly refunded to you unless you otherwise advise American Express in writing  American Express is a participant in the California Travel Consumer Restitution Fund (the "Fund")  If you, the passenger, were located in California at the time of your purchase, you may request reimbursement from the Fund if you are owed a refund of more than $50 for transportation or travel services which was not refunded in a timely manner by the seller of travel who was registered and participating in the Fund at the time of sale  The maximum amount which may be paid by the Fund to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000  A claim must be submitted within six months after the scheduled completion date of the travel  A claim must include sufficient information and documentation to prove your claim and a $35 processing fee  You must agree to waive your right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a claim against the Fund  You may request a claim form by writing to  Travel Consumer Restitution Corporation, P O  Box 6001  Larkspur, CA  94977-6001, or by faxing a request to  (415) 927-7698  Note  Sales transactions with customers located outside of California are not covered by the Fund and such customers are not eligible to file a claim against the Fund

For customers purchasing travel in the state of Oregon  Transportation, lodging, meals, entertainment and all other services are sold to you to you either on a refundable or non-refundable basis  If all or part of the transportation or services are canceled by any person, we shall, within 2 working days of learning of the cancellation, request on your behalf that the service suppliers or wholesalers provide a refund of all sums sent them on your behalf  We shall send any refund received from the service suppliers or wholesalers to you within 2 working days after the refund received by us has cleared the bank

For customers purchasing travel in the state of Washington  Our Washington State Seller of Travel Registration Number is  UBI#600469694  If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within 30 days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor  the funds shall be returned within 14 days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date  **Cancellation and change penalties apply to these arrangements  Details will be provided upon request**





**US bank.**
*For the Bankers Convenience*
East Grand Forks, Minnesota

75-1592
912

DATE
12/11/03

CHECK NUMBER
131293

131293

AMOUNT
$    5.90

VOID AFTER 90 DAYS

PAY          Five & 90/100 Dollars

GNLV CORP
ACCOUNTS RECEIVABLE ACCOUNT

TO THE
ORDER
OF

AMEX KIRKPATRICK AND LOCK
535 SMITHFIELD STREE
PITTSBURGH
PA, 15222

⑈131293⑈ ⑆091215927⑆ 152100014777⑈

**MELLON BANK**

KIRKPATRICK & LOCKHART LLP

Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Pittsburgh, PA

13204

| | DATE | |
|---|---|---|
| | 01/12/2004 | |

PAY
TO THE
ORDER OF    Julie R Fenstermaker                                                      $ 691 29*******

SIX HUNDRED NINETY-ONE AND 29/100

DOLLARS

Julie R Fenstermaker

£

**VOID - NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

MEMO

---

**KIRKPATRICK & LOCKHART LLP**                                    Mellon ACH Notification

Date   01/12/2004   Payee   Julie R Fenstermaker        Vendor #   18433        Doc #   13204

| REF # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | AMT PAID |
|---|---|---|---|---|---|
| 681332 | 120403JRFER | 12/25/2003 | 691 29 | Travel Exp Reimb 12/4-5/03 Las Vegas, NV & 12/8-10/03 Atlanta, GA | 691 29 |

691 29

**FIRMWIDE EXPENSE REPORT**

**Kirkpatrick & Lockhart** LLP

Name: Julie R Fenstermaker

Timekeeper No: 589

Office: Pittsburgh

Reimbursement Cycle Ending: 12/25/2003

1) Expense reports should be submitted by employee by 5pm on the 10th or 25th of the month (next business day if on a weekend or holiday)
2) Receipted amounts should be shown separately within each expense category
3) Meals and charges to hotel bill must be reported in meals column
4) Original receipts must be submitted for all expenses over $ 25
5) Entry rows should be entered by date
6) Attach Required PRIOR Approval for Firm Travel or Business Development Travel

## REIMBURSABLE EXPENSES

| Ref No | Date | Client Name | Client ID / Matter # | Pro forma Description | Airfare | Hotel | Meals | Entertainment | Other (mileage @$0.35) | Total Expenses | Receipt ? Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | WWE | 149511 9014 | Travel to/from Las Vegas for deposition of | | | | | | - | |
| | | | | Michael Tenay - 12/4-5/03 | | | | | | - | |
| 1 | 12/04/03 | | | Hotel | | 65 49 | | | | 65 49 | Y |
| | 12/05/03 | | | Breakfast - (I forgot to get a receipt) | | | 3 50 | | | 3 50 | N |
| 3 | 12/05/03 | | | Parking - Airport | | | | | 19 00 | 19 00 | Y |
| 4 | 12/05/03 | | | Mileage - to/from Airport - 45 miles | | | | | 16 20 | 16 20 | N |
| | | | | | | | | | | - | |
| | | | | Travel to/from Atlanta for the depositions of | | | | | | - | |
| | | | | Taylor, Hudson & Steele - 12/8-10/03 | | | | | | - | |
| 5 | 12/08/03 | WWE | 0149511 9014 | Hotel | | 235 98 | | | | 235 98 | Y |
| 6 | 12/08/03 | | | Dinner (Madison Avenue Deli | | | 7 69 | | | 7 69 | Y |
| 7 | 12/09/03 | | | Breakfast (room service) | | | 21 33 | | | 21 33 | Y |
| 8 | 12/09/03 | | | Lunch (Le Petit Bistro) | | | 6 90 | | | 6 90 | Y |
| 9 | 12/09/03 | | | Dinner (room service) | | | 34 72 | | | 34 72 | Y |
| | | | | Total from Page 2 | - | 235 98 | | - | 44 50 | 280 48 | |
| Totals | | | | | - | 537 45 | 74 14 | - | 79 70 | 691 29 | |

## Explanation of Entertainment Expenses

| Ref No | Date | Place (Name of Hotel Restaurant etc ) | Business Relationship (Name Title Company etc ) | Business Purpose |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Employee Certification**

I certify that I have accurately reported all expenses incurred for this expense period

Signature: _Julie Fenstermaker_    Date: 12/12/05    Approved by

# FIRMWIDE EXPENSE REPORT



Kirkpatrick & Lockhart LLP

| Name | Julie R. Fenstermaker |
|---|---|
| Timekeeper No | 589 |
| Office | Pittsburgh |
| Reimbursement Cycle Ending | 12/25/2003 |

1) Expense reports should be submitted by employee by 5p.m on the 10th or 25th
of the month (next business day if on a weekend or Holiday)
2) Receipted amounts should be shown separately within each expense category
3) Meals and charges to hotel bill must be reported in meals column
4) Original receipts must be submitted for all expenses over $25
5) Entry rows should be entered by date
6) Attach Required PRIOR Approval for Firm Travel or Business Development Travel

## REIMBURSABLE EXPENSES

| Ref No | Date | Client Name | Client ID / Matter # | Pro-forma Description | Airfare | Hotel | Meals | Entertainment | Other (mileage @ 36) | Total Expenses | Receipt ? Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 12/09/03 | WWE | 0149511 9014 | Hotel | | 235 98 | | | | 235 98 | Y |
| 11 | 12/10/03 | | | Mileage - to/from airport - (50 miles) | | | | | 18 00 | 18 00 | N |
| 12 | 12/10/03 | | | Parking - Airport | | | | | 26 50 | 26 50 | Y |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | Total from Page 3 | - | - | - | - | - | - | |
| Totals | | | | | - | 235 98 | - | - | 44 50 | 280 48 | |

## Explanation of Entertainment Expenses

| Ref No | Date | Place (Name of Hotel, Restaurant, etc.) | Business Relationship (Name, Title, Company etc.) | Business Purpose |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Employee Certification**
I certify that I have accurately reported all expenses incurred for this expense period

Signature _(signed: Julie R. Fenstermaker)_     Date  12/12/03     Approved by



**GOLDEN NUGGET**

FENSTERMAKER, JULIE
5702 NORTHUMBERLAND ST
PITTSBURGH, PA  15217

ROOM # : 00989
RES. #  : 15Y697
ARRIVAL: 12/04/03
DEPART : 12/05/03

| DATE | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|------|-------------|--------|---------|---------|
| 11/21 | Paid-AmExpress 1002 | | 65 49 | -65.49 |
| 12/04 | Room | 59 00 | | -6 49 |
| 12/04 | Room Tax | 6 49 | | 0 00 |
| | TOTAL | $    65 49 | 65 49 | 0 00 |

JW MARRIOTT.
LENOX
ATLANTA

Atlanta GA 30326
(404) 262 3344
Marriott.com/ATLJW

GUEST FOLIO

414 FENSTERMAKER/JULIE    207.00 12/10/03 12:00    7918
ACCT#

DNSDB    NAME    RATE    12/08/03 20:28

TYPE 48    PASSPORT:    ARRIVE    TIME

MR#:

| DATE | ROOM CLERK ADDRESS / REFERENCE | CHARGES | PAYMENT CREDITS | BALANCE DUE |
|------|-------------------------------|---------|-----------------|-------------|
| 12/08 | ROOM TR       414, 1 | 207.00 | — | |
| 12/08 | SALES TX      414, 1 | 14.49 | | |
| 12/08 | OCC TAX       414, 1 | 14.49 | | |
| 12/09 | RM SERV    9322 414 | 21.33 – Breakfast  2 days | | |
| 12/09 | RM SERV    9380 414 | 34.72 – Dinner | | |
| 12/09 | ROOM TR       414, 1 | 207.00 | | |
| 12/09 | SALES TX      414, 1 | 14.49 | | |
| 12/09 | OCC TAX       414, 1 | 14.49 | | |
| 12/10 | AX CARD | | $528.01 | |

TO BE SETTLED TO:    AMERICAN EXPRESS CURRENT BALANCE    .00

THANK YOU FOR CHOOSING THE JW MARRIOTT-LENOX! TO EXPEDITE
YOUR CHECK-OUT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU"
ON YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

------------------ EXP. REPORT SUMMARY -------------------
12/08 ROOM&TAX        235.98

12/09 RM SERV          56.05
      ROOM&TAX        235.98

This statement is a summary of your current charges. If you need assistance with luggage our bellstand can be reached at extension 00
CHECK OUT TIME IS 12:00 NOON.
Please see reverse side for check out options

*Dinner*

MADISON AVE DELI
AT THE AIRPORT
PITTSBURGH, PA

THANK YOU
Le Petit Bistro

*Lunch*
************

MADISON AVE DELI
AT THE AIRPORT
PITTSBURGH, PA

ITEM     COST
1 TUR CR    5.59
  CAESAR
1 BOTTLED    1.59
  WATER
-------------------
TAX      .51
TOTAL   7.69
CASH      = .59
PLEASE COME
AGAIN
CSHR KELLY
DEC.08'03    9:01
No789  Reg #501

Pittsburgh
Intl. Airport
Parking

ENTRY TIME:
12/08/03     16:14
EXIT TIME:
12/10/03     20:22
PARK-DUR.: HRS:MIN
             2:04:08
AMOUNT:
          $ 26.50

CASHIER 24 H35

THANK YOU FOR YOUR
VISIT

**CHOREY, TAYLOR AND FEIL P.C.**
CLIENT COST ACCOUNT
THE LENOX BLDG  SUIT - 1700
3399 PEACHTREE ROAD NE  Ph  404 841 3200
ATLANTA GEORGIA 3(¯26

SOUTHTRUST _ IK

64 25/610

10/27/2003

24932

PAY
TO THE
ORDER OF  Terry Taylor                                                $40 00

Forty Dollars and 00/100---------··········•·····························································•··•·•·•·•·•••••••••••••••••••••••••  DOLLARS

Terry Taylor

MEMO

AUTHORIZED SIGNATURE

⑆024932⑆ ⑈061000256⑈ 66  583  865⑈

CHOREY TAYLOR AND FEIL P C

| INVOICE | DATE | DESCRIPTION | NET |
|---------|------|-------------|-----|
| | 10/27/2003 2385 02 | Witness fee | 40 00 |

24932

Check# / Date        24932    10/27/2003  Terry Taylor                                    $40 00

CHOREY TAYLOR AND FEIL P C

| INVOICE | DATE | DESCRIPTION | NET |
|---------|------|-------------|-----|
| | 10/27/2003 2385 02 | Witness fee | 40 00 |

24932

Check# / Date        24932    10/27/2003  Terry Taylor                                    $40 00

Product 9204    Use With 9379 Envelope                          Printed in U S A   ⑆

CHOREY, TAYLOR AN_ FEIL P.C.

CLIENT COST ACCOUNT
THE LENOX BLDG  SUITE  700
3399 PEACHTREE ROAD NE  PH  104 841 3200
ATLANTA  GEORGIA 30126

SOUTHTRUS _ NK

64-25/610

11/26/2003

24900

PAY
TO THE
ORDER OF  MLQ Attorney Services

$  $95 00

Ninety Five Dollars and 00/100••••••• •••••••••••• •••••••••••••••• •••••••••••••••••••••••••••••  DOLLARS

MLQ Attorney Services
2110 Powers Ferry Road
Suite 305
Atlanta GA 30339

AUTHORIZED SIGNATURE

MEMO

⑈024988⑈ ⑉061000256⑉ 86  583  865⑈

CHOREY  TAYLOR AND FEIL P C

| INVOICE # | DATE | DESCRIPTION | NET |
|---|---|---|---|
| 172943 | 11/07/2003 | service of process | 95 00 |

24988

Check# / Date    24988    11/26/2003  MLQ Attorney Services                    $95 00
CHOREY  TAYLOR AND FEIL P C

24988

| INVOICE # | DATE | DESCRIPTION | NET |
|---|---|---|---|
| 172943 | 11/07/2003 | service of process | 95 00 |

Check# / Date    24988    11/26 2003  MLQ Attorney Services                    $95 00
Product 9208    Use with 9375 Envelope        Printed in U S A   n

# MLQ ATTORNEY SERVICES

2110 POWERS FERRY ROAD
SUITE 305
ATLANTA GEORGIA 30339
(770) 964-7007
Tax ID # 58-2428431

| INVOICE NO | 172943 |
|---|---|
| Date | 11/07/2003 |
| Page 1 | |

**S O L D T O**

KIMBERLY MARQUIS

CHOREY TAYLOR & FEIL

Suite 1700

3399 Peachtree Road N E

Atlanta          GA          30326

**S H I P T O**

To ensure proper posting to your account please return remittance copy with your payment

---

Account #          502

Service ordered by

Court          USDC

Case No

Client ID          2385 02

Cty/Div

| 11/06/2003 | 10 30 pm | Service of Process 1st attempt | 70 00 |
|---|---|---|---|
| | | Rush Fee | 25 00 |
| | | Served Terry Taylor | |

POSTED

OK
cme
2385.02

| | |
|---|---|
| Total | $95 00 |
| Less Advance Payments | $0 00 |
| **TOTAL DUE** | $95 00 |

TERMS Due upon receipt of invoice
Balances over 30 days subject to finance charge of 1½% per month or 18% per annum
PLEASE PAY FROM THIS INVOICE NO STATEMENT WILL BE SENT

CUSTOMER ORIGINAL

CHOREY, TAYLOR AN  FEIL P.C.
CLIENT COST ACCOUNT
THE LENOX BLDG  SUIT  1700
3399 PEACHTREE ROAD NE  PH  404 841 3200
ATLANTA  GEORGIA 3( 26

SOUTHTRUST  NK

64 25/610

24500

11/26/2003

PAY
TO THE
ORDER OF  Atlanta Legal Services  Inc

$  $175 00

One Hundred Seventy Five Dollars an 1 00/100********************************************************** DOLLARS

Atlanta Legal Services  Inc
c/o AR Funding
P O  Box 16253
Greenville SC 29606

MEMO

AUTHORIZED SIGNATURE

⑈0 24980⑈ ⑆06 1000 256⑆ 86  583  865⑈

CHOREY TAYLOR AND FEIL P C

| INVOICE | DATE | DESCRIPTION | NET |
|---|---|---|---|
| CHOREY6 | 11/05/2003 service fee | | 175 00 |

24980

Check# / Date      24980   11/26/2003  Atlanta Legal Services  Inc                      $175 00
CHOREY TAYLOR AND FEIL P C

| INVOICE | DATE | DESCRIPTION | NET |
|---|---|---|---|
| CHOREY6 | 11/05/2003 service fee | | 175 00 |

24980

Please Remit To
Atlanta Legal Services, Inc
c/o AR Funding
P O Box 16253
Greenville, South Carolina 29606

Kimberly Marquis
Chorey, Taylor & Feil, Attorney At Law
3399 Peachtree Road, N.E., Suite 1700
Atlanta, GA  30326

POSTED

## INVOICE FOR SERVICE

Process

IN RE LARRY WHISTLER vs WORLD WRESTLING FEDERATION

| Invoice# CHOREY-6 | LtrK# 16466 | Your Ref# 2385-02 | DATE 11/05/2003 | |
|---|---|---|---|---|
| Item | Service | Desc | Amount | PD |
| Zone B | Stacey Steele, Scott Hudson & Terry taylor | Steele | $45 00 | − |
| Zone B | Stacey Steele, Scott Hudson & Terry taylor | Hudson | $45 00 | − |
| Zone C | Stacey Steele, Scott Hudson & Terry taylor | Taylor | $60 00 | − |
| Additional Attempts Zone C | Stacey Steele, Scott Hudson & Terry taylor | | $25 00 | − |

# TOTAL:                                    $175.00

ALL INVOICES DUE UPON RECEIPT
A $30 LATE FEE WILL BE ASSESSED EVERY 30 DAYS PAST DUE

Ole
am
2385.02

For your records this invoice has been assigned to owned by
And Payable to Associated Receivables Funding Inc.
PO Box 16253 Greenville SC 29606
Any clients claims ect must be reported to Associated Receivables
Funding, in a immediate'y upon receipt of this invoice

KIRKPATRICK & LOCKHART LLP
GENERAL ACCOUNT
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA. 15222

MELLON BANK
Pittsburgh, PA

1005265

60-169
433

DATE
12/19/2003

PAY
TO THE
ORDER OF    Brown Reporting, Inc

$ 1,610 80******

ONE THOUSAND SIX HUNDRED TEN AND 80/100

DOLLARS

Brown Reporting, Inc
1740 Peachtree Street, N.W.
Atlanta, GA 30309

NOT VALID AFTER 180 DAYS

Two Signatures Required if Over $10,000

AUTHORIZED SIGNATURE

MEMO

⑈1005265⑈  ⑈043301601⑈ 126 8682⑈

---

KIRKPATRICK & LOCKHART LLP

Date   12/19/2003   Payee   Brown Reporting, Inc.        Vendor #    500592        Check # 1005265

| REF # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | AMT PAID |
|-------|---------|----------|------------|----------|----------|
| 678937 | 363185 | 12/16/2003 | 1,228 90 | TRANS , VIDEOS & DEPOS OF TERRY TAYLOR & TIMOTHY SCOTT HUDSON | 1,228 90 |
| 678938 | 363187 | 12/16/2003 | 381 90 | TRANSCRIPT, VIDEO & DEPOSITION OF STACEY STEELE | 381 90 |

1,610 80

BROWN REPORTING, INC
1740 PEACHTREE STREET
ATLANTA, GA 30309
(404) 876-8979   Fax (404) 876-1269

# I N V O I C E

| INVOICE NO | DATE | JOB NUMBER |
|---|---|---|
| 363187 | 12/16/2003 | 01-160960 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/10/2003 | OFARJO | 102CV1008CC |

| CASE CAPTION |
|---|
| Larry Whistler, et al , vs World Wrestling Federation |

| TERMS |
|---|
|  |

Julie R Fenstermaker, Esq
Kirkpatrick & Lockhart, LLP
Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF
  Stacey Steele                                                           221 90

VIDEO PORTION OF THE DEPOSITION OF
  Stacey Steele                                                           160 00

                                     TOTAL   DUE   >>>>                   381.90

TAX ID NO :  58-1306094                                    (412) 355-8672    Fax (412) 355-6501

*Please detach bottom portion and return with payment*

Julie R Fenstermaker, Esq
Kirkpatrick & Lockhart, LLP
Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

Invoice No      363187
Date            12/16/2003
TOTAL DUE  :      381.90


Job No        01-160960
Case No       102CV1008CC
Larry Whistler, et al , vs  World Wr

Remit To    **BROWN REPORTING, INC.**
            **1740 PEACHTREE STREET**
            **ATLANTA, GA 30309**

Safeguard  LITHO USA  6/03  164-00  195SF011766

BROWN REPORTING, INC
1740 PEACHTREE STREET
ATLANTA, GA 30309
(404) 876-8979   Fax (404) 876-1269

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 363185 | 12/16/2003 | 01-160959 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/09/2003 | OFARJO | 102CV1008CC |

CASE CAPTION

Larry Whistler, et al , vs  World Wrestling Federation

TERMS

Julie R Fenstermaker, Esq
Kirkpatrick & Lockhart, LLP
Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

| | |
|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF<br>Terry Taylor | 317 55 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF<br>Timothy Scott Hudson | 461 35 |
| VIDEO PORTION OF THE DEPOSITION OF<br>Terry Taylor | 265 00 |
| VIDEO PORTION OF THE DEPOSITION OF<br>Timothy Scott Hudson | 185 00 |
| **TOTAL   DUE   >>>>** | **1,228.90** |

TAX ID NO : 58-1306094                    (412) 355-8672    Fax (412) 355-6501

*Please detach bottom portion and return with payment*

Julie R Fenstermaker, Esq
Kirkpatrick & Lockhart, LLP
Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

Invoice No      363185
Date            12/16/2003
**TOTAL DUE  :     1,228.90**

Job No        01-160959
Case No       102CV1008CC
Larry Whistler, et al , vs   World Wr

Remit To    **BROWN REPORTING, INC.**
            **1740 PEACHTREE STREET**
            **ATLANTA, GA 30309**

Safeguard  LITHO USA

AirMAIL AirMAIL AirMAIL AirMAIL AirMAIL AirMAIL AirMAIL AirMAIL AirMAIL



| | | Record Locator | ZNHFTM |
| | | Agent ID | VG |
| Generated On | 11/21/03 @ 04 08 PM | Page | 1 |

## Corporate
## Services

### Phone  (412) 355-8900 / Fax  (412) 355-8999

Deliver to
**JULIE FENSTERMAKER**
KIRKPATRICK AND LOCKHART LLP
535 SMITHFIELD ST
PITTSBURGH PA  15222

## "Itinerary Only"

| Travel arrangements prepared exclusively for | Billing Code |
|---|---|
| Julie Fenstermaker | 01 0149511 9014 |

---

| December 8, 2003 | | | Monday | | | |
|---|---|---|---|---|---|---|
| **DELTA AIR LINES** | Flight | **269** | Class - FIRST | MD Super 80 | Seat  **03A** | |
| From  **Pittsburgh, PA** | **DEPARTING AT 5 54 PM** | | NON-SMOKING | | No Meal Service | Flight time  01 51 |
| To  **Atlanta, GA** | **ARRIVING AT 7 45 PM** | | | | | 526 Miles |
| Arrival Terminal  ATL TERMINAL S | | | | | | |

**DELTA  CONFIRMATION 27RQBC**

MARRIOTT HOTELS
JW MARRIOTT BUCKHEAD/LENOX
3300 LENOX ROAD NE
ATLANTA GA 30326
Special Info  RQ NON SMOKING KING
CANCELLATION PERMITTED

Room reserved for Julie Fenstermaker
Check in  12/8/03  Check out  12/10/03  2 Nights
Rate per night  207 00 USD
Confirmation #  81469279

Late Arrival Guarantee  Credit Card
Phone #  404 262 3344
Fax #  404 262-8689

*ROOM RESERVATION IS GUARANTEED FOR LATE ARRIVAL*
*CANCELLATION POLICY IS 6PM DAY OF ARRIVAL LOCAL HOTEL TIME*

MARRIOTT HOTELS
Check in  12/8/03  Check out  12/10/03  2 Nights

---

| December 10, 2003 | | | Wednesday | | | |
|---|---|---|---|---|---|---|
| **DELTA AIR LINES** | Flight | **960** | Class - FIRST | MD Super 80 | Seat  **02D** | |
| From  **Atlanta, GA** | **DEPARTING AT 5 00 PM** | | NON-SMOKING | | No Meal Service | Flight time  01 39 |
| To  **Pittsburgh, PA** | **ARRIVING AT 6 39 PM** | | | | | 526 Miles |
| Departure Terminal  ATL TERMINAL S | | | | | | |

AirMAIL AirMAIL AirMAIL AirMAIL AirMAIL AirMAIL AirMAIL AirMAIL AirMAIL



| | Record Locator | ZNHFTM |
|---|---|---|
| | Agent ID | VG |
| Generated On   11/21/03 @ 04 08 PM | Page | 2 |

**Corporate**
**Services**

**Phone   (412) 355-8900 / Fax   (412) 355-8999**

Deliver to
**JULIE FENSTERMAKER**
KIRKPATRICK AND LOCKHART LLP
535 SMITHFIELD ST
PITTSBURGH PA  15222

### "Itinerary Only"

PER OUR AGREEMENT WITH YOUR COMPANY AT TIME OF INVOICING YOU WILL
BE CHARGED A NON REFUNDABLE SERVICE FEE FOR THE FOLLOWING SERVICES
30 00 PER ELECTRONIC TICKET
AMERICAN EXPRESS ONE SUGGESTS THAT
TRAVELERS ASK UPON HOTEL CHECK-IN IF A
LOWER ROOM RATE IS AVAILABLE
FOR ASSISTANCE DURING NORMAL BUSINESS HOURS
8A-8P ET CALL 412-355-8900 OR 888-526-3566
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-888-635-5223 AND PROVIDE CODE A-AM5
ELECTRONIC TICKET - NO FLIGHT COUPONS WILL BE ISSUED

### Agent Remarks
RATE - $432 50 FULLY REFUNDABLE
THANKS VALERIE

#### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| 27RQBC | DELTA AIR LINES |

For Itinerary changes, please contact your travel office via telephone

AirMAIL  AirMAIL   AirMAIL   AirMAIL   AirMAIL   AirMAIL   AirMAIL   AirMAIL   AirMAIL

**AMERICAN EXPRESS**

| | | Record Locator | ZNHFTM |
|---|---|---|---|
| | | Agent ID | VG |
| Generated On | 1/21/03 @ 04 08 PM | Page | 3 |

**Corporate Services**

### Phone   (412) 355-8900 / Fax   (412) 355-8999

### "Itinerary Only"

Liability Agreement   American Express Travel Related Services Company, Inc ("Amex") acts only as agent for the airlines, hotels, and other contractors providing services ("suppliers")   By utilizing the services represented by this itinerary, client agrees that neither Amex or its parent, affiliates, subsidiaries or Representatives shall be or become liable for any loss, costs, expense, injury, accident or direct, punitive special, consequential, or indirect damages to person or property resulting  from (i) the acts or omissions of such suppliers, (ii) acts of God, force majure or from any other acts  beyond Amex's control

For customers purchasing travel from within the state of California,  Our California State Seller of Travel Registration Number is  1022318-10   Upon cancellation of the transportation or travel services, where you, the customer, are not at fault and have not canceled in violation of the terms and conditions, if any, of the contract for transportation or travel services, all sums paid to American Express for services not received by you will be promptly refunded to you unless you otherwise advise American Express in writing   American Express is a participant in the California Travel Consumer Restitution Fund (the "Fund")   If you, the passenger, were located in California at the time of your purchase, you may request reimbursement from the Fund if you are owed a refund of more than $50 for transportation or travel services which was not refunded in a timely manner by the seller of travel who was registered and participating in the Fund at the time of sale   The maximum amount which may be paid by the Fund to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000  A claim must be submitted within six months after the scheduled completion date of the travel  A claim must include sufficient information and documentation to prove your claim and a $35 processing fee  You must agree to waive your right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a claim against the Fund  You may request a claim form by writing to  Travel Consumer Restitution Corporation, P O  Box 6001. Larkspur, CA  94977-6001, or by faxing a request to  (415) 927-7698  Note  Sales transactions with customers located outside of California are not covered by the Fund and such customers are not eligible to file a claim against the Fund

For customers purchasing travel in the state of Oregon,  Transportation, lodging, meals, entertainment and all other services are sold to you to you either on a refundable or non-refundable basis  If all or part of the transportation or services are canceled by any person, we shall, within 2 working days of learning of the cancellation, request on your behalf that the service suppliers or wholesalers provide a refund of all sums sent them on your behalf  We shall send any refund received from the service suppliers or wholesalers to you within 2 working days after the refund received by us has cleared the bank

For customers purchasing travel in the state of Washington,  Our Washington State Seller of Travel Registration Number is  UBI#600469694  If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within 30 days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within 14 days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date

**Cancellation and change penalties apply to these arrangements   Details will be provided upon request**

CHOREY, TAYLOR ANL . EIL P.C.
CLIENT COST ACCOU IT
THE LENOX BLDG  SUITE L700
3399 PEACHTREE ROAD NE  Ph  434 841 3200
ATLANTA GEORGIA 30326

SOUTHTRUST      K

64 25/610

24933

10/27/2003

PAY
TO THE
ORDER OF  Scott Hudson                                                    $          $40 00

Forty Dollars and 00/100························································ DOLLARS

Scott Hudson

MEMO                                              AUTHORIZED SIGNATURE

⑈024933⑈ ⑊061000256⑇ 86  583  865⑈

CHOREY TAYLOR AND FEIL P C

| INVOICE | DATE | # DESCRIPTION | NET |
|---|---|---|---|
| | 10/27/2003 2385 02 | Witness Fee | 40 00 |

24933

Check# / Date      24933    10/27/2003  Scott Hudson                        $40 00

CHOREY TAYLOR AND FEIL P C

| INVOICE | DATE | DESCRIPTION | NET |
|---|---|---|---|
| | 10/27/2003 2385 02 | Witness Fee | 40 00 |

24933

Check# / Date      24933    10/27/2003  Scott Hudson                        $40 00

Product 9209    Use with 9279 Envelope                    Printed in U S A

**CHOREY, TAYLOR AND rEIL P.C.**
CLIENT COST ACCOUNT
ThE LENOX BLDG SUITE 1700
3399 PEACHTREE ROAD NE PH 104 841-3200
ATLANTA GEORGIA 30 1 :6

SOUTHTRUST _ ʌ

64 25/610

24534

10/27/2003

'AY
O THE
)RDER OF Stacy Steele                                                    $      $40 00

Forty Dollars and 00/100⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻⁻     DOLLARS

Stacy Steele

MEMO                                                      AUTHORIZED SIGNATURE

⑈"0 2 4 5 3 4⑈ ⑈:0 6 1 0 0 0 2 5 6 l: 8 6 5 8 3 8 6 5⑈

CHOREY TAYLOR AND FEIL P C

| INVOICE | DATE | DESCRIPTION | NET | 24934 |
|---------|------|-------------|-----|-------|
| | 10/27/2003 2385 02 | Witness Fee | 40 00 | |

---

| Check# / Date | 24934 | 10/27/2003 Stacy Steele | $40 00 |
|---|---|---|---|

CHOREY TAYLOR AND FEIL P C

| INVOICE | DATE | DESCRIPTION | NET | 24934 |
|---------|------|-------------|-----|-------|
| | 10/27/2003 2385 02 | Witness Fee | 40 00 | |

---

| Check# / Date | 24934 | 10/27/2003 Stacy Steele | $40 00 |
|---|---|---|---|

**KIRKPATRICK & LOCKHART LLP**
GENERAL ACCOUNT
Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA. 15222

Mellon Bank,
Pittsburgh, PA

1006251

60-160
433

DATE
01/28/2004

PAY
TO THE
ORDER OF     Brown Reporting, Inc

$ 3,393 02*****

THREE THOUSAND THREE HUNDRED NINETY-THREE AND 02/100

DOLLARS

Brown Reporting, Inc
1740 Peachtree Street, N.W
Atlanta, GA 30309

NOT VALID AFTER 180 DAYS

Two Signatures Required if Over $40,000

AUTHORIZED SIGNATURE

MEMO

⑈1006251⑈ ⑆043301601⑆ 126 8682⑈

---

**KIRKPATRICK & LOCKHART LLP**

Date   01/28/2004   Payee   Brown Reporting, Inc          Vendor #   500592          Check # 1006251

| REF # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | AMT PAID |
|-------|---------|----------|-----------:|----------|---------:|
| 684711 | 365398 | 01/26/2004 | 2,182 77 | VOL II OF DEPO TRANSCRIPT & VIDEO OF LARRY WHISTLER | 2,182 77 |
| 684712 | 365396 | 01/26/2004 | 1,210 25 | VOL 1 OF DEPO TRANSCRIPT & VIDEO OF LARRY WHISTLER | 1,210 25 |

3,393 02

BROWN REPORTING, INC
1740 PEACHTREE STREET
ATLANTA, GA 30309
(404) 876-8979  Fax (404) 876-1269

# I N V O I C E

| INVOICE NO | DATE | JOB NUMBER |
|---|---|---|
| 365396 | 01/26/2004 | 01-161664 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/19/2004 | LEAKJU | 102CV1008CC |

| CASE CAPTION |
|---|
| Larry Whistler, et al , vs_World Wrestling Federation |

| TERMS |
|---|
| |

Curtis B Krasik, Esq
Kirkpatrick & Lockhart, LLP
Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF
  Larry Whistler                                725 25

VIDEO PORTION OF THE DEPOSITION OF
  Larry Whistler                                485 CC

                           TOTAL   DUE   >>>>     1,210 25

TAX ID NO    58-1306094                      (412) 355-8672    Fax (412) 355-6501

*Please detach bottom portion and return with payment*

Curtis B Krasik, Esq
Kirkpatrick & Lockhart, LLP
Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

Invoice No     365396
Date          01/26/2004
**TOTAL DUE  :   1,210.25**

Job No       01-161664
Case No      102CV1008CC
Larry Whistler, et al , vs  World Wr

Remit To    **BROWN REPORTING, INC**
            **1740 PEACHTREE STREET**
            **ATLANTA, GA 30309**



Safeguard LITHO USA  M03  184 09  TO05/011*66

BROWN REPORTING, INC
1740 PEACHTREE STREET
ATLANTA, GA 30309
(404) 876-8979    Fax (404) 876-1269

# I N V O I C E

| INVOICE NO | DATE | JOB NUMBER |
|---|---|---|
| 365398 | 01/26/2004 | 01-161665 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/20/2004 | LEAKJU | 102CV1008CC |

Curtis B Krasik, Esq
Kirkpatrick & Lockhart, LLP
Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

| CASE CAPTION |
|---|
| Larry Whistler, et al , vs World Wrestling Federation |

| TERMS |
|---|
| |

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF
    Larry Whistler (Vol  II)                                              1,460 27

VIDEO PORTION OF THE DEPOSITION OF
    Larry Whistler (Vol  II)                                               722 50

                              TOTAL  DUE  >>>>          2,182 77

---

TAX ID NO    58-1306094                          (412) 355-8672    Fax (412) 355-6501

*Please detach bottom portion and return with payment*

Curtis B Krasik, Esq
Kirkpatrick & Lockhart, LLP
Henry W Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

Invoice No     365398
Date           01/26/2004
TOTAL DUE  :   2,182.77


Job No         01-161665
Case No        102CV1008CC
Larry Whistler, et al , vs  World Wr

Remit To    **BROWN REPORTING, INC.**
            **1740 PEACHTREE STREET**
            **ATLANTA, GA 30309**

Safeguard    LITHO USA  6-03  104-00  TRXF011708

My Travel Plans   My Travel Plans   My Travel Plans   My Travel Plans   My Travel Plans



Corporate
Services

Generated On    1/12/04 @ 10 33 AM

| | |
|---|---|
| Record Locator | VGWPS8 |
| Agent ID | GS |
| Page | 1 |

## Phone  (412) 355-8900 / Fax  (412) 355-8999

Deliver to
**AMANDA KUNIK**
KIRKPATRICK AND LOCKHART LLP
535 SMITHFIELD STREET
PITTSBURGH PA  15222

## "Itinerary Only"

Travel arrangements
prepared exclusively for

Amanda Kunic

Billing Code

01 0149511 9014

---

| **January 18, 2004** | | Sunday | | |
|---|---|---|---|---|

| **DELTA AIR LINES** | Flight    269     Class  FIRST | MD Super 80 | Seat  02A | |
|---|---|---|---|---|
| From      **Pittsburgh, PA** | DEPARTING AT 5 54 PM    NON-SMOKING | | No Meal Service | Flight time  01 51 |
| To          **Atlanta, GA** | ARRIVING AT 7 45 PM | | | 526 Miles |

Arrival Terminal  ATL TERMINAL S

*** *FIRST CLASS SAME AS COACH* ***

| | | |
|---|---|---|
| MARRIOTT HOTELS | Room reserved for  KUNIC/AMANDA | |
| JW MARRIOTT BUCKHEAD/LENOX | Check in  1/18/04, Check out  1/20/04, 2 Nights | Late Arrival Guarantee - Credit Card |
| 3300 LENOX ROAD NE | Rate per night  225 00 USD | Phone #  404 262 3344 |
| ATLANTA GA 30326 | Confirmation #  83710001 | Fax #  404 262 8689 |
| CANCELLATION PERMITTED | | |

*ROOM RESERVATION IS GUARANTEED FOR LATE ARRIVAL*
*CANCELLATION POLICY IS 4PM DAY OF ARRIVAL LOCAL HOTELTIME*

MARRIOTT HOTELS                Room reserved for  KUNIC/AMANDA
                                         Check in  1/18/04, Check out  1/20/04, 2 Nights

---

| **January 20, 2004** | – | Tuesday | | |
|---|---|---|---|---|

| **DELTA AIR LINES** | Flight    960     Class - FIRST | MD Super 80 | Seat  03A | |
|---|---|---|---|---|
| From      **Atlanta, GA** | DEPARTING AT 5 00 PM    NON SMOKING | | No Meal Service | Flight time  01 39 |
| To          **Pittsburgh, PA** | ARRIVING AT 6 39 PM | | | 526 Miles |

Departure Terminal  ATL TERMINAL S

AMERICAN EXPRESS ONE SUGGESTS THAT
TRAVELERS ASK UPON HOTEL CHECK-IN IF A
LOWER ROOM RATE IS AVAILABLE
FOR ASSISTANCE DURING NORMAL BUSINESS HOURS
8A-8P ET CALL 412-355-8900 OR 888-526-3566
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-888-635-5223 AND PROVIDE CODE A-AM5
PROOF OF CITIZENSHIP AND PHOTO ID ARE REQUIRED FOR
THIS ITINERARY
ELECTRONIC TICKET - NO FLIGHT COUPONS WILL BE ISSUED
PROMOTIONAL FARE COACH PRICE WITH FIRST CLASS SEATING

My Travel Plans   My Travel Plans   My Travel Plans   My Travel Plans   My Travel Plans



| | Record Locator | VGWPS8 |
|---|---|---|
| | Agent ID | GS |
| Generated On   1/12/04 @ 10 33 AM | Page | 2 |

## Corporate Services

Phone   (412) 355-8900 / Fax   (412) 355-8999

Deliver to
**AMANDA KUNIK**
KIRKPATRICK AND LOCKHART LLP
535 SMITHFIELD STREET
PITTSBURGH PA  15222

"Itinerary Only"

### Agent Remarks
RESERVATION FARE IS 432 70 FULL COACH
TICKET FREE UPGRADE TO FIRST
CLASS   THANKS GEORGE

Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| P4R3TM | DELTA AIR LINES |

For itinerary changes, please contact your travel office via telephone

| | Record Locator | VGWPS8 |
|---|---|---|
| Generated On   1/12/04 @ 10 33 AM | Agent ID | GS |
| | Page | 3 |

**AMERICAN EXPRESS**

**Corporate Services**

Phone   (412) 355-8900 / Fax   (412) 355-8999

### "Itinerary Only"

**Liability Agreement**   American Express Travel Related Services Company, Inc ("Amex") acts only as agent for the airlines, hotels, and other contractors providing services ("suppliers")   By utilizing the services represented by this itinerary, client agrees that neither Amex or its parent, affiliates, subsidiaries or Representatives shall be or become liable for any loss, costs, expense, injury, accident or direct, punitive special, consequential, or indirect damages to person or property resulting from (i) the acts or omissions of such suppliers, (ii) acts of God, force majure or from any other acts  beyond Amex's control

For customers purchasing travel from within the state of California   Our California State Seller of Travel Registration Number is   1022318-10   Upon cancellation of the transportation or travel services, where you, the customer, are not at fault and have not canceled in violation of the terms and conditions, if any, of the contract for transportation or travel services, all sums paid to American Express for services not received by you will be promptly refunded to you unless you otherwise advise American Express in writing   American Express is a participant in the California Travel Consumer Restitution Fund (the "Fund")   If you, the passenger, were located in California at the time of your purchase, you may request reimbursement from the Fund if you are owed a refund of more than $50 for transportation or travel services which was not refunded in a timely manner by the seller of travel who was registered and participating in the Fund at the time of sale   The maximum amount which may be paid by the Fund to
any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000  A claim must be submitted within six months after the scheduled completion date of the travel   A claim must include sufficient information and documentation to prove your claim and a $35 processing fee   You must agree to waive your right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a claim against the Fund   You may request a claim form by writing to   Travel Consumer Restitution Corporation, P O  Box 6001, Larkspur, CA  94977-6001, or by faxing a request to  (415) 927-7698   Note  Sales transactions with customers located outside of California are not covered by the Fund and such customers are not eligible to file a claim against the Fund

For customers purchasing travel in the state of Oregon,   Transportation, lodging, meals, entertainment and all other services are sold to you to you either on a refundable or non-refundable basis   If all or part of the transportation or services are canceled by any person, we shall, within 2 working days of learning of the cancellation, request on your behalf that the service suppliers or wholesalers provide a refund of all sums sent them on your behalf   We shall send any refund received from the service suppliers or wholesalers to you within 2 working days after the refund received by us has cleared the bank

For customers purchasing travel in the state of Washington   Our Washington State Seller of Travel Registration Number is  UBI#600469694   If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within 30 days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within 14 days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date   **Cancellation and change penalties apply to these arrangements   Details will be provided upon request**

My Travel Plans   My Travel Plans   My Travel Plans   My Travel Plans   My Travel Plans



## Corporate Services

| | | | Record Locator | VF2HZK |
|---|---|---|---|---|
| | | | Agent ID | VG |
| Generated On | 1/12/04 @ 10 56 AM | | Page | 1 |

### Phone  (412) 355-8900 / Fax  (412) 355-8999

Deliver to
**CURTIS KRASIK**
KIRKPATRICK AND LOCKHART LLP
535 SMITHFIELD STREET
PITTSBURGH PA  15222

### "Itinerary Only"

Travel arrangements
prepared exclusively for

Curtis Krasik

Billing Code

01 0149511 9014

---

| January 18, 2004 | | | | Sunday | | |
|---|---|---|---|---|---|---|

**DELTA AIR LINES**       Flight   **269**   Class - FIRST        MD Super 80        **Seat  02B**
From    Pittsburgh, PA      **DEPARTING AT 5 54 PM**   NON-SMOKING        No Meal Service        Flight time  01 51
To       Atlanta, GA          **ARRIVING AT 7 45 PM**                                                                              526 Miles
         Arrival Terminal  ATL TERMINAL S

**DELTA  CONFIRMATION P375FU**

MARRIOTT HOTELS                          Room reserved for  KRASIK/CUTRIS
JW MARRIOTT BUCKHEAD-LENOX      Check in  01/18/2004, Check out  01/20/2004, 2 Nights          Late Arrival Guarantee - Credit Card
3300 LENOX ROAD NE               Rate per night  225 00 USD                                      Phone # 404 262-3344
ATLANTA GA 30326                 Confirmation # 83694542                                          Fax # 404 262-8689
CANCELLATION PERMITTED

*ROOM RESERVATION IS GUARANTEED FOR LATE ARRIVAL*
*CANCELLATION POLICY IS 6PM DAY OF ARRIVAL LOCAL HOTEL TIME*

MARRIOTT HOTELS                          Room reserved for  KRASIK/CUTRIS
                                         Check in  01/18/2004, Check out  01/20/2004, 2 Nights

---

| January 20, 2004 | | | | Tuesday | | |
|---|---|---|---|---|---|---|

**DELTA AIR LINES**       Flight   **960**   Class - FIRST        MD Super 80        **Seat  03B**
From    Atlanta  GA         **DEPARTING AT 5 00 PM**   NON-SMOKING        No Meal Service        Flight time  01 39
To       Pittsburgh, PA      **ARRIVING AT 6 39 PM**                                                                              526 Miles
         Departure Terminal  ATL TERMINAL S

---

AMERICAN EXPRESS ONE SUGGESTS THAT
TRAVELERS ASK UPON HOTEL CHECK-IN IF A
LOWER ROOM RATE IS AVAILABLE
FOR ASSISTANCE DURING NORMAL BUSINESS HOURS
8A-8P ET CALL 412-355-8900 OR 888-526-3566
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-888-635-5223 AND PROVIDE CODE A-AM5
ELECTRONIC TICKET - NO FLIGHT COUPONS WILL BE ISSUED

**Agent Remarks**
RATE - $432 70 FULLY REFUNDABLE

My Travel Plans   My Travel Plans   My Travel Plans   My Travel Plans   My Travel Plans



|  | Record Locator | VF2HZK |
|---|---|---|
|  | Agent ID | VG |
| Generated On    1/12/04 @ 10 56 AM | Page | 2 |

**Corporate Services**

**Phone   (412) 355-8900 / Fax   (412) 355-8999**

Deliver to
**CURTIS KRASIK**
KIRKPATRICK AND LOCKHART LLP
535 SMITHFIELD STREET
PITTSBURGH PA  15222

**"Itinerary Only"**

THANKS VALERIE

**Airline Record Locators**

| Airline Reference | Carrier |
|---|---|
| P375FU | DELTA AIR LINES |

For Itinerary changes, please contact your travel office via telephone

KIRKPATRICK & LOCKHART LLP
MELLON BANK
Pittsburgh PA

GENERAL ACCOUNT
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

13872

PAY
TO THE
ORDER OF    Curtis B Krasik

DATE
02/10/2004

$    643 22 * * * * * * *

SIX HUNDRED FORTY-THREE AND 22/100

DOLLARS

Curtis B Krasik

VOID - NON-NEGOTIABLE
AUTHORIZED SIGNATURE

MEMO

---

**KIRKPATRICK & LOCKHART LLP**

Mellon ACH Notification

Date   02/10/2004   Payee   Curtis B Krasik                    Vendor #   14760          Doc #   13872

| REF # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | AMT PAID |
|-------|---------|----------|-----------|----------|----------|
| 686487 | 011804CBKER | 01/25/2004 | 643 22 | Travel Exp Reimb 1/18-20/04 Atlanta, GA | 643 22 |

643 22

# FIRMWIDE EXPENSE REPORT


Kirkpatrick & Lockhart LLP

| | |
|---|---|
| Name | Curt Krasik |
| Timekeeper No | 471 |
| Office | Pittsburgh |
| Reimbursement Cycle Ending | 01/25/2004 |

1) Expense reports should be submitted by employee by 5pm on the 10th and 25th of the month (next business day if on a weekend or Holiday)
2) Receipted amounts should be shown separately within each expense category
3) Meals and charges to hotel bill must be reported in meals column
4) Original receipts must be submitted for all expenses over $ 25
5) Entry rows should be entered by date
6) Attach Required PRIOR Approval for Firm Travel or Business Development Travel

## REIMBURSABLE EXPENSES

| Ref No | Date | Client Name | Client ID / Matter # | Pro forma Description | Airfare | Hotel | Meals | Entertainment | Other (mileage@50.375) | Total Expenses | Receipt ? Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | WWE | 0149511 9014 | Travel to/from Atlanta, GA for deposition of | | | | | | | |
| | | | | Larry Whistler (1/18/04 -1/20/04) | | | | | | | |
| 1 | 01/18/04 | | | Hotel - Room and Tax | | 256 50 | | | | 256 50 | Y |
| 2 | | | | Movie - Room Charge | | | | | 13 90 | 13 90 | Y |
| 3 | | | | Dinner | | | 17 22 | | | 17 22 | Y |
| 4 | 01/19/04 | | | Hotel - Room and Tax | | 257 50 | | | | 257 50 | Y |
| 5 | | | | Movie - Room Charge | | | | | 21 39 | 21 39 | Y |
| 6 | | | | Breakfast | | | 3 21 | | | 3 21 | Y |
| 7 | 01/20/04 | | | Breakfast | | | 3 75 | | | 3 75 | Y |
| 8 | | | | Parking - Airport | | | | | 51 00 | 51 00 | Y |
| 9 | | | | Mileage - to/from airport (50 miles) | | | | | 18 75 | 18 75 | N |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | Total from Page 2 | - | - | - - | - | - | - | |
| **Totals** | | | | | - | 514 00 | 24 18 | - | 105 04 | 643 22 | |

## Explanation of Entertainment Expenses

| Ref No | Date | Place (Name of Hotel, Restaurant, etc ) | Business Relationship (Name, Title, Company etc ) | Business Purpose |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Employee Certification**
I certify that I have accurately reported all expenses incurred for this expense period

Signature _____   Date 1/21/04   Approved by _____

GLADIEO
O'BRIENS
PITTSBURGH INTERNATIONAL AIRPORT
PITTSBURGH, PA
(412) 472-3030

```
CHECK:      2703
SERVER:     22 THERESA
DATE        JAN18'04  3:42PM
CARD TYPE   AMER EXPRESS
ACCT #      379471338981000
EXP DATE    05/05
AUTH CODE:  525065
RESEARCH:   401820117997


SUBTOTAL         14.22

TIP AMOUNT    $   3.00

TOTAL         $  17.22

------------------------------
        SIGNATURE
```



```
& & & 406 & & &
******** COFFEE CORNER ********
   COFFEE WITH AN ATTITUDE
609 HILINA

  3208  JAN19'04  7:24AM

  1 200Z COFFEE DAY     1.75
  1 BAGEL               1.25
    Subtotal            3.00
    Tax                 0.21
    Payment             3.21
    CASH                3.21
   -609 CLOSED JAN19  7:25AM-
```

```
            3

       & & & 406 & & &
******** COFFEE CORNER ********
   COFFEE WITH AN ATTITUDE
602 AFRA

  3441  JAN20'04  8:22AM

  1 200Z COFFEE DAY     1.75
  1 JUICE               1.75
    Subtotal            3.50
    Tax                 0.25
    Payment             3.75
    CASH                3.75
   -602 CLOSED JAN20  8:23AM-
```

```
DATE              2:05  05/05
                  INVOICE: 522171
DATE: JAN 20, 04  TIME: 20.42
                  AUTH NO. 548167


TOTAL             $51.00


I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
```

Case 1:03-cv-01519-CC Document 73-4 Filed 03/25/04 Page 65 of 69

JW MARRIOTT
LENOX
ATLANTA
GUEST FOLIO

| | | | | |
|---|---|---|---|---|
| 2012 KRASIK/CUTRIS | 225.00 01/20/04 12:00 | 7467 | | |
| NSKG | 01/18/04 20:46 | ACCT# | | |
| 48 | PASSPORT: | TIME | | |
| | | | | MR#: |

| ROOM CLERK | ADDRESS | REFERENCE | | PAYMENT | | | |
|---|---|---|---|---|---|---|---|
| DATE | | | CHARGES | CREDITS | | BALANCE DUE | |
| 01/18 | ON-CMD | MOVIE | 13.90 | | | | |
| 01/18 | ROOM TR | 2012, 1 | 225.00 | | | | |
| 01/18 | SALES TX | 2012, 1 | 15.75 | | | | |
| 01/18 | OCC TAX | 2012, 1 | 15.75 | | | | |
| 01/19 | LOCAL | 9904-LOC | 1.00 | | | | |
| 01/19 | ON-CMD | MOVIE | 21.39 | | | | |
| 01/19 | ROOM TR | 2012, 1 | 225.00 | | | | |
| 01/19 | SALES TX | 2012, 1 | 15.75 | | | | |
| 01/19 | OCC TAX | 2012, 1 | 15.75 | | | | |
| 01/20 | AX CARD | | | $549.29 | | | |

TO BE SETTLED TO:     AMERICAN EXPRESS CURRENT BALANCE   .00

THANK YOU FOR CHOOSING THE JW MARRIOTT LENOX! TO EXPEDITE
YOUR CHECK-OUT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU"
ON YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

---------------------- EXP REPORT SUMMARY ----------------------

| | | |
|---|---|---|
| 01/18 | ON-CMD | 13.90 |
| | ROOM&TAX | 256.50 |
| 01/19 | LOCAL | 1.00 |
| | ON-CMD | 21.39 |
| | ROOM&TAX | 256.50 |

This statement is a summary of your current charges. If you need assistance with luggage our bellstand can be reached at extension 00

CHECK OUT TIME IS 12:00 NOON

Please see reverse side for check out options

**FIRMWIDE EXPENSE REPORT**

Kirkpatrick & Lockhart LLP

| | |
|---|---|
| Name | Amanda L. Kunic, Legal Assistant |
| Timekeeper No | 1918 |
| Office | Pittsburgh |
| Reimbursement Cycle Ending | 1/25/2004 |

1) Expense reports should be submitted by employee by 5pm on the 10th or 25th of the month (next business day if on a weekend or Holiday)
2) Receipted amounts should be shown separately within each expense category
3) Meals and charges to hotel bill must be reported in meals column
4) Original receipts must be submitted for all expenses over $25
5) Entry rows should be entered by date
6) Attach Required PRIOR Approval for Firm Travel or Business Development Travel

**REIMBURSABLE EXPENSES**

| Ref No | Date | Client Name | Client ID / Matter # | Pro-forma Description | Airfare | Hotel | Meals | Entertainment | Other (mileage@50.375) | Total Expenses | Receipt ? Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 18 04 | WWE/Zbyszko | 0149511 9014 | N Hills-Airport-N Hills-42 miles-dropped off | | | | | 15 75 | 15 75 | N |
| 2 | 01 18 04 | WWE/Zbyszko | 0149511 9014 | JW Marriott-hotel room & tax | | 256 50 | | | | 256 50 | Y |
| 3 | 01 19 04 | WWE/Zbyszko | 0149511 9014 | Chick-Fil-A | | | 4 98 | | | 4 98 | N |
| 4 | 01 19 04 | WWE/Zbyszko | 0149511 9014 | JW Marriott-hotel room & tax | | 256 50 | | | | 256 50 | Y |
| 5 | 01 20 04 | WWE/Zbyszko | 0149511 9014 | N Hills-Airport-N Hills-42 miles-picked up | | | | | 15 75 | 15 75 | N |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | | | | | | | - | |
| | | | | Total from Page 2 | - | - | - | - | - | | |
| Totals | | | | | - | 513 00 | 4 98 | - | 31 50 | 549 48 | |

**Explanation of Entertainment Expenses**

| Ref No | Date | Place (Name of Hotel, Restaurant, etc.) | Business Relationship (Name,Title, Company etc.) | Business Purpose |
|---|---|---|---|---|
| 3 | 01 19 04 | Chick-Fil-A | Lunch – ALK | Travel to Atlanta, Georgia to attend deposition of Larry Zbyszko |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Employee Certification**

I certify that I have accurately reported all expenses incurred for this expense period

_Amanda L. Kunic_        1/21/04
Signature                Date                Approved by

Page 1

**JW MARRIOTT.**
LENOX
ATLANTA

Atlanta, GA 30326
Telephone (404) 262 3344
Marriott.com/ATLJW

GUEST FOLIO

1601 KUNIK/AMANDA          225.00 01/20/04 12:00   7472
                                                   ACCT#
NSKG  NAME              RATE      01/18/04 20:45
TYPE 48                     PASSPORT:         TIME

                                                   MR#:

ROOM
CLERK       ADDRESS          REFERENCE      CHARGES    PAYMENT
                                                       CREDITS
DATE

| DATE | ROOM | ADDRESS | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|------|---------|-----------|---------|---------|-------------|
| 01/18 | ROOM TR | | 1601, 1 | 225.00 | | |
| 01/18 | SALES TX | | 1601, 1 | 15.75 | | |
| 01/18 | OCC TAX | | 1601, 1 | 15.75 | | |
| 01/19 | ROOM TR | | 1601, 1 | 225.00 | | |
| 01/19 | SALES TX | | 1601, 1 | 15.75 | | |
| 01/19 | OCC TAX | | 1601, 1 | 15.75 | | |
| 01/20 | BK CARD | | | | $513.00 | |

TO BE SETTLED TO:     MASTER CARD      CURRENT BALANCE   .00

THANK YOU FOR CHOOSING THE JW MARRIOTT-LENOX! TO EXPEDITE
YOUR CHECK-OUT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU"
ON YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

------------------- EXP. REPORT SUMMARY -------------------
01/18 ROOM&TAX          256.50

01/19 ROOM&TAX          256.50

For questions regarding this folio
please call Marriott Business Services
toll free 1-866-435 7627

This statement is a summary of your current charges. If you need assistance with luggage our bellstand can be reached at extension 00
CHECK OUT TIME IS 12:00 NOON
Please see reverse side for check out options

mileage to & from
airport

$$\begin{array}{r} 42 \\ \underline{\times \ 2} \\ 84 \text{ miles} \end{array}$$

round-trip

lunch  1/19/04
      $4 98  Chick-Fil A

**KIRKPATRICK & LOCKHART** LLP

GENERAL ACCOUNT
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

**MELLON BANK**

Mellon Bank N A
Pittsburgh PA

1006395

60-160
433

PAY
TO THE
ORDER OF   Mandy Kunic

DATE
01/30/2004

$   549 48 * * * * * * *

FIVE HUNDRED FORTY-NINE AND 48/100

DOLLARS

Mandy Kunic

NOT VALID AFTER 180 DAYS

Two Signatures Required if Over $10 000

AUTHORIZED SIGNATURE

MEMO

⑈1006395⑈  ⑆043301601⑆  126 8682⑈

**KIRKPATRICK & LOCKHART LLP**

| Date | 01/30/2004 | Payee: | Mandy Kunic | | Vendor # | 21460 | Check # | 1006395 |

| REF # | INVOICE | INV. DATE | INV AMOUNT | COMMENTS | AMT PAID |
|-------|---------|-----------|------------|----------|----------|
| 685394 | 013004ALK | 01/30/2004 | 549 48 | Reimbursement for Travel to Atlanta GA to attend deposition of Larry Zbyszko | 549 48 |

549 48