Larry Zbyszko v WWFE, Inc
Copying Expense

| No | Pleading | Date | No of Originals | Copies to Counsel | Copies to Court | Total # Documents | # of Copies | Cost/ Copy | Extended Cost |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Motion to Dismiss by Defendants | 06/17/02 | 3 | 1 | | 1 | 3 | 18 | .54 |
| 2 | Memorandum of Law in Support of Motion to Dismiss by Defendants | 06/17/02 | 27 | 1 | | 1 | 27 | 18 | 4.86 |
| 3 | Reply in Support of Motion to Dismiss by Defendants | 07/22/02 | 13 | 1 | | 1 | 13 | 18 | 2.34 |
| 4 | Motion to Dismiss Claims Against Defendants Vince McMahon and Chris Irvine for Lack of Personal Jurisdiction (a VHS tape was produced as Exhibit 5) | 02/13/03 | 97 Tape=1 | 2 | 2 | 4 | 388 Tape-1 | 18 25.00+tx | 69.84 26.75 |
| 5 | Memorandum in Support of Motion to Dismiss Against Defendants Vince McMahon and Chris Irvine for Lack of Personal Jurisdiction | 02/13/03 | 27 | 2 | 2 | 4 | 108 | 18 | 19.44 |
| 6 | Notice of Filing Exhibit 5 in Support of the Motion of Defendants Vince McMahon and Chris Irvine to Dismiss Claims for Lack of Personal Jurisdiction | 02/13/03 | 4 | 2 | 2 | 4 | 16 | 18 | 2.88 |
| 7 | Reply in Support of Motion to Dismiss by Defendants Vince McMahon and Chris Irvine | 03/14/03 | 13 | 2 | 1 | 3 | 39 | 18 | 7.02 |
| 8 | Objection and Response to Supplemental Response to Motion to Dismiss by Defendants, Vince McMahon and Chris Irvine | 04/02/03 | 8 | 2 | 3 | 5 | 40 | 18 | 7.20 |
| 9 | Appendix to Expert Report of David M Yerkes – Volume I | 01/08/04 | 307 | 1 | 0 | 1 | 307 | 18 | 55.26 |
| 10 | Appendix to Expert Report of David M Yerkes – Volume II | 01/08/04 | 220 | 1 | 0 | 1 | 220 | 18 | 39.60 |
| 11 | Appendix to Expert Report of David M Yerkes – Volume III | 01/08/04 | 412 | 1 | 0 | 1 | 412 | 18 | 74.16 |
| 12 | Appendix to Expert Report of David M Yerkes – Volume IV | 01/08/04 | 434 | 1 | 0 | 1 | 434 | 18 | 78.12 |
| 13 | Appendix to Expert Report of David M Yerkes – Volume V | 01/08/04 | 441 | 1 | 0 | 1 | 441 | 18 | 79.38 |
| 14 | Appendix to Expert Report of David M Yerkes Volume VI | 01/08/04 | 496 | 1 | 0 | 1 | 496 | 18 | 89.28 |
| 15 | WWE's Motion for Summary Judgment | 02/09/04 | 5 | 1 | 2 | 3 | 15 | 18 | 2.70 |
| 16 | Brief in Support of Motion for Summary Judgment on Trademark-Related Issues | 02/09/04 | 32 | 1 | 2 | 3 | 96 | 18 | 17.28 |
| 17 | Statement of Undisputed Material Facts | 02/09/04 | 27 | 1 | 2 | 3 | 81 | 18 | 14.58 |

Larry Zbyszko v. WWE, Inc.
Copying Expense

| No | Pleading | Date | No of Originals | Copies to Counsel | Copies to Court | Total # Documents | # of Copies | Cost/Copy | Extended Cost |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Notice of Filing of Original Affidavits | 02/09/04 | 4 | 1 | 2 | 3 | 12 | 18 | 2.16 |
| 19 | Notice of Filing of Expert Report of Professor David M. Yerkes | 02/09/04 | 21 | 1 | 2 | 3 | 63 | 18 | 11.34 |
| 20 | Notice of Filing of Certified Copies of Chapter 7 Bankruptcy File | 02/09/04 | 104 | 1 | 2 | 3 | 312 | 18 | 56.16 |
| 21 | Notice of Filing of Certified Copies of Chapter 13 Bankruptcy File | 02/09/04 | 241 | 1 | 2 | 3 | 723 | 18 | 130.14 |
| 22 | Appendix in Support of Motion for Summary Judgment (including duplication of 3 VHS tapes) | 02/09/04 | Color=20 B&W=321 Tapes=3 | 1 | 2 | 3 | Color=60 B&W=963 Tapes=3 | 1.00 18 50.00+tx | 60.00 173.34 160.50 |
| 23 | Certificate of Service of Appendix in Support of Motion for Summary Judgment | 02/09/04 | 2 | 1 | 2 | 3 | 6 | 18 | 1.08 |
| 24 | Certificate of Service for all pleadings | 02/09/04 | 2 | 1 | 2 | 3 | 6 | 18 | 1.08 |
| 25 | Brief in Support of Motion for Summary Judgment on the Basis of Judicial Estoppel by WWE | 02/09/04 | 12 | 1 | 2 | 3 | 36 | 18 | 6.48 |
| 26 | Motion for Leave to Exceed 25-Page Limit by WWE | 02/09/04 | 9 | 1 | 2 | 3 | 27 | 18 | 4.86 |
| 27 | WWE's Reply Brief in Support of WWE's Motion for Summary Judgment on the Basis of Judicial Estoppel by WWE | 03/15/04 | 15 | 1 | 2 | 3 | 45 | 18 | 8.10 |
| 28 | WWE's Reply Brief to Plaintiff's Response and Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment on Trademark-Related Issues | 03/15/04 | 40 | 1 | 2 | 3 | 120 | 18 | 21.60 |
| 29 | Motion for Leave to Exceed 15-Page Limit by WWE | 03/15/04 | 7 | 1 | 2 | 3 | 21 | 18 | 3.78 |
| 30 | Corrective Certificate of Service of WWE's Reply Brief in Support of WWE's Motion for Summary Judgment on the Basis of Judicial Estoppel | 03/16/04 | 5 | 1 | 2 | 3 | 15 | 18 | 2.70 |
| | Total Copying Expenses | | B&W=3362 Color=20 Tapes=4 | 37 | 46 | 83 | B&W=5,524 Color=60 Tapes=4 | | $1,234.55 |

| Date | 03/19/2003 | Payee | ImageNet of Pittsburgh | Vendor # | 18059 | Check # | 368675 |
|---|---|---|---|---|---|---|---|
| REF # | INVOICE | INV DATE | INV AMOUNT | COMMENTS | | AMT PAID | |
| 632477 | 407086 | 02/10/2003 | 86 95 | | | 86 95 | |
| 632481 | 407094 | 02/11/2003 | 57 01 | | | 57 01 | |
| 632483 | 407124 | 02/11/2003 | 462 33 | | | 462 33 | |
| 632484 | 407123 | 02/11/2003 | 107 00 | | | 107 00 | |
| 632486 | 407097 | 02/11/2003 | 481 50 | | | 481 50 | |
| 632488 | 407105 | 02/11/2003 | 148 72 | | | 148 72 | |
| 632489 | 407143 | 02/12/2003 | 743 23 | - | | 743 23 | |
| 632490 | 407146 | 02/12/2003 | 26 75 | | | 26 75 | |
| 632493 | 407135 | 02/12/2003 | 342.40 | | | 342 40 | |
| 632494 | 407158 | 02/13/2003 | 160 50 | | | 160 50 | |
| 632496 | 407189 | 02/16/2003 | 305 59 | | | 305 59 | |
| 632497 | 407199 | 02/17/2003 | 12 28 | | | 12 28 | |



# ImageNet
COPYING AND IMAGING SERVICES

436 7th Avenue
Suite LL1
Pittsburgh, PA 15219
Phone 412-338-8666
Federal Tax I D # 25-1850153

**REMIT TO:**
ImageNet of Pittsburgh
PO Box 848063
Dallas, TX 75284-8063

## INVOICE

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 02/12/2003 | 407146 | 1 |

INPUT, SMF 630490
V#

| | | | |
|---|---|---|---|
| SOLD TO | KIRKPATRICK & LOCKHART LLP<br>HENRY W OLIVER BUILDING<br>535 SMITHFIELD STREET<br>PITTSBURGH  PA 15222-2312 | SHIP TO | 9IRKPATRICK & LOCKHART LLP<br>HENRY W OLIVER BUILDING<br>535 SMITHFIELD STREET<br>PITTSBURGH  PA 15222-2312 |

| ORDER NO | ORDER DATE | CUSTOMER NUMBER | SALES REP | PURCHASE ORDER NUMBER | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 2/3/141 | 02/12/2003 | | RM | | | 02/12/2003 | NET 10 |

| QUANTITY ORDERED | PRODUCT CODE | PRODUCT DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 1 | MD | MEDIA DUPLICATION<br>VHS TAPE DUPLICATION<br>**************************<br>FOR JILL PETERSON<br>CM# 0149511 9014 | 25 000 | 25 00 |

FEB 13 2003

Confirmation of Agreement Customer agrees to pay ImageNet the total amount due for the services and goods identified herein within 10 days after delivery of this invoice to Customer ImageNets services are provided according to ImageNet's Standard Terms for Scanning, Copying and Coding Services ("Standard Terms"), and any written Proposal or other written agreement between ImageNet and Customer related to the services which modify the Standard Terms which are incorporated herein I am authorized to make this Agreement for Customer

Received and Agreed _____ Date 2 13 03

Please send copy of invoice with check or reference invoice number on check to designate application of payment

| | |
|---|---|
| SALE AMOUNT | 25 00 |
| SALES TAX | 1 75 |
| TOTAL | 26 75 |
| PAYMENT RECEIVED | |
| BALANCE DUE | 26 75 |



# ImageNet
COPYING AND IMAGING SERVICES

436 7th Avenue
Suite LL1
Pittsburgh, PA 15219
Phone: 412-338-8666
Federal Tax I D #: 25-1850153

**REMIT TO:**
ImageNet of Pittsburgh
PO Box 848063
Dallas, TX 75284-8063

**INVOICE**

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 01/30/2004 | 413147 | 1 |

| | | | |
|---|---|---|---|
| **SOLD TO** | KIRKPATRICK & LOCKHART LLP<br>HENRY W OLIVER BUILDING<br>535 SMITHFIELD STREET<br>PITTSBURGH, PA  PI | **SHIP TO** | 7IRKPATRICK & LOCKHART LLP<br>HENRY W OLIVER BUILDING<br>535 SMITHFIELD STREET |

| ORDER NO | ORDER DATE | CUSTOMER NUMBER | SALES REP | PURCHASE ORDER NUMBER | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 1/4/411 | 01/30/2004 | | RM | | | 01/30/2004 | NET 10 |

| QUANTITY ORDERED | PRODUCT CODE | PRODUCT DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 6 | MD | MEDIA DUPLICATION<br>VHS TAPE DUPLICATION<br>***************************<br>FOR MANDY<br>CM# 0149511 9014 | 25 000 | 150 00 |

| | |
|---|---|
| SALE AMOUNT | 150.00 |
| SALES TAX | 10.50 |
| TOTAL | 160 50 |
| PAYMENT RECEIVED | |
| BALANCE DUE | 160 50 |

Confirmation of Agreement Customer agrees to pay ImageNet the total amount due for the services and goods identified herein within 10 days after delivery of this invoice to Customer ImageNet's services are provided according to ImageNet's Standard Terms for Scanning, Copying and Coding Services ("Standard Terms") and any written Proposal or other written agreement between ImageNet and Customer related to the services which modify the Standard Terms which are incorporated herein I am authorized to make this Agreement for Customer

Received and Agreed _____ Date _____

Please send copy of invoice with check or reference invoice number on check to designate application of payment