# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS
CLERK OF COURT

CIVIL SECTION
404-215-1655

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK AUG 3 0 2004 ATLANTA, GA]*

August 26, 2004

*[Stamp: RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta SEP 0 1 2004 LUTHER D. THOMAS, Clerk By: Deputy Clerk]*

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

U.S.D.C. No.: 1:02-cv-1008-CC
U.S.C.A. No.:          **04-14416JJ**
In re:       **Larry Whistler v. World Wrestling Federation Entertainment, Inc.,**

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| **X** | There is no transcript. |
| ___ | The court reporter is . |
| **X** | There is sealed material as described below: Document #38 and 55 UNDER SEAL. |
| ___ | Other: . |
| ___ | Fee paid on . |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | The District Judge is Clarence Cooper. |
| ___ | This is a **DEATH PENALTY** appeal. |

Sincerely,

Luther D. Thomas
Clerk of Court

By: *[signature]*
Deputy Clerk

Enclosures

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 31, 2004

Joel D. Myers, Esq.
Myers & Kaplan, LLC
1899 POWERS FERRY RD SE STE 310
ATLANTA GA 30339-5655

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 01 2004

LUTHER D. THOMAS, Clerk
By:
Deputy Clerk

**Appeal Number: 04-14416-J**
Case Style: Larry Whistler v. World Wrestling Federation
District Court Number: 02-01008 CV-CC-1

**THIS CIVIL APPEAL IS GOVERNED BY MORE STRINGENT PROCEDURES FOR REQUESTING EXTENSIONS OF TIME TO FILE BRIEFS AND RECORD EXCERPTS. RULES PROVIDE FOR DISMISSAL WITHOUT FURTHER NOTICE WHEN A BRIEF OR RECORD EXCERPTS IS NOT FILED OR CORRECTED WITHIN THE TIME PERMITTED. PLEASE SEE THE CIRCUIT RULES AT WWW.CA11.USCOURTS.GOV.**

The referenced case was docketed in this court on August 30, 2004. Please use the appellate docket number noted above when making inquiries. An appeal may be dismissed for failure to comply with the Federal Rules of Appellate Procedure and the rules of this court. Motions for extensions of time to file a brief are frowned upon by the court.

Pursuant to 11th Cir. R. 12-1, the record in this appeal was deemed completed and filed on the date the appeal was docketed in this court. Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF AND RECORD EXCERPTS BE SERVED AND FILED WITHIN FORTY (40) DAYS FROM THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. This is the only notice you will receive concerning the due date for filing briefs and record excerpts. (In cross-appeals pursuant to Fed.R.App.P. 28(h), the party who first files a notice of appeal is the appellant unless the parties otherwise agree.) See Fed.R.App.P. 28, 30, 31 and 32, and the corresponding circuit rules, for further information on preparing briefs and record excerpts.

In addition to providing the required number of paper copies of briefs, all parties (except pro se parties) are required, additionally, to provide briefs in electronic format as described in 11th Cir. R. 31-5 and the enclosed instructions. Electronic briefs must be in Adobe Acrobat® PDF file format. The electronic brief must be completely contained in one PDF file, i.e., cover page through and including the certificate of service. The address wrapper accompanying this letter contains counsel's individual identification number (User ID) for electronic brief uploading. When uploading a brief for the first time, you will be prompted to create a password known only by you for all future uploads.

Counsel who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-1(d).

MEDIATION. If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The

mediation services are free and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 813-301-5530 (Tampa) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

        Sincerely,

        THOMAS K. KAHN, Clerk

        Reply To: Jan Sewell / cm (404) 335-6179

Encl.