IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 2 7 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

No. 04-14416-JJ

1: 02-CV-1008 CC

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 2 6 2004

THOMAS K. KAHN
CLERK

LARRY WHISTLER,
a.k.a. Larry Zbyszko,
a.k.a. The Living Legend,

Plaintiff-Appellant,

versus

WORLD WRESTLING FEDERATION ENTERTAINMENT, INC.,
a Connecticut Corporation,

Defendant-Appellee.

_____

Appeal from the United States District Court for the

Northern District of Georgia

_____

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the appellant's brief and record excerpts within the time fixed by the rules, effective this 26th day of October, 2004.

                                      THOMAS K. KAHN
                                      Clerk of the United States Court
                                      of Appeals for the Eleventh Circuit

                                      By:  Jan Sewell
                                           Deputy Clerk
                                           FOR THE COURT - BY DIRECTION

A True Copy - Attested-
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, _____ -40



Luther D. Thomas
Clerk, U.S. District Court
75 Spring St., Room 2211
Atlanta GA 30303

October 26, 2004

**Appeal Number: 04-14416-JJ**
Case Style: Larry Whistler v. World Wrestling Federation
District Court Number: 02-01008 CV-CC-1

TO: Luther D. Thomas

CC: Joel D. Myers

CC: John L. Taylor, Jr.

CC: Curtis B. Krasik

CC: Jerry S. McDevitt

CC: Otto F. Feil, III

CC: Administrative File

CC: Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

October 26, 2004

Luther D. Thomas
Clerk, U.S. District Court
75 Spring St., Room 2211
Atlanta  GA  30303

RECEIVED IN CLERKS OFFICE
U.S.D.C. - Atlanta

OCT 2 7 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

**Appeal Number: 04-14416-JJ**
Case Style: Larry Whistler v. World Wrestling Federation
District Court Number:  02-01008 CV-CC-1

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when the appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on October 20, 2004.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jan Sewell (404) 335-6179

Encl.

DIS-2CIV(03-2004)